AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
Jean Leonard Teganya

*Defendant*

Case No. 17-MJ-2236-MBB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jean Leonard Teganya,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about September 13, 2014, Jean Leonard Teganya committed immigration fraud, in violation of 18 U.S.C. § 1546 and perjury, in violation of 18 U.S.C. § 1621(2) by making material false statements under oath on an Application for Asylum and Withholding of Removal, Form I-589.

Date: 08/03/2017

*Issuing officer's signature*

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*