## AFFIDAVIT IN SUPPORT OF RELEASE FROM CUSTODY



I, Basile Bazina, hereby state and depose as follows:

1. I am a citizen of the United States currently residing at 11 Lansdowne Street, Brockton, MA 02301.

2. I work as mental health counselor and a psychotherapist.

3. I have known Jean Leonard Teganya for 10 years. He is a good man who genuinely cares about all people, without consideration of their race, ethnic background, or class. This is consistent with his long held aspirations to become a physician.

4. I am willing and able to support Jean Leonard Teganya when he is released from custody. He will stay with me at my address, which is 11 Lansdowne Street, apt #3, Brockton MA 02301

5. Jean Teganya is a good person and a peaceful kind man. He is not a danger to the community and is not a risk of flight. I will ensure that he attends all his immigration court hearings and complies with any of the Department of Homeland Security's requirements.

6. I have read the above and the same is true and accurate to the best of my knowledge and belief.

I swear, under the pains and penalties of perjury that the above is true and correct to the best of my knowledge and belief.

_Basile Bazina_                                          9-11-2014
Basile Bazina                                              Date

Sworn to and subscribed before me this 12 day of September 2014 at WHITMAN MASS. The Affiant proved his/her identity to me by satisfactory evidence including his/her MDL S-93776835
exp 11/22/2018

Notary Public
My Commission expires

TERESA MIRANDA
Notary Public
Commonwealth of Massachusetts
My Commission Exp. Sept. 30, 2016