## AFFIDAVIT IN SUPPORT OF BOND REQUEST

### Re: Jean Leonard Teganya

I, Gregory Meyer, hereby state and depose as follows:

1. I am a citizen of the United States currently residing at 12017 English Maple Lane Fairfax, VA 22030.

2. I work as a Data Scientist/Postdoctoral Fellow at the Global Health Bureau of The US Agency for International Development(USAID)

3. Jean Leonard Teganya is a good person. I have known him since he was born; he is my nephew.

4. I am financially willing and able to post the bond in the amount determined by the Court to be reasonable and appropriate for Mr. Teganya's release from detention.

5. I am also willing and able to support Mr. Teganya when he is released from custody.

6. I understand all the obligations I have to undertake as a bond obligator. I will ensure that Jean Leonard Teganya will comply with all the conditions for his release, appear timely at all hearings scheduled by the court and surrender to the government if he is ordered removed from the United States.

7. I, therefore ask that the Court takes into consideration Jean Leonard Teganya's good character and release him from custody either on his own recognizance or on minimum bond.

8. I have read the above and the same is true and accurate to the best of my knowledge and belief.

Date: _08/08/17_

Gregory F. Meyer

Dr. Gregory Meyer
*Postdoctoral Fellow*
*USAID/Bureau for Global Health-Office of HIV/AIDS*
Supply Chain for Health Division
Phone: 336-837-7520