To Whom It May Concern: 8 August 2017

Re: Jean-Leonard Teganya

I am writing this letter to discuss Jean-Leonard's peaceful and law abiding nature. I met Mr. Jean-Leonard for the first time back in 1991 when we were both high school seniors. We were both in Mburabuturo, Kigali where we had come to compete at an "Excellency Exam" in which top high school seniors across the country came to take an exam where the top 10 students in the country would earn a scholarship to attend universities in Europe or North America. When I met Jean-Leonard, I was impressed by his intellect, great personality, sense of humor and his ability to get along well with people from various backgrounds. We stayed at the testing center for one week, and by the time we left Mburabuturo, we had become close friends.

At the end of our senior years, although we were not chosen among the top 10 students in the nation, we were close enough to earn scholarships to attend the National University of Rwanda at the Butare Campus where we both attended Pre-medical studies. In addition to being classmates, Jean-Leonard and I became roommates. This allowed us to study together, share the meals together, go out together. As I result of this close friendship, I came to know Jean-Leonard very well.

During the 3 years that I spent with Jean-Leonard in Butare, he was a good role model for me as he studied hard and was very sociable with everybody. We shared several friends, both Tutsi and Hutu and he was best known to get along well with everybody. Jean-Leonard disliked politics and didn't get involved in politics. His main focus was to study hard so that one day he can become a surgeon which was his childhood dream.

We both fled Rwanda in 1994 due to the dangerous conditions that were in the country. I was fortunate to find an asylum in the US in 1995. We lost contact of each other for quite a long time until a friend of mine informed me that Jean-Leonard was living in Canada. I managed to get his telephone number and we got in touch again. At that time, Jean-Leonard was preparing to get married and start a family. I stayed in touch with Jean-Leonard ever since.

I know Jean-Leonard as a great family man, a loving father of two sons. I know him as a peaceful, law-abiding person and hard worker. There is a saying that "bad things happen to good people." This is really true in case of Jean-Leonard. He is an innocent man who is being subjected to character assassination.

When he was in Butare during the civil war in Rwanda, he was busy caring for the sick at a university hospital as a medical student. He should be applauded for that rather than accusing him of being part of criminals, which he never was and totally goes against his nature. I know this because he was my classmate and roommate until we got separated by war in Rwanda. However, I believe in the American legal system to be truly independent and remain hopeful that the court will ultimately find out that Jean-Leonard is a good man who deserves to be free and allowed to pursue his dreams and take care of his family.

Sincerely,

Eric Nshimiye
Principal Engineer, Global Engineering
The Goodyear Tire & Rubber Co.
200 Innovation Way
Akron, OHIO 44316
Phone: 330-696-8571