## To Whom It May Concern

My name is Marcel Munyanziza; I am American Citizen, born in Rwanda in March 1971. I am married to Claudette Munyanziza, and we have 2 Children Audrey, 7 years old and Elvin 5 years old. We all live together at 99 Thomastown Road, Mine Hill, NJ 07803. I am a Cytotechnologist by profession, and I work full time at Miraca Life Sciences in Union, New Jersey.

I met Jean Leonard Teganya for the first time in 1992, when we were both attending Rwanda National University in Butare, Rwanda. He was in Medical school, studying to become a physician; I was in Business School, studying to become an Accountant. Mr. Teganya and I became friends because we were going to the same Catholic Church for Sunday masses. Several times after mass we stopped for lunch and had random conversations about different subjects, which allowed me to know him well. Occasionally I visited him off campus where he lived and sometimes, he would visit me in my dorm room. Gradually, I found out that Mr. Teganya and I had several things in common, among those were taking school seriously, honesty, being disciplined and reliable, so we became friends. I also found out that he attended the same secondary seminary school as two of my hometown neighbors and friends. Since then, our friendship only got stronger. Unfortunately, in 1994, the civil war broke up in Rwanda; many people got exiled in neighboring countries, and all over the world. Mr. Teganya and I lost track of each other for a while.

In 1999, I was in Madagascar when I met Miss Nicole Gahamanyi, who claimed she was Mr. Teganya's girlfriend. She told me she met him in a refugee camp near Bukavu, in Democratic Republic of Congo (DRC). Miss Gahamanyi later went to Canada, and I came to the United States, but we stayed in touch. In 2005, Nicole and Jean Leonard got married in Montreal, Canada and gave me the honor of being the best man during their wedding ceremony. Our friendship didn't end there. When my daughter Audrey was baptized in 2008, my wife Claudette and I picked Nicole and Jean Leonard Teganya to be the Godparents of my daughter, which they accepted.

I knew that Jean Leonard had had difficulty obtaining papers in Canada, and In August 2014, I was shocked to learn from his wife Nicole that Mr. J. L Teganya was in US border protection agency custody after he decided to seek asylum in USA. Therefore, as a concerned citizen and friend, I am telling this story to pledge how much trust I have placed in Mr. Teganya throughout the years of our friendship. I see Mr. Teganya as a great role model for my children and friends, and can be one for many more who will get to know him. I know Mr. Teganya as a hard worker, a good father to his two children, Boris and Miguel, a loving husband to his wife Nicole and an honest man. Not only Jean Leonard Teganya has close family members in the USA, he also has a large circle of friends. He is a harmless person, he grew up a Christian, and I know he him as a God fearing man. He has been a law abiding individual and I don't expect otherwise.

I pledge that if you allow Mr., Teganya to stay outside of detention while he pursues his asylum seeking procedure, he will obey the law, and he will not cause any danger to the citizens of our country.

If you have any question, please do not hesitate to contact me at 201-926-5219

Marcel Munyanziza
Cytology Laboratory Lead Technologist
Miraca Life Sciences
825 Rahway Avenue
Union, New Jersey, 07083
Phone: 201-926-5219

9/09/2014, New Jersey.

12.