Arletter

To whom it may concern

My name is Rwabukumba Aimable and I am a doctor/physician trained from the Medical School of the National University of Rwanda I live in France since 2000.

I know Jean Leonard Teganya for having been in the same class at the Medical School from October 1991 until April 1994, when we were third year students. I must specify that at the time I was the Students' Representative for our class and one of my objectives was to act as intermediary between the students and the professors on one hand, and the authorities of the Medical School on another hand.

When the events that plunged Rwanda into mourning broke out in April 1994, all the students across the country were on Easter break. However, our class had an important exam (Semiotics) scheduled right after the end of these holidays.

Considering the importance of this exam to a medical student, a number of students decided to cut short their vacations and come back to prepare for this exam. That is how Mr Teganya and I found ourselves in Butare at that time. We lived in the residences reserved for medical students and located near the Butare University teaching Hospital.

As the massacres spread throughout the entire country, but particularly in Butare, and because there was an affluence of wounded people at the University Hospital in need of doctors, medical students in their last year took over to care for the injured. They quickly found themselves overwhelmed and resorted to asking us, their little brothers, for help. That is how we found ourselves at the hospital taking care of a lot of injured people every day for about two months. During that time, I interacted regularly with Mr Teganya both inside and outside the hospital. It's around the end of May 1994 that we left each other to depart from Butare.

During all the time we were together (day and night everyday), I never saw Mr Teganya behave inappropriately towards the patients that we cared for or towards people we came across outside the hospital, including university students of the Tutsi ethnic group and had been hunted down by the killers. I never heard Mr. Teganya hold hateful speech or threats towards anyone. On the contrary, he condemned with determination everything that was happening in the country.

I did not leave the country like Mr. Teganya who found refuge in Congo after the events; I went back to studying at the National University of Rwanda, which reopened its doors in 1995, and graduated in 1999. During that entire time, several investigations took place at the National University of Rwanda as well as at the University Hospital.

Those investigations were meant to find out who took part in the killings that happened at the National University of Rwanda and at the University Hospital of Butare. I never heard the name of Teganya Jean Leonard questioned by the investigations led by students who survived the events.

I solemnly attest the accuracy of the statement I made here and I am available for any further information.

Done in Paris on 06/16/2016

Aimable Rwabukumba,

A QUI DE DROIT

Je m'appelle RWABUKUMBA [Anaclet?]
Je suis Médecin formé à la Faculté de Médecine de l'Université Nationale du RWANDA et je vis en France depuis l'année 2000.

Je connais Mr TEGANYA Jean Léonard pour avoir été dans la même promotion que moi à la Faculté de Médecine d'octobre 1991 à avril 1994 où nous étions en 3è année (Doctorat I). Je dois préciser en passant qu'en ce moment j'étais le représentant de cette promotion et j'avais pour mission d'être l'intermédiaire entre les étudiants et les professeurs d'une part ainsi que les autorités de la Faculté de Médecine d'autre part.

Lorsqu'il y a eu déclenchement des évènements qui ont endeuillé le RWANDA en avril 1994, tous les élèves et étudiants du pays étaient en vacances de Pâques. Cependant, notre promotion avait un examen d'un cours important (SEMIOLOGIE) qui était programmé à la rentrée. Etant donné l'importance de ce cours pour un étudiant en Médecine, un certain nombre d'étudiants avait écourté les vacances pour venir vaquer à sa préparation. C'est dans ce cadre que Mr TEGANYA et moi nous sommes retrouvés à BUTARE à ce moment. Nous logions dans les résidences destinées aux étudiants de Médecine et situées tout près de l'Hôpital Universitaire de BUTARE.

Alors que les massacres prenaient de l'ampleur dans le pays en général et à Butare en particulier et étant donné qu'il y avait affluence de blessés à l'Hôpital [...] qui était de pouvoir presque de médecins, ce sont les étudiants en dernière année de la Faculté de médecine qui sont pris le relais pour prendre en charge les blessés. Ayant été vite débordés à leur tour, ils ont fait recours à nous leurs petits frères. C'est dans ce cadre que nous nous sommes retrouvés à l'hôpital à prendre en charge un nombre important de blessés et cela tous les jours pendant près de 2 mois. Pendant tout ce temps, j'ai côtoyé Mr TEGANYA aussi bien à l'Hôpital qu'en dehors de l'Hôpital. C'est vers la fin du mois de Mai 1994 que nous nous sommes quittés pour partir de Butare.

Pendant toute la période que nous étions ensemble (matin et soir tous les jours), je n'ai jamais vu Mr TEGANYA avoir un comportement inadéquat vis-à-vis des patients que nous soignions voire vis à vis des personnes que nous croisions en dehors de l'hôpital dont les étudiants de l'université qui faisaient partie de l'[clinique?] [...] qui étaient ponctionnés de part et d'autre par les [...]. Je n'ai jamais entendu Mr TEGANYA tenir des propos haineux ni proféré des menaces vis à vis de qui que ce soit, au contraire il condamnait de façon déterminée tout ce qui était entrain de se passer dans le pays.

N'ayant pas sorti du pays contrairement à Mr TEGANYA qui s'est réfugié au Congo dans [...], j'ai repris mes études à l'Université Nationale du RWANDA qui venait de réouvrir ses portes en 1995 et les ai terminées en 1999. Pendant toute cette période, plusieurs enquêtes ont été menées au sein de l'Université Nationale du RWANDA ainsi qu'à l'Hôpital Universitaire

-3-

L'objectif de ces enquêtes était de déterminer la responsabilité de tout un chacun dans les tueries qui ont eu lieu au sein de l'Université Nationale du Rwanda et de l'Hôpital Universitaire de Butare. Je n'ai jamais entendu le nom de TEGANYA Jean Léonard être cité au cours des enquêtes menées ni par les collègues étudiants rescapés de ces événements.

J'atteste sur l'honneur l'exactitude des propos que je viens de tenir ci-haut et me tiens à votre disposition pour un complément d'information.

Fait à Paris, le 16/06/2016

RWABUKUMBA Marcel

[signature]

## CERTIFICATE OF TRANSLATION

I, Sarah Abravanelli, hereby swear that I am fluent in the French and the English languages and that the attached English translation is an accurate translation of the original French document.

_____SARAH_____   7/24/2017
                      Date