## To Whom It May Concern

In 1997, I led a non-profit organization based in Dayton, OH, called RwandaHope. Our purpose was to help Rwandan refugees coming to the United States, but also those who were in many other countries in Africa. We also helped internally displaced Rwandans, who could not return to their home villages.

One of our primary concerns was young and talented Rwandans, who had seen their education interrupted because of the war and the genocide that ensued. We raised funds to help as many as possible. Having some contacts with churches and refugees associations in Kenya, we asked one such organization to help us identify promising former college students who had interrupted their education, and who needed help to finish college. Mr. Jean Leonard Teganya was among the students that were referred to us.

We funded for Mr. Teganya to pursue a graduate degree in India in 1998, where he was admitted to a Master's program in Economics. During his training in India, I communicated with Mr. Teganya several times and I was impressed that he remained focused to his studies, given the limited amount of support we were able to provide to them, and multitude problems his family had encountered. I was greatly impressed to see that Mr. Teganya completed a 2 year degree in only 18 months.
After he settled in Canada, I learned that Mr. Teganya was able to find a job and got promoted regularly. He got married and together with his wife, they have two children that they are raising as a devoted and loving couple.

Mr. Teganya was referred to us at random as a promising young Rwandan and performed beyond our expectations. He raised well his family in Canada despite the stress created by the uncertainty of his refugee situation. Because of these reasons, and because of the many hardships that he endured and survived, I personally believe that he would be a very positive and productive member of our society.

Sincerely,

Prof. Leonard Uwiringiyimana
Pastor, Zion Temple Celebration Center - Atlanta

377 W Pike St. B2, Lawrenceville, GA 30046   404.246.9886

11