PRIVILEGED AND CONFIDENTIAL                                    ATTORNEY WORK PRODUCT

# AFFIDAVIT OF TIMOTHY LONGMAN
## Country Expert on Rwanda

### *Qualifications*

1. My name is Timothy Longman. I am a professor and expert on human rights and politics in Africa, with a focus on Central Africa, and particularly Rwanda. I am currently Director of CURA, the Institute on Culture, Religion, and World Affairs and Associate Professor of Political Science at Boston University, where I served as director of the African Studies Center from 2009 until earlier this year. From 1996 to 2009, I served as an Assistant then Associate Professor at Vassar College. I also served as Chair of the Political Science Department and Director of the Africana Studies program at Vassar College. I have also taught at Columbia University in New York; the University of the Witwatersrand in Johannesburg, South Africa; the National University of Rwanda in Butare; and Drake University in Des Moines, Iowa. My research and writing address a range of topics including, ethnicity and politics, state-society relations, and genocide and human rights in Africa. In addition, I periodically serve as a consultant to Human Rights Watch, the International Center for Transitional Justice, USAID, and the U.S. Department of State in Rwanda, Burundi, Congo, and Uganda. Rwanda is a major focus of my research.

2. I have spent a significant amount of time in Rwanda. I lived in the country from 1992-1993 while researching my dissertation on religion and politics. I again lived in Rwanda from 1995-1996, when I was the director of the Human Rights Watch (HRW) and International Federation of Human Rights Leagues (FIDH) field office in the country. Since then, I have returned to Rwanda to conduct research and participate in consultancies at least a dozen times. From 2001-2006, I was the director of Rwandan research at the Human Rights Center at the University of California, Berkeley. I have also served as a consultant in Rwanda for USAID and the State Department, the International Center for Transitional Justice, and the US Department of Justice. Based on my knowledge of Rwanda and of the 1994 genocide, I have served as an expert witness for the prosecution in cases related to the Rwandan genocide in the US, Canada, Sweden, and Finland, and I have testified in the International Criminal Tribunal for Rwanda in Arusha, Tanzania. I have also testified in a case in the United Kingdom opposing extradition of Rwanda nationals because of my belief that they could not receive a fair trail in Rwanda.

3. I have spent most of my time in Rwanda based in the City of Butare. In 1992-1993, I taught at the Protestant School of Theology in Butare, then after the genocide in 1995-1996, the HRW and FIDH office that I led was also in Butare. A major part of my work for HRW and FIDH involved researching the genocide in the Province of Butare, including the City of Butare. I helped to draft the report *Leave None to Tell the* Story, published by HRW and FIDH.in 1999, winner of the Raphael Lemkin Prize and recognized as the definitive study of the genocide; much of this book-length report focuses on Butare. My 2001-2006 project was conducted in partnership with the Center for Conflict Management at the National University of Rwanda, where I also taught a course in conflict resolution. The commune that Butare lies in was one of the three case study communities that I researched for my book on post-genocide Rwanda. Based upon my deep knowledge of Butare, I have been called to testify in several cases focused on Butare, including the US vs. Munyenyezi and

PRIVILEGED AND CONFIDENTIAL                                        ATTORNEY WORK PRODUCT

the US vs. Kantengwa and in Canada for the Crown vs. Halindintwali. In addition, to my knowledge of Rwanda, I have conducted extensive research in the Democratic Republic of Congo, including in the East of the country. In 1997, I published "Attacked by All Sides," a report for Human Rights Watch about attacks on the Rwandan refugee camps in Congo.

4.   My book *Memory and Justice in Post-Genocide Rwanda* was just published in 2017 by Cambridge University Press and is based on research I conducted in Rwanda between 2001 and 2006 and additional research conducted in Rwanda in 2015. My first book, *Christianity and Genocide in Rwanda*, was published by Cambridge University Press in 2009. I have also published numerous book chapters and articles on Rwanda, Burundi, and Congo in journals such as *African Studies Review, Journal of the American Medical Association, Comparative Education Review, Journal of Religion in Africa*, and *Journal of Genocide Research*. Among many other subjects, I have authored articles on the post genocide legal system in Rwanda; democracy and governance; Hutu/Tutsi national, racial and class distinctions; PTSD and reconciliation of post genocide Rwandans; and the role of the state in fomenting genocide. For further information on my experience and credentials, please refer to my C.V., which is attached.

### *Expert opinion*

5.   I have reviewed Mr. Jean Teganya's draft affidavit in support of his asylum application and his factual claims include multiple factors, any one of which alone could result in serious harm, or even death. It is my understanding from the facts as stated in Mr. Teganya's affidavit that his mother is Tutsi and his father is Hutu. Inter-ethnic marriages were common in Rwanda prior to 1994, and children took the ethnicity of their fathers. Nevertheless, the children of mixed marriages were often viewed with suspicion by Hutu ethno-nationalists who believed that their ethnic loyalties might be divided.

6.   During the Rwandan genocide, Mr. Teganya reports that he was a medical student working at the University Hospital in Butare. Specifically, Mr. Teganya was at this hospital from early April until around the middle of June in 1994. As Mr. Teganya explained in his affidavit, because it was a stronghold of the opposition, Butare was initially insulated from the violence that spread across Rwanda after a plane carrying the presidents of Rwanda and Burundi was shot down on April 6, 1994. Many Tutsi fled to Butare from other parts of the country, believing that they would be safe there. Some who were injured sought care at the University Hospital.

7.   As Mr. Teganya explains, a couple of weeks after the beginning of the genocide, the then President of Rwanda, Théodore Sindikubwabo, arrived in Butare and delivered a speech that encouraged violence in Butare Province. Subsequently, both military and militia groups attacked civilians in the city of Butare. The attacks began in Butare on April 19. While many Tutsi and moderate Hutu were killed in these attacks, some who survived were taken to the University Hospital for treatment. According to Mr. Teganya's statement, he assisted with providing medical treatment at Butare University Hospital to those injured during the genocide. The hospital was over capacity as both the injured and others seeking refuge came to the hospital.

PRIVILEGED AND CONFIDENTIAL                                   ATTORNEY WORK PRODUCT

8.  As we describe in *Leave None to Tell the Story* (p. 374), the University Hospital was itself attacked on the night of April 22, and additional attacks occurred the following day. In these attacks, patients identified as Tutsi, as well as some Tutsi and a few moderate Hutu staff, were singled out and killed. Despite these killings and despite the impact of the loss of staff, the hospital continued to function. According to his statement, Mr. Teganya remained at the hospital and continued to provide medical treatment to both Hutu and Tutsi even after these initial attacks. Patients at the hospital included both Tutsi injured in the genocide and Hutu soldiers injured in the ongoing war with the RPF. Despite Tutsi patients having been killed at the hospital previously, some continued to arrive seeking assistance. Mr. Teganya's claim that the hospital was overwhelmed with patients is consistent with what I know to have happened during the genocide period.

9.  Mr. Teganya reports that after he helped two Tutsi friends, Hutu militiamen physically attacked him and his two friends. The attackers disbanded when an armed hospital "safety soldier" arrived. This story is consistent with many other accounts that I have heard of Hutu who protected Tutsi and were themselves punished. It is important to realize that even though the genocide targeted Tutsi, they were not always killed immediately even when they were discovered, as appears to have been the case with Mr. Teganya's friends. Mr. Teganya reports that he eventually fled Rwanda in mid-June 1994.

10. I think it important to point out that although the genocide was highly disruptive to daily life, life in Rwanda continued, and most Rwandans did not actively support the genocide. As we discuss in *Leave None to Tell the Story*, the most extensive killings happened in Butare April 19 through 22, 1994, but beginning on April 23, the local government made a concerted effort to return life to normal -- at least as normal as was possible given the many people killed, the war that had broken out in the north and east of the country, and the ongoing disruptions of attempts to ferret out surviving Tutsi. Most Hutu stayed put in Rwanda until the RPF army approached their communities, at which time they fled *en masse*. In fact, it was difficult for people to leave before then because of the numerous roadblocks that had been erected along all major routes in the country. Even if someone had an I.D. card that identified them as Hutu, the fact that they were seeking to flee made them suspect, particularly if they looked Tutsi. It was believed that many Tutsi has falsified documents that identified them as Hutu. Many, many people were killed at roadblocks as they tried to move through the country, particularly as they approached national borders. I am thus not at all surprised that Mr. Teganya stayed in Butare until the day that the RPF approached and the vast majority of the population fled.

11. Based on my knowledge of human rights and politics in Rwanda and the facts that I know about this case, I believe that Mr. Teganya, faces a real threat to his life if forced to return to Rwanda. I believe that he would be subject to serious harm, violence, and even death because of his presumed complicity or involvement in the genocide, merely by virtue of the fact that he was a medical student during the genocide.

***Ethnic Politics and Events Leading to the Genocide***

3

PRIVILEGED AND CONFIDENTIAL                                                          ATTORNEY WORK PRODUCT

12. Mr. Teganya's personal account as a Rwandan who lived through the 1994 genocide is consistent with what I understand of the realities of Rwanda's complex ethnic politics and history. The two major ethnic groups in Rwanda, the Hutu and the Tutsi, have experienced periodic waves of ethnic violence since 1959. During the colonial period, Tutsi dominated politics, society, and the economy, but after a 1959 uprising, Hutu assumed power and Tutsi became a persecuted minority. Anti-Tutsi violence occurred from 1959 to 1963, and in 1973, leading many Tutsi to flee the country.

13. Consistent with Mr. Teganya's account, in 1990, ethnic tensions re-emerged in Rwanda. A pro-democracy movement began to challenge the dominance of the single-party government, and the Hutu-led government blamed the Tutsi minority for the government's diminishing popularity. In October 1990, the Rwandan Patriotic Front (RPF), a rebel group comprised primarily of Tutsi refugees who had fled Rwanda's ethnic violence in the 1960s and 1970s, invaded Rwanda demanding the right of refugees to return and democratic governance, adding to ethnic tensions in the country. After the assassination of President Juvenal Habyarimana on April 6, 1994, extremists in the government launched a genocide that targeted those whom they saw as threatening their authority, primarily Tutsi and politically-moderate Hutu tolerant of the Tutsi minority, whom they accused of being sympathizers with the RPF. From April to July 1994, the perpetrators slaughtered as many as one million Tutsi civilians in the course of three months to establish "Hutu power." Mr. Teganya's mother and sister were forced to flee Rwanda, and his brother Jean Paul Ishimwe has been missing since 1996.  Several uncles were also killed in the genocide.

### Post-Genocide Rwandan Reconstruction

14. The genocide ended in July 1994, when the RPF took control of the country, transferring power from an entirely Hutu government to a Tutsi-dominated regime. After taking power, the RPF initially engaged in violent retribution against the perpetrators of the genocide, but quickly shifted to holding perpetrators legally accountable, in an ostensible effort to heal the country (although its soldiers continued to engage in extensive human rights violations).

15. Within a three-year period after the genocide, 140,000 people were arrested in Rwanda for acts committed during the genocide. However, prison conditions quickly deteriorated, and because Rwanda's judicial system was devastated by the genocide, far more people were arrested than could be held in prison and tried in court. By some estimates, it would have taken a century to give every detainee a day in court. Imprisoning tens of thousands of people without trial, for many years, and in deplorable conditions, carried the potential to threaten the government's legitimacy.

### The FDLR in Congo

16. When the RPF took control of Rwanda in July 1994, many members of the former government and much of the army fled into neighboring Congo (then called Zaire). They were joined by hundreds of thousands of Rwandan civilians, who settled in refugee camps along the border. Despite provisions in international refugee law that prohibit armed groups from staying in refugee camps, in Congo the former regime and former armed forces used

4

PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT

the refugee camps as bases to plot a return to power in Rwanda and to launch raids across the border. They also continued to persecute people living in the refugee camps. Mr. Teganya's claims that he was threatened in the camps because of his apparent sympathies for Tutsi and his mixed heritage is consistent with what I know about conduct in these camps.

17. Presence in the refugee camps in Congo should not be understood as either support for or complicity in the genocide. The majority of people in the camps were legitimate refugees who had a justified fear of persecution at the hand of the new RPF-installed government in Rwanda. People feared that if they returned to Rwanda they would be killed, and in fact some who did were in fact killed. The actual level of threat, however, was often exaggerated by former political leaders and genocide organizers present in the camps who wanted to maintain public support, so more people stayed in the camps rather than returning home than might otherwise have been the case. In addition, the organizers of the genocide threatened people who sought to return to Rwanda. If they found out that an individual was planning to return to Rwanda, that individual could be beaten or even killed.

18. When the RPF attacked and closed the refugee camps in 1996, many civilians returned to Rwanda, but many others fled further into Congo. Much of the armed forces fled into the bush, where they reconstituted themselves into a rebel force the Democratic Forces for the Liberation of Rwanda (FDLR). The FDLR became involved in ongoing violence in Eastern Congo, fighting against Rwandan forces but also the new Congolese government and also targeting many civilians, particularly Congolese Tutsi.

19. Paul Rwarakabije became the leader of the FDLR. During Congo's two civil wars, FDLR forces commonly clashed with RPF forces. However, in the late 1990s and early 2000s, the RPF-led government of Rwanda sought to reconcile with the FDLR and encouraged the return of FDLR rebels to Rwanda. After lengthy negotiations, Paul Rwarakabije led a group of FDLR officers who formally surrendered to the Rwandan military and returned to Rwanda in 2003. While those accused of involvement in the genocide had to face judgment, others involved only in the FDLR rebellion were offered amnesty.

### Reconciliation, Multi-Ethnic Government and the Gacaca Courts

20. As I have written about at great length in my book *Memory and Justice in Post-Genocide Rwanda*, Rwanda today is a dictatorship. Although the government under the RPF and its leader President Paul Kagame is quite efficient and effective, winning considerable praise for promoting economic development, the regime has used extensive force to gain and keep power. The RPF rules the Rwandan state with a very heavy hand. Elections are held regularly, but most opposition candidates are prevented from running and the few who are allowed to contend are severely limited in their activities. Opposition politicians, independent journalists, and human rights activists have been regularly arrested, and a number have been murdered, including an opposition activist murder this May.

PRIVILEGED AND CONFIDENTIAL                                    ATTORNEY WORK PRODUCT

21. In this highly authoritarian context, courts have been used regularly as a tool to establish the authority of the state. The Rwandan government began to try people accused of the genocide in 1996, and over the past 20 years, many perpetrators have been tried and found guilty. At the same time, many innocent people have also been convicted. Charging people with complicity in the genocide has been an effective means of eliminating critics of the regime from public life and discouraging other people from speaking out. In 2001, the Rwandan parliament adopted a law against the vaguely defined crime of "divisionism," and in 2008, parliament adopted a law against "genocide ideology." These two laws have been used extensively against critics of the current regime, conflating honest criticism of the current government with support for genocide. The threat of being charged with divisionism or genocide ideology or of being charged falsely with participation in the genocide is used effectively to silence most potential opponents of the regime.

22. In the late 1990s, as part of the government's efforts to broaden its support, a proposal emerged to adapt Rwanda's historic method of conflict resolution known as *gacaca* to prosecute genocide crimes. *Gacaca* historically referred to a Rwandan institution in which respected elders sat on the village lawn and arbitrated disputes between members of the community. Given the huge number of languishing prisoners, the RPF suggested that a system of popular justice loosely modeled on *gacaca* was the country's only chance to deliver justice and heal. Unlike the traditional, informal community institution, the modern *gacaca* courts were created by the central government. The rules were codified, and their actions were regulated by the government. But the laws of *gacaca* were constantly changing and shifting as the government repeatedly amended them.

23. As part of the modern *gacaca* system, communities elected as judges people of integrity who were not professional jurists. Following the election of *gacaca* judges, the trials proceeded in two stages: the first was an information-gathering phase, and the second phase involved the trials themselves. By July 2006, the trial phase was fully underway in most communities in the country, and trials were held every week. *Gacaca* trials continued until 2012.

24. The *gacaca* system involved virtually every resident of Rwanda. At first, potential witnesses would learn by word of mouth that a certain person was going to be tried and would volunteer to testify for or against that person. Over time, the government grew concerned with attendance, and the *gacaca* experience became compulsory, and everyone was expected to attend the trials.

25. The success of the *gacaca* court model was uneven throughout the country and many people were against the *gacaca* process as a result. Many Tutsi felt the process did not bring them justice, and despite strong evidence, perpetrators of the genocide were at times acquitted, particularly if they were wealthy and influential. At the same time, thousands of innocent people were also falsely charged in *gacaca* trials, and many of them were found guilty and imprisoned. False accusations were used by many people to extract revenge on enemies, to extort bribes, or to eliminate rivals. The *gacaca* process also became politicized, as the government used *gacaca* to punish people they viewed as political opponents. The laws governing *gacaca* prohibited the accused from using lawyers to support their defense. There was no rule against double jeopardy, and therefore it was

PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT

possible to be tried more than once. In addition, many people were convicted simply because of their associations with genocide killings, because were present was someone was killed or simply because they worked or lived near where people were killed, even if they had nothing to do with it themselves.

26. While *gacaca* tried nearly 2 million cases involving over 1 million accused, the most serious cases continued to be argued in regular courts, and these also suffered from the same problems of corruption and politicization. With the completion of *gacaca* in 2012, new genocide cases are now tried in the regular courts. The failings of Rwanda's courts, including the *gacaca* courts, is a major theme of my recently published book, *Memory and Justice in Post-Genocide Rwanda*.

27. Should Mr. Teganya be returned to Rwanda, I do not believe that he could receive a fair trial there for several reasons. First, because of publicity surrounding his case, the government would have an interest in seeing that he be convicted. It is clear to me that genocide trials in Rwanda are particularly politicized for individuals whose cases are prominent. Second, because many people were killed at the University Hospital, Mr. Teganya will be presumed guilty by association. Third, conceptions of guilt in Rwanda are not individualized as they are in the West. Because Mr. Teganya's father was convicted on genocide crimes, he will be himself viewed as complicit. Finally, Mr. Teganya's mixed ethnic heritage makes him suspect even in post-genocide Rwanda, where ethnic identification is explicitly banned. Having a Tutsi mother but a father who was found to be involved in the genocide would make many Rwandans assume that he was involved in the genocide to protect himself.

28. Finally, the fact that Mr. Teganya has stayed outside of Rwanda since 1994 and has resisted return to Rwanda makes him a target for persecution should he return for Rwanda. Since the RPF closed the refugee camps in the Democratic Republic of Congo in 1996 and ordered all Rwandans to return to their country, they have unfairly treated the refusal of any Rwandans to return home as an admission of genocide guilt. The Government of Rwanda assumes that individuals do not want to return home because they are afraid of being held accountable for participation in the genocide. Yet in fact many Rwandans have chosen never to return to Rwanda or have fled the country since 1994 because of justifiable fear of unjust imprisonment, torture, or death. This fact has been recognized in numerous cases of Rwandans granted asylum in the US. In my informed opinion, Mr. Teganya cannot receive a fair trial in Rwanda in part because his choice to stay out of Rwanda so long will be read as *prima facie* evidence of his guilt.

### Conclusion

29. Mr. Teganya would be in real danger if forced to return to Rwanda. Because he was a medical student at Butare Hospital during part of the genocide and because of his father's conviction in the *gacaca* court, the Rwandan government will consider him a genocide accomplice and will seek to convict and punish him. Because he has been outside of Rwanda for so long and because his case has received considerable international attention, he will be denied the opportunity for a fair trial.

30. Given the violent attack Mr. Teganya suffered in the past as a punishment for helping Tutsi friends, and the hostility of the Kagame government toward those it views as critics, I believe that Mr. Teganya is in grave danger of serious harm without state protection in Rwanda. Although Rwanda has officially repealed the death penalty, as a recent Human Rights Watch report indicates, summary executions remain widespread, and people continue to disappear. If forced to return to Rwanda, it is very likely that Mr. Teganya would face death threats, intimidation, long-term imprisonment or detention, torture and even death.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Timothy Longman                                   7/19/17
                                                  Date

## Curriculum Vita

### Timothy Paul Longman

*Director, African Studies Center, Pardee School of Global Studies*
*Boston University, 232 Bay State Road, Boston, MA 02215*
*longman@bu.edu*
*617-353-9751 (w) • 845-661-6768 (c)*

### Primary Employment:

| | |
|---|---|
| 2009- | Associate Professor of Political Science and International Relations, Boston University. Director, Center for Religion and World Affairs (CURA) (2017-) Director, African Studies Center (2009-2017), Chair, Council of Directors, Frederick S. Pardee School of Global Studies (2014-2016) |
| 1996-2009 | Associate Professor of Political Science and Africana Studies, Vassar College, Poughkeepsie, NY. Assistant Professor 1996-2003, Chair, Department of Political Science (2008-2009), Interim Director, Africana Studies Program (2003-2004). |
| 1995-1996 | Director, Rwanda Field Office, Human Rights Watch and the International Federation of Human Rights (FIDH), Butare, Rwanda. |
| 1994-1995 | Visiting Assistant Professor, Department of Political Science, Drake University, Des Moines, IA. |

### Education:

| | |
|---|---|
| Ph.D. | Political Science, University of Wisconsin-Madison. 1995. |
| M.A. | Political Science, University of Wisconsin-Madison, 1991. |
| B.A. | Political Science and Religion, Phillips University, Enid, Oklahoma, 1986. Graduated Summa Cum Laude. |

### Academic Interests:

Comparative politics of Africa; state-society relations, focusing in particular on religion and politics, human rights, transitional justice, and the politics of race, ethnicity, and gender; Rwanda, Burundi, the Democratic Republic of Congo, Kenya, Tanzania, and South Africa.

### Publications: Books

| | |
|---|---|
| 2017 | *Memory and Justice in Post-Genocide Rwanda*, New York: Cambridge University Press. |
| 2010 | *Christianity and Genocide in Rwanda*, New York: Cambridge University Press. Reviewed in *Perspectives on Politics, Human Rights Quarterly, Holocaust and Genocide Studies, Africa, African Studies Review, African Studies Quarterly, Journal of Modern African Studies, Journal of African History, Canadian Journal of African Studies, International Journal of African Historical Studies, Journal of Church and State, International Bulletin of Missionary Research, The Review of Faith and International Affairs, Social Sciences and Missions, Exchange* |

### *Publications: Peer Reviewed Articles and Book Chapters*

2013     "Conducting Research in Conflict Zones: Lessons from the African Great Lakes Region," in Dyan Mazurana, Karen Jacobsen, and Lacey Andrews Gale, eds., *Research Methods in Conflict Settings: A View from Below*, New York: Cambridge University Press.

2011     "Limitations to Political Reform: The Undemocratic Nature of Transition in Rwanda," in Lars Waldorf and Scott Straus, eds., *Remaking Rwanda: State Building and Human Rights after Mass Violence*, Madison: University of Wisconsin Press, pp. 25-47.

2011     With Sarah Freedman, Harvey Weinstein, and Karen Murphy, "Teaching History in Post-Genocide Rwanda," in Lars Waldorf and Scott Straus, eds., *Remaking Rwanda: State Building and Human Rights after Mass Violence*, Madison: University of Wisconsin Press, pp. 297-315.

2008     With Sarah Freedman, Harvey Weinstein, and Karen Murphy, "Teaching History after Identity-Based Conflicts: The Rwanda Experience," *Comparative Education Review*, November, pp.

2006     "Religion, Memory, and Violence in Rwanda," in J. Shawn Landers and Oren Stier, eds., *Recovering Memory: Exposing Religion, Violence, and the Remembrance of Place*, Indiana University Press, pp. 132-149.

2006     With Theoneste Rutagengwa, "Memory and Violence in Post-Genocide Rwanda," in *States of Violence: Politics, Youth, and Memory in Contemporary Africa*, Edna G. Bay and Donald L. Donham, eds., University of Virginia Press, pp. 236-259.

2006     "Gacaca Trials in Rwanda: Justice at the Grassroots," in Naomi Roht-Arriaza and Javier Mariezcurrena, eds., *Beyond Truth Versus Justice: Transitional Justice in the New Millenium*, Cambridge University Press, pp. 206-228.

2005     Timothy Longman, "Rwanda: Achieving Equality or Serving an Authoritarian State?" in Gretchen Bauer and Hannah Britton, eds., *Women in African Parliaments*, Boulder: Lynne Rienner, pp. 133-150.

2005     "Churches and Social Upheaval in Rwanda and Burundi: Explaining the Failure of Churches to Resist Ethnic Violence," in Niels Kastfelt, ed., *The Role of Religion in African Civil Wars*, London: C. Hurst & Co., pp. 82-101.

2004     Timothy Longman, Phuong Pham, Harvey Weinstein, and Alice Karekezi, "Connecting Justice to Human Experience: Attitudes Toward Accountability and Reconciliation in Rwanda" in Harvey Weinstein and Eric Stover, eds., *My Neighbor, My Enemy: Justice and Social Reconstruction in Rwanda and the Former Yugoslavia*, Cambridge: Cambridge University Press, pp. 206-225.

2004     Timothy Longman and Théoneste Rutagengwa, "Memory, Identity, and Community in Rwanda," in Harvey Weinstein and Eric Stover, eds., *My Neighbor, My Enemy: Justice and Social Reconstruction in Rwanda and the Former Yugoslavia*, Cambridge: Cambridge University Press, pp. 162-182.

2004     Alison Des Forges and Timothy Longman, "Legal Responses to Genocide in Rwanda," in Harvey Weinstein and Eric Stover, eds., *My Neighbor, My Enemy: Justice and Social Reconstruction in Rwanda and the Former Yugoslavia*, Cambridge: Cambridge University Press, pp. 49-68.

2004     Sarah Warshauer Freedman, Déo Kambanda, Beth Lewis Samuelson, Innocent Mugisha, Immaculée Mukashema, Evode Mukama, Jean Mutabaruka, Harvey

Weinstein, and Timothy Longman, "Confronting the Past in Rwandan Schools," in Harvey Weinstein and Eric Stover, eds., *My Neighbor, My Enemy: Justice and Social Reconstruction in Rwanda and the Former Yugoslavia*, Cambridge: Cambridge University Press, pp. 248-265.

2004    Phuong Pham, Harvey Weinstein, and Timothy Longman, "Trauma and PTSD Symptoms in Rwanda: Implications for Attitudes Toward Justice and Reconciliation," *Journal of the American Medical Association*, August 5.

2004    "Placing Genocide in Context: Research Priorities for the Rwandan Genocide," *Journal of Genocide Research*, vol. 6, no. 1.

2004    "Obstacles to Peacebuilding in Rwanda," in *Durable Peace: Peacebuilding in Africa*, Robert Matthews and Taisier M. Ali, eds., Toronto: University of Toronto Press, pp. 61-85.

2002    "The Complex Reasons for Rwanda's Engagement in Congo," in *The Continental Stakes in the Congo War*, in John F. Clark, ed., New York: Palgrave, pp. 129-144.

2001    "Church Politics and the Genocide in Rwanda," *Journal of Religion in Africa*, v. 31:2, pp. 163-186.

2001    "Documentation and Individual Identity in Africa: Identity Cards and Ethnic Self-Perception in Rwanda," in Jane Caplan and John Torpey, eds., *Documenting Individual Identity: The Development of State Practices in the Modern World*, Princeton: Princeton University Press, pp. 345-357.

2001    "Christian Churches and Genocide in Rwanda," in *In the Name of God: Religion and Genocide in the Twentieth Century*, Omer Bartov and Phyllis Mack, eds., New York: Berghahn Books, pp. 139-160.

1998    "Civil Society and the Rwandan Genocide," in *State, Conflict, and Democracy in Africa*, Richard Joseph, ed., Boulder: Lynne Rienner, November, pp. 339-358.

1998    "Empowering the Weak and Protecting the Powerful: The Contradictory Nature of Christian Churches in Rwanda, Burundi, and Congo," *African Studies Review*, Spring, pp. 49-72.

1997    "Rwanda: Chaos from Above," in *Critical Juncture: The African State in Transition* Leonardo Villalon and Phil Huxtable, eds., Boulder: Lynne Rienner, pp. 75-91.

1996    "Democracy and Disorder: Violence and Political Reform in Rwanda," *Political Reform in Francophone Africa*, David Gardinier and John Clark, eds., Boulder: Westview Press, pp. 287-306.

1995    "Christianity and Democratization in Rwanda: Assessing Church Responses to Political Crisis in the 1990s," in *The Christian Churches and Africa's Democratisation*, Paul Gifford, ed., Leiden: E.J. Brill, pp. 188-204.

## Publications: Non-Peer Reviewed Articles and Book Chapters

2014    "The Uses and Abuses of Media: Rwanda Before and After the Genocide," in Clara Ramirez-Barat, ed., *Transitional Justice, Culture, and Society: Beyond Outreach*, New York: Social Science Research Council, pp. 247-278.

2012    "After Genocide, Stifled Dissent," Op Ed, *New York Times*, June 29.

2010    "Trying Times for Rwanda: Reevaluating *Gacaca* Trials in Post-Genocide Reconciliation," *Harvard International Review*, Summer.

2010    With Natalie Zähringer, "Explaining State Responses to Human Rights," in James P. Muldoon Jr., JoAnn F. Aviel, Richard Reitano, and Earl Sullivan, eds., *The New*

|      | *Dynamics of Multilateralism: The Practical Dimension of Diplomacy, International Organizations, and Global Governance*, Boulder: Westview, pp. 129-149. |
|------|------|
| 2009 | "An Assessment of Rwanda's *Gacaca* Courts," *Peace Review*, fall. |
| 2004 | "The Domestic Impact of the International Criminal Tribunal for Rwanda," in Steven R. Ratner and James L. Bischoff, eds., *International War Crimes Trials: Making a Difference?*, Austin: University of Texas Law School. |
| 2001 | "Congo: A Tale of Two Churches -- Ethnic bias creates major problems for the church," *America*, April 2, v. 184:11, pp. 12-15. |
| 1999 | "Nation, Race, or Class? Defining the Hutu and Tutsi of East Africa," in *The Global Color Line: Racial and Ethnic Inequality and Struggle from a Global Perspective*, Joseph Feagin and Pinar Batur-Vanderlippe, eds., JAI Press, pp. 103-130. |
| 1996 | "Ruandas Kirchen und der Völkermord: Verhängnisvolle Nähe zur Macht," *der überblick*, March, pp. 18-21. |
| 1995 | "Genocide and Socio-Political Change: Massacres in Two Rwandan Villages," *Issue: A Journal of Opinion*, Summer, pp. 18-21. |
| 1995 | "Democratization and Civil Society: The Case of Rwanda," in Richard Joseph, ed., *Democracy in Africa*, Atlanta: The Carter Center. |
| 1991 | "Change and Continuity: The Process of Democratization in Zaire," in *Democratization and Structural Adjustment in Africa in the 1990s*, Lual Deng, Markus Kostner, and Crawford Young, eds., African Studies Program, the University of Wisconsin-Madison. |

## Published Reports

|      |      |
|------|------|
| 2012 | "Rwanda," *Freedom in the World*, New York: Freedom House, January. |
| 2011 | "Rwanda," *Countries at the Crossroads 2011*, New York: Freedom House. |
| 2011 | "Rwanda," *Freedom in the World*, New York: Freedom House, January. |
| 2010 | "Rwanda," *Freedom in the World*, New York: Freedom House, January. |
| 2000 | "Eastern Congo Ravaged," New York: Human Rights Watch, May (published in English and French). |
| 1999 | *Leave None to Tell the Story: Genocide in Rwanda*, New York: Human Rights Watch; Paris: Fédération International des Ligues des Droits de l'Homme, Researcher and contributing author, Alison Des Forges primary author, April 1999. The book has been recognized as the "definitive account of the genocide" (*The Guardian UK*) and was awarded the Raphael Lemkin Prize in 2000 for the best scholarly book on human rights, genocide, or mass violence. |
| 1998 | *Proxy Targets: War Against the Civilian Population of Burundi* New York: Human Rights Watch, April 1998 (published in English and French). |
| 1997 | "Burundi," chapter for *World Report 1998*, New York: Human Rights Watch, December, pp. 25-30. |
| 1997 | Contributing author to "Zaire: Transition, War and Human Rights," New York: Human Rights Watch/Africa, April. Suliman Baldo, primary author. |
| 1997 | With Alison Des Forges, "Attacked by All Sides: Civilians and the War in Eastern Zaire," New York: Human Rights Watch; Paris: FIDH, March. |
| 1996 | "Zaire," chapter for *World Report 1997*, New York: Human Rights Watch, December, pp. 60-66. |

1996   "Forced to Flee:  Violence Against Tutsi in Zaire," New York:  Human Rights Watch; Paris:  FIDH, July (published in English and French).

## Unpublished Reports

2016   With Gina Lambright, Suzie Nansozi, and Irene Ikomu, "Democracy, Human Rights, and Governance Assessment of Uganda, Washington: Tetratec for USAID.

2012   With Pierre Englebert, Agathe Tshimpanga, Anselme Meya Ngemba, Jeremy Meadows, and Kirby Reiling, "Democracy, Human Rights, and Governance Assessment of the Democracy Republic of the Congo," Washington: Tetratec for USAID.

2008   With Robert Groelsema, Mark Billera, Nils Mueller, Zeric Smith, and Emmanuel Mabaya, "Democratic Republic of Congo Democracy and Governance Assessment," Washington: Democracy International for USAID.

2007   With Roger Yochelson, Julie Werbel, and Christophe Sebudandi, "Burundi Democracy and Governance Assessment," Washington: Democracy International for USAID.

2005   "Evaluation of Internews Newsreel Project," International Center for Transitional Justice, New York, April.

2002   Zeric Kay Smith, Timothy Longman, and Jean-Paul Kimonyo, "Rwanda Democracy and Governance Assessment," Washington: MSI for USAID, November 2002.

## Reference Works

2014   "Rwanda," in *Worldmark Encylopedia of Religious Practices*, 2nd Edition, Thomas Riggs, ed., Gale Cenage.

2010   "Rwanda" in *Encyclopedia of Global Religion*, Mark Juergensmeyer and Wade Clark Roof, eds., New York: MacMillan.

2009   "Rwanda" in *World Book Encyclopedia*, New York: World Book Inc.

2006   "Congo" in *Encyclopedia of Politics and Religion*, Robert Wuttnow, ed., CQ Press.

2006   "Rwanda" in *Encyclopedia of Politics and Religion*, Robert Wuttnow, ed., CQ Press.

2005   "Rwanda," in Dinah L. Shelton, et al., eds., *Encyclopedia on Genocide and Crimes Against Humanity*, Macmillan Reference.

2005   "Racism," in Dinah L. Shelton, et al., eds., *Encyclopedia on Genocide and Crimes Against Humanity*, Macmillan Reference, 2005.

2003   "Rwanda," in *Encyclopedia of World Cultures Supplement*, Melvin Ember and Carol R. Ember, eds., Macmillan, 2003.

2002   "Kigali," in *Encyclopedia of Urban Cultures*, Grollier Educational Publications, 2002, pp. 480-484.

2001   "Rwanda," in *Countries and Their Cultures*, Melvin Ember and Carol R. Ember, eds., Macmillan, 2001, pp. 1872-1883.

1999   "Democratic Republic of the Congo," in *World Encyclopedia of Political Parties and Systems*, Deborah Kapple, ed., February 1999.

1998   "Burundi Civil Wars," in *The Encyclopedia of Political Revolutions*, Jack Goldstone, ed., Washington:  Congressional Quarterly Books, September 1998

1997   "Burundi:  Pierre Buyoya," *Current Leaders of Nations*, David C. Kurkowski, ed., North Wales, PA:  Current Leaders Publishing Company, 1997

1995     "Burundi:  Sylvestre Ntibantunganya," *Current Leaders of Nations*, David C. Kurkowski, ed., North Wales, PA:  Current Leaders Publishing Company, 1995.

1994     "Rwanda:  Faustin Bizimungu," *Current Leaders of Nations*, David C. Kurkowski, ed., North Wales, PA:  Current Leaders Publishing Company, 1994.

## Book Reviews

2016     Book review of J.J. Carney, *Rwanda Before the Genocide: Catholic Politics and Ethnic Discourse in the Late Colonial Era*, Oxford: Oxford University Press, 2014, in *African Studies Review*, spring.

2016     Roundtable contribution on Severine Autesserre, *Peaceland: Conflict Resolution and the Everyday Politics of International Intervention*, Cambridge University Press, 2015, in H-Diplo/International Security Studies Forum, September.

2007     Book review of Neal G. Jesse and Kristen P. Williams, *Identity and Institutions: Conflict Reduction in Divided Societies*, Albany: State University of New York Press, 2005, and James L. Gibson, *Overcoming Apartheid: Can Truth Reconcile a Divided Nation?* New York: Russell Sage Foundation, 2004, in *Political Psychology,* fall.

2007     Scott Straus and Robert Lyons, *Intimate Enemy: Images and Voices of the Rwandan Genocide*, New York: Zone Books, 2006, and Louise Mushikiwabo and Jack Kramer, *Rwanda Means the Universe: A Native's Memoir of Blood and Bloodlines*, New York: St. Martin's Press, 2006, in *African Studies Review*, spring.

2003     Book review of Bill Berkeley, *The Graves are not yet Full:  Race, Tribe, and Power in the Heart of Africa* in *Journal of Holocaust and Genocide Studies*, winter.

2002     Book review of Filip Reyntjens, *La Guerre des Grands Lacs*; Guy Castonguay, *Les casques bleus au Rwanda*, and Georges Poulain, *La chasse a l'homme au Burundi* in *The International Journal of African Historical Studies*, pp. 492-4.

2001     Book review  of Peter Uvin, *Aiding Violence:  The Development Enterprise in Rwanda*, in *Human Rights Review*, April-June, v. 2:3.

2001     Book review of Howard Adelman and Astri Suhrke, eds., *The Path of Genocide:  the Rwanda Crisis from Uganda to Zaire* in *Journal of Politics*, May, v. 63:2.

2001     Book review of Gerard Prunier, *The Rwanda Crisis*, in *The Journal of Asian and African Studies*.

1996     Book review of Learthen Dorsey, *Historical Dictionary of Rwanda* in *Journal of African History*, v. 37, no. 3, October.

## Conference Paper Presentations:

2016     ""You Create What You Are Afraid Of": Assessing Transitional Justice in Post-Genocide Rwanda," African Studies Association Annual Conference, Washington, December 2.

2016     "Explaining Differences in Church-State Relations in East Africa," Society for the Scientific Study of Religion Annual Conference, Atlanta, October 28.

2016     "Memory and Impunity in Rwanda and Burundi," African Studies Association of the United Kingdom Biannual Meeting, Cambridge, UK, September 8.

2015     "Lessons and Limitations from Comparing Genocides," Comparative Genocide Symposium, Institute for Humanities Research, Arizona State University, October 23.

2014   "Religion and Violence: Between the Local and the Global in Zanzibar and the Democratic Republic of Congo," African Studies Association Annual Conference, Indianapolis, November 22.

2014   "Explaining Church Social Engagement in East Africa," Conference on Religion and Social Engagement in Africa, Stellenbosch University, South Africa, August 4-8.

2014   "Church-State Conflict and Cooperation in East Africa," Conference on Religion and National Politics in Sub-Saharan Africa, Vanderbilt University, April 11-12.

2013   "Explaining Church-State Conflict and Cooperation in East Africa," American Political Science Association, Chicago, August 28.

2012   "Using Fiction in Teaching African Politics," African Studies Association Annual Meeting, Philadelphia, PA, Thursday, November 29.

2012   "Human Rights, Activism, and Academics: Complementary or Contradictory," for 50 Forward: 50 Years of African Studies at the University of Wisconsin, Madison, April 21.

2011   "Post-Conflict Politics in Central Africa: Comparing the Democratic Republic of Congo, Rwanda, and Burundi," presented at African Studies Association Annual Meeting, Washington, DC, Friday, November 18.

2010   "Promoting Peace and Promoting War: Christian Churches and Conflict in Africa," keynote address for conference on Religion and Conflict in West Africa, WARA/WARC Peace Initiative, Freetown, Sierra Leone, December 14.

2010   "Did Democratization Cause the Rwandan Genocide?" presented at African Studies Association Annual Meeting, San Francisco, CA, November 18.

2010   "Christianity and Conflict in the Great Lakes Region," presented at conference Religion and Politics in Africa, School of Advanced International Studies, Johns Hopkins University, Washington, DC, April 2.

2009   "Human Rights in Africa: Scholarship and Activism," invited speaker for ASA Board of Directors-Sponsored Roundtable in honor of Alison Des Forges, African Studies Association Annual Meeting, New Orleans, LA, November 20.

2009   "Limitations to Political Reform: The Undemocratic Nature of Transition in Rwanda," presented at the conference Reconstructing Rwanda: History, Power, and Human Rights, University of Wisconsin-Madison, May 19.

2009   "Constructing Post-Genocide Identity in Rwanda," presented at the conference Healing the Wounds: Speech, Identity, and Reconciliation in Rwanda, Program in Human Rights and Holocaust Studies, Benjamin Cardozo School of Law, March 30.

2008   "Gacaca and Collective Guilt: The Political Uses of Transitional Justice in Rwanda," to be presented at the African Studies Association Annual Meeting, Chicago, Saturday, November 15.

2007   "Public Responses to Rwanda and Darfur," presented at conference on Continuing Crisis in Darfur, University of Ottawa, November 9-11.

2007   "Christian Churches and Political Power in the Great Lakes Region: Explaining a Mixed Picture," paper presented at the conference on Knowledge, Practice, and Political Agency: The Religious Dimension in Conflict Knowledge, Joan B. Kroc Institute for International Peace Studies, University of Notre Dame, April 20-21.

2006   "Memory, Justice, and Power in Post-Genocide Rwanda," paper presented at the American Political Science Association annual meeting, Philadelphia, September 2.

2005   "Transition and Democracy in Burundi and Rwanda," paper presented at Development Policy Review Network Conference on Central Africa, University of Antwerp, December 1.

| | |
|---|---|
| 2005 | "Civil Society and State Power in Post-Genocide Rwanda," paper presented at African Studies Association, Washington, DC, November 17. |
| 2005 | "Rwandan Attitudes toward Post-Genocide Judicial Initiatives," paper presented at conference on Global Justice, Local Legitimacy, University of Amsterdam Law School, January 27-29. |
| 2004 | "Organizing Chaos:  Government Responsibility for Ethnic Violence in Burundi, Rwanda, and Congo," Bellarmine Forum, Loyola Marymount University, Los Angeles, November 10. |
| 2004 | "Gacaca as a Transitional Justice Mechanism," presented at conference on Multifaceted Transitions:  The Next Phase, Notre Dame, April 30-May 1. |
| 2004 | "Rwandan Conceptions of Justice and Reconciliation," presented at conference Reflection and Reconsideration: 10 Years After the Rwandan Genocide, Northwestern University Law and Journalism Schools, April 5. |
| 2003 | "Attitudes Toward the Criminal Tribunal in Rwanda," presented at Conference on International War Crimes Trials:  Making a Difference? University of Texas Law School, November 6-7. |
| 2003 | Timothy Longman and Théoneste Rutagengwa, "Memory, Identity, and the State in Rwanda," paper presented at conference Africa and Violence:  Identities, Histories, and Representations," Emory University, September 10-14. |
| 2002 | Phuong Pham, Harvey Weinstein, Timothy Longman, and Alice Karekezi, "Rwandan Attitudes Toward the International Criminal Tribunal for Rwanda," paper presented at the American Public Health Association annual meeting, Philadelphia, November. |
| 2002 | "State, Society, and Violence," presented at conference on Responding to Violence, Barnard College, Columbia University, October 25. |
| 2002 | Respondent to presentation by Alison Des Forges, conference on "Justice in the Balance: Military Commissions and International Criminal Tribunals in a Violent Age," University of California, Berkeley, March 16. |
| 2002 | With Alice Karekezi, "Justice Responses to the Rwandan Genocide," presented at conference on Post-war, Societies, Identity and Belief at the University of Virginia, February 29-March 2. |
| 2001 | "The International Criminal Tribunal and Reconciliation in Rwanda," presented at Institute for Contemporary History conference, University of Ohio, Athens, February. |
| 2000 | "Religion and Genocide in Rwanda," presented at the congress of the International Association for the History of Religion, Durban, South Africa, August 5-8. |
| 2000 | "Misunderstanding Rwanda:  Seeking to Explain the Inexplicable," presented at Conference on Intellectual Pluralism at the University of Wisconsin-Madison, April 14-15. |
| 1999 | "Churches and Social Upheaval in Rwanda and Burundi," presented at Conference on Religion and Social Upheaval in Africa, University of Copenhagen, December 2-4. |
| 1999 | "Churches and Genocide at the Grassroots in Rwanda," presented at Conference on Churches and the Conflict in Africa's Great Lakes Region, School of Oriental and African Studies, University of London, September 21. |
| 1998 | "Official Documentation and Individual Identity in Africa:  The Case of Rwanda," presented at conference on Documenting Individual Identity, University of California-Irvine, Humanities Research Institute, December 10-12. |

1998     "Racketeering Militaries and the Promise of Stability: Justifying Dictatorship in Rwanda and Burundi," presented at conference on "State, Democracy, and Society," at Emory University, November 12-14.

1997     "The Political Impact of Sanctions in Burundi," presented at conference on the Humanitarian Impact of Sanctions, sponsored by Physicians for Social Responsibility, Madison, Wisconsin, November 14.

1997     "The Organization of Chaos: Authoritarianism and Violence in Rwanda, Burundi, and Zaire," Third World Studies Association, Hartford, October.

1997     "Protecting the Powerful and Empowering the Weak: The Contradictory Role of Christian Churches in Rwanda, Burundi, and Zaire." Paper for Colloquium Series, Program in Agrarian Studies, Yale University, September 25.

1997     "The Christian Churches and Rwanda's Genocide," presented at conference on Religion and Genocide in the Twentieth Century, the United States Holocaust Museum, May 10-13, sponsored by Rutgers University Center for Historical Analysis and the Research Institute of the Holocaust Museum.

1997     "Strong Society, Stronger State: Civil Society and the Genocide in Rwanda," presented at conference on African Renewal, Massachusetts Institute of Technology, Boston, March 6-9.

1996     "Church and State in Rwanda Before and After the Genocide," paper presented at African Studies Association annual meeting in San Francisco, November 24.

1996     "Christianity and the Construction of Ethnicity in Rwanda," paper presented at conference on Christianity in East Africa, held at University of Wisconsin-Madison, August 23.

1995     "Christianity and AIDS in the Great Lakes Region of East Africa: Religion and the Construction of Sexuality," paper presented at the African Studies Association annual meeting in Orlando, November.

1995     "Chaos from Above: Understanding the Genocide in Rwanda," paper presented at conference Critical Juncture: The African State in Transition held at the University of Kansas, September.

1995     "The Political Uses of Ethnicity and Resistance to Democratic Reform: the Rwanda Crisis," presented in panel on The Fate of the African State: Disintegration or Reconfiguration? at International Studies Association Annual Meeting, Chicago, February.

1994     "Christian Churches and the Rwanda Crisis," presented in Roundtable on the Rwanda Crisis at African Studies Association Annual Meeting, Toronto, November.

1994     "Federalism as a Means of Ethnic Accommodation: A Cross-Country Analysis," for Conference on Ethnic Diversity and Public Policy, United Nations Research Institute for Social Development, New York, August.

1994     "Democratization and Civil Society: The Case of Rwanda," for conference on Democracy in Africa, the Carter Center of Emory University, Atlanta, April.

1993     "The Christian Churches and Class Development in Rwanda," presented at African Studies Association Annual Meeting, Boston, December.

1993     "Socio-Political Change and the Christian Churches in Rwanda: Christianity and Democratization in Context," presented at conference on The Christian Churches and Africa's Democratisation, sponsored by the School of Oriental and African Studies, London University, and the University of Leeds held at Leeds, September.

1991     "Democratization, Development, and the Poor in Zaire," presented at conference on Democratization and Structural Adjustment in Africa in the 1990s, sponsored by the

World Bank and the Africa Studies Program, the University of Wisconsin-Madison, in Madison, Wisconsin, May.

*Selected Invited Lectures:*

| | |
|---|---|
| 2016 | "Transitional Justice in Africa: Promises and Limitations," Bradford Morse Annual Lecture, University of Massachusetts, Lowell, March 31. |
| 2015 | "Religion and Violence in Africa," lecture for Liechtenstein Institute on Self Determination, Woodrow Wilson School, Princeton University, January 9. |
| 2014 | "Post-Genocide Rwanda: Miracle or Mirage?" panel presentation, University of Vermont, November 6. |
| 2014 | "Memory and Justice in Post-Genocide Rwanda," lecture for Seewanee University, October 23. |
| 2014 | "Christianity and Genocide in Rwanda," MENSA annual conference, Boston, July 5. |
| 2014 | "The Rwandan Genocide 20 Years On," Northeastern University Law School, Boston, MA, April 22. |
| 2014 | "Christianity and Genocide in Rwanda: 20 Years Later," lecture for Eastern Nazarene University, Quincy, MA, April 1. |
| 2012 | "Rwanda: Lessons and Legacies," Keynote Address for New England Colloquy for Genocide Scholars and Civic Leaders, Keene State University, Keene, NH, July 25. |
| 2012 | "Human Rights in Africa," Keynote lecture for Bridgewater State University Africa Week, Bridgewater, MA, March 20. |
| 2010 | "Challenges for Strengthening Democracy in Rwanda," talk presented at Achebe Colloquium on Africa, Brown University, December 3. |
| 2010 | "How to Talk About Violence (Without Being Depressing)," keynote lecture for Teaching About Forum on Pedagogy and Africa, African Studies Program, Northwestern University, May 14. |
| 2010 | "Justice in Post-Genocide Rwanda," lecture presented at Bates College, April 14. |
| 2010 | "Post-Election Violence in Kenya and the Responsibility to Protect," lecture for WorldBoston Great Decisions series, Boston Public Library, Boston, April 13. |
| 2010 | "Democratic Transitions in Africa," lecture for secondary school administrators, Primary Source, Watertown, MA, February 9. |
| 2010 | "Transitional Justice in Africa," lecture for secondary school teachers, Primary Source, Watertown, MA, January 27. |
| 2009 | "Beneath the Democratic Veneer: Unmasking Authoritarian Rule in Post-Genocide Rwanda," lecture given for Committee for African Studies at Harvard University, November 10. |
| 2009 | "Rwanda, Congo, and the Great Lakes Region: A Tribute to Alison Des Forges," public lecture at the Human Rights Center, University of California, Berkeley, April 20. |
| 2008 | "Rwandan Conceptions of Justice and Reconciliation," lecture for Political Studies Forum series, University of the Witwatersrand, Johannesburg, South Africa, August 7. |
| 2008 | "Evaluating the Gacaca Courts in Rwanda," lecture for the Department of Political Science and the Payson Center for International Development, Tulane University, March 12. |

2008    "Lessons from Rwanda for Darfur," lecture for African Studies Institute and Northwestern University Darfur Action Coalition, Northwestern University, February 28.

2005    "Violence by Other Means:  the Exercise of Power in Rwanda Today," lecture given at the United States Institute for Peace, Washington, DC,  November 18.

2005    "Lessons from Rwanda for Darfur," lecture as part of Darfur Action Week lecture series, Bard College, November 15.

2007    "Fighting for Human Rights in the Aftermath of Genocide," Distinguished Lecture in African Studies, Middle Tennessee State University, March 29.

2005    "Life After Death in Rwanda:  Seeking Justice and Reconciliation after Genocide," Lecture given at the Payson Center for International Development, Tulane University, New Orleans, April 21.

2004    "Conflicts Over Memory in post-Genocide Rwanda," lecture for African Studies Program, Columbia University, March 4.

2002    "Theories of Genocide and the Experience of Rwanda," presented for Sawyer Seminar, Emory University, Atlanta, March 7.

2001    "Human Rights after the Rwandan Genocide," presented in the Stanford-Berkeley African Studies Lecture Series, October 16.

1998    "Genocide in Rwanda:  Was 'Never Again' an Empty Promise?" lecture given at St. Mary's College of Maryland, April 16.

1998    "Rwanda Since the Genocide," lecture for African Studies Program, Yale University, April 8.

## *Consultancies, Visiting, and Research Appointments:*

2012-2013    Research Consultant and Team Leader, Democracy, Human Rights, and Governance Assessment of the Democratic Republic of Congo, organized by Tetratech ARD for the United States Agency for International Development.

2007-2008    Research Consultant and Team Leader, Democracy and Governance Assessment of the Democratic Republic of Congo, organized by Democracy International and Tetratech ARD for the United States Agency for International Development.

2007, 2008    Visiting Lecturer, International Human Rights Exchange, University of the Witwatersrand, Johannesburg, South Africa.

2006-2007    Research Consultant, Democracy and Governance Assessment of Burundi, organized by Democracy International for the United States Agency for International Development.

2001-2006    Director of Rwanda Research, Visiting Research Fellow, Human Rights Center, University of California, Berkeley. Directing projects "Communities in Crisis: Justice, Accountability, and Social Reconstruction in Rwanda and the former Yugoslavia" and "Education for Reconciliation in Rwanda: Creating a History Curriculum after Genocide."

2006    Visiting Associate Professor, Department of Political Science, Columbia University

2004-2005    Research Consultant, International Center for Transitional Justice, conducting assessment of Internews Newsreel Project, Rwanda.

2002    Research Consultant, Democracy and Governance Assessment of Rwanda, organized by Management Systems Incorporated for the United States Agency for International Development.

2001    Visiting Lecturer, Department of Political Science, National University of Rwanda

2000       Research Consultant on Democratic Republic of Congo, Human Rights Watch.
1997       Research Consultant on Burundi, Human Rights Watch.
1992-1993  Visiting Lecturer, Faculté de Théologie Protestante, Butare, Rwanda

### Courses Taught:

Boston University: International Human Rights, Transitional Justice in Africa, Religion and
        Politics in Africa, Political Systems of Southern Africa, Introduction to
        Comparative Politics, Politics and Government of Africa.
Vassar College: African Politics, Human Rights and Politics, African-American Politics,
        Multiculturalism in Comparative Perspective, Introduction to Comparative
        Politics, Religion and Politics in Africa and the Diaspora, Introduction to Africana
        Studies.
University of the Witwatersrand: Sovereignty and Human Rights, Graduate Seminar on the
        African State.
Columbia University: African Politics.
National University of Rwanda: Theory and Practice of Conflict Resolution
Drake University: Politics in Multicultural Societies, African Politics, Religion and Politics,
        Introduction to American National Government.
Faculté Protestant de Théologie: Sociology of Religion.

### Awards and Honors:

Fulbright-Hayes Seminars Abroad, $160,000 grant from the Department of Education to lead
        faculty group on 4-week education program in Senegal, summer 2016.
Foreign Language and Area Studies (FLAS) and National Resource Center (NRC) for Africa,
        Title VI program, Department of Education. Principle investigator for $1.28 and $1.06
        million 4-year grants.
Foreign Language and Area Studies (FLAS) and National Resource Center (NRC) for Africa,
        Title VI program, Department of Education. Principle investigator for $1.08 million and
        $1.09 million 4-year grants.
"Education for Reconciliation in Rwanda:  Creating a History Curriculum after Genocide,"
        2004-2006, United States Institute for Peace, recipient of grant as principle investigator
        along with Sarah Freedman and Harvey Weinstein of the Human Rights Center,
        University of California, Berkeley. Funding also provided by the John D. and Catherine
        D. MacArthur Foundation.
Outstanding Young Alumnus 1997, Phillips University.
General Scholarship Fund, Board of Higher Education, Christian Church (Disciples of Christ),
        1993-1994.
Research Travel Grant, Graduate School, University of Wisconsin-Madison, 1991.
Title VI, FLAS, University of Illinois, for study of Lingala, summer 1991.
CIC Traveling Scholar Fellowship, University of Illinois, for study of Lingala, summer 1991.
Ogg and Mills Fellowships, Department of Political Science, University of Wisconsin-Madison,
        spring 1989.
Mills Fellowship, Department of Political Science, University of Wisconsin-Madison, 1986-
        1987.

Representative Phillipian, for the graduating senior who best represents the principles and ideals of Phillips University, 1986.

Political Science Research Award, for the outstanding research project in political science by a graduating senior, Phillips University, 1986.

Newbury Fellowship, for outstanding sophomore religion major, Phillips University, 1984.

Presidential Scholar, full tuition fellowship, Phillips University, 1982-1986.

## Professional Affiliations

American Political Science Association

African Studies Association – ASA Executive Board, November 2014-present. Advocacy Committee chair 2016-17, Finance Committee chair 2016-17. Program Committee section chair for 2014 ASA Annual Meeting.

## Languages

| English | native reading, writing, and speaking ability |
| French | fluent reading and speaking, good writing ability |
| Kiswahili | good speaking ability |
| Lingala | fair speaking ability |
| Kinyarwanda | fair speaking ability |
| Swedish | fair speaking and reading ability |

Updated May 2017