

**Immaculate Conception Church**

22 Lowe Street
Revere, MA 02151

Tel.:(781)289-0735
Fax:(781)286-1124

August 7, 2017

To whom it may concern.

The main purpose of this letter is to certify that **Jean Leonard Teganya** who lives at 14 Suffolk Ave, Revere, MA 02151 is an active member of our Parish.

Mr. Teganya attends to our liturgical celebrations in our parish community since October 2014 when he came to live in this area.

Moreover, Jean Leonard Teganya is a good, disciplined citizen. He has all the necessary moral, Christian values to live in society, and therefore, he deserves all our trust.

If you have any more question regarding his present status, please do not hesitate to contact me at the number shown above.

Sincerely,

Rev. Jorge Daniel Lazo
Administrator.