7/16/2017

To whom this concerns:

I John J. Verrengia, Grand Knight of Revere Council #16550, St. Michael the Arch Angel, 29 Central Avenue, Revere, Ma. 02151 solemnly declare that Mr. Jean Leonard Teganya is an active member of our council and currently serves as an outside guard of the council. He has been a member of the Revere Council for almost three years.

I met Mr. Teganya through attendance at daily mass and immediately saw his value as a member of the Knights of Columbus.

Mr. Teganya is a soft spoken hard working gentleman and I have seen his effort to improve his situation and reunite with his family. I consider Mr. Teganya a very good person and consider him a very good friend.

I strongly support Mr. Teganya in his effort to settle in the United States and I can say with certainty his positive contribution to the Knights of Columbus, the Church and the Revere community.

If I can be of any further assistance, please contact me.

Sincerely,

*John J. Verrengia*
John J. Verrengia -GK-