UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Court No.: 17-cr-10292-FDS |
| v. ) | |
| ) | |
| JEAN LEONARD TEGANYA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to L.R. 83.5.2, please enter the appearance of Assistant United States Attorney George P. Varghese as substitute counsel for Assistant United States Attorney John A. Capin in the above-captioned matter.

Respectfully submitted,

WILLIAM D. WEINREB
ACTING UNITED STATES ATTORNEY

By: /s/ George P. Varghese
GEORGE P. VARGHESE
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
george.varghese@usdoj.gov

Dated: November 30, 2017