1          UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
2

3

4    UNITED STATES OF AMERICA,          )
                                        )
5    vs.                                )   Criminal Action
                                        )
6    JEAN LEONARD TEGANYA,              )   No. 17-10292-FDS
                      Defendant         )
7                                       )
                                        )
8                                       )

9

10   BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV

11
                     JURY TRIAL DAY 2
12

13

14

          John Joseph Moakley United States Courthouse
15                  Courtroom No. 2
                   One Courthouse Way
16                 Boston, MA 02210

17

                    March 11, 2019
18                   9:01 a.m.

19

20

21

22

23               Valerie A. O'Hara
               Official Court Reporter
24   John Joseph Moakley United States Courthouse
             1 Courthouse Way, Room 3204
25                 Boston, MA 02210
             E-mail: vaohara@gmail.com

APPEARANCES:

For The United States:

     United States Attorney's Office, by GEORGE P. VARGHESE, ASSISTANT UNITED STATES ATTORNEY, and SCOTT GARLAND, ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200, Boston, Massachusetts  02110;

For the Defendant:

          Federal Public Defender Office, by SCOTT LAUER, ESQ., and TIMOTHY G. WATKINS, ESQ., 51 Sleeper Street, 5th Floor, Boston, Massachusetts 02210.

<u>PROCEEDINGS</u>

1

2    THE CLERK:  All rise.  Thank you.  Please be seated.

3    Court is now in session in the matter of United States vs. Jean

4    Leonard Teganya, Criminal Action Number 17-10292.

5    Would counsel please identify themselves for the

6    record.

7    THE COURT:  All right.  Good morning.  I understand

8    Mr. Teganya has not yet arrived in the courtroom, and I think

9    we're all running at least a few minutes late, but I wanted to

09:01AM 10    flag something.  Apparently at the end of the day on Friday or

11    as we broke up on Friday, Juror Number 8, Fernando Dinis,

12    D-i-n-i-s, approached the clerk and said that he didn't speak

13    English well.

14    Of course, he said that in perfect English, but he

15    apparently said that he doesn't understand big words, and so I

16    think I need to do a voir dire at him at sidebar before we go

17    any further and kind of see where we are, and apparently we're

18    missing a juror or at least we were a couple minutes ago, so we

19    need to wait on her.

09:01AM 20    Do you want to wait for Mr. Teganya to do the voir

21    dire?  In other words, do you want him in the courtroom?  I

22    think I just heard him here.

23    MR. LAUER:  I think he may be very close.

24    THE COURT:  I'll instruct Ms. Pezzarossi to go

25    upstairs, check on the number of jurors and to bring this juror

1   down.

2           THE CLERK:  All rise for the juror.

3           (THE FOLLOWING OCCURRED AT SIDEBAR:)

4           MR. WATKINS:  Is it by seat number, what seat number

5   is he?

6           MR. LAUER:  Seat 4.

7           THE COURT:  Seat 4.  Juror Number 8, seat 4,

8   Mr. Fernando Dinis, I understand that you approached the clerk

9   on Friday after we had impaneled and said that you had trouble

09:04AM 10   with English; is that correct?

11          THE JUROR:  Yes.

12          THE COURT:  Can you tell me about that?

13          THE JUROR:  I have a lot of problems to understand,

14   and my English, basic English, I don't understand much talking

15   about.

16          THE COURT:  Were you able to understand what we did on

17   Friday?  Were you able to understand?

18          THE JUROR:  I don't understand what the case is all

19   about.

09:05AM 20          THE COURT:  Okay.

21          THE JUROR:  I know it's something Africa, but I don't

22   understand what was going on.

23          THE COURT:  Okay.  Can I get you to stand aside for a

24   moment.  I'm not sure whether this is real or not, but I'm not

25   sure I have much choice.  Does anyone disagree?  I think I may

1   need to let him go.

2           MR. GARLAND:  No.

3           MR. LAUER:  I don't disagree.

4           THE COURT:  Mr. Dinis, I'm going to discharge you.

5   I'm going to let you off the jury.

6           THE JUROR:  Thank you very much.

7           THE COURT:  Thank you.

8           So that means we're down to three alternates and he'll

9   be replaced, I have to look at my chart but whoever the last

09:05AM 10  person seated.  Do you have the order for impanelment?  I think

11  the person in seat 16 was the first alternate, so I discharged

12  him, we're down to three alternates, and I guess we'll just

13  leave people in the seats they're in.  Is everybody here?

14          All right.  We'll guess we'll stand in recess.  I

15  don't know what else to do.

16          THE CLERK:  All rise.  Thank you.  You may be seated.

17          THE COURT:  All right.  We are still missing a juror.

18  Ms. Awah, who's in seat 13, who's an alternate.  Her cell phone

19  is going to voice mail.  She hasn't called.  I guess what I

09:17AM 20  propose is we give it one more round of try and we have to move

21  forward at some point.  Does anyone have a different view?

22  It's 9:17.  I don't want this to go too long.  Does the

23  government have a different view?

24          MR. VARGHESE:  No, your Honor, that's fine.

25          THE COURT:  Mr. Lauer.

1          MR. LAUER:  I defer to the Court.

2          THE COURT:  So we'll give her one more last chance, as

3     the country song goes, and, if not, we'll discharge her, too.

4     I should ask, is there anything else we need to talk about?

5          MR. VARGHESE:  Your Honor, there's one just scheduling

6     issue.  We had asked the Court whether or not it was available

7     to sit for the full day on Wednesday.

8          THE COURT:  Yes.

9          MR. VARGHESE:  I actually don't think we need that

09:18AM 10    full day.  I think we'll be okay with just the usual one

11    o'clock break.

12         THE COURT:  Okay.  Mr. Lauer.

13         MR. LAUER:  It makes no difference to us.

14         THE COURT:  Okay.  She just arrived, so we'll give her

15    a few minutes.

16         THE CLERK:  All rise for the jury.

17         (JURORS ENTERED THE COURTROOM.)

18         THE COURT:  All right.  Good morning, everyone.  I

19    hope you had a good weekend.  I think we are ready to get

09:24AM 20    started.  Just as a reminder, if any of you are running late

21    for some reason, you need to call, okay, because things happen,

22    but we need to know where you are.  So, with that is the

23    government ready to open?

24         MR. GARLAND:  The government is, your Honor.

25         THE COURT:  Okay.

<u>OPENING STATEMENT</u>

1

2      MR. GARLAND:  May it please the Court, this case

3  involves two sets of important events.  What happened 25 years

4  ago in Rwanda during the Hutu genocide of Tutsis and what

5  happened five years in the United States when Mr. Teganya, the

6  defendant, applied for asylum and lied about his part during

7  that genocide.

8      The evidence will show the following:  Twenty-five

9  years ago, extremists from Rwanda's majority ethnic group, the

09:25AM 10  Hutus, sought to exterminate Rwanda's minority's ethnic group,

11  the Tutsis.  What resulted was the worst genocide since the

12  Holocaust and World War II.  500,000 to 800,000 Tutsis laid

13  dead at Hutu hands within 100 short days.  It stopped only when

14  the Hutus were stopped.

15      The defendant, Mr. Teganya, is a Hutu.  He grew up in

16  Rwanda, and he lived there through the genocide.  When the

17  Hutus were stopped, he fled Rwanda, and he went from country to

18  country to country until he landed in Canada, and he stayed

19  there for about 15 years.

09:26AM 20      Five years ago, Mr. Teganya entered the U.S.

21  unlawfully, and when he arrived and was arrested, he claimed

22  asylum asking that the United States not send him back to

23  Rwanda, but Mr. Teganya had a problem, and that problem was

24  that U.S. law made asylum unlawful if he had assisted genocide

25  as during the Rwandan genocide, which he had.

1     During the genocide, the evidence will be that

2   Mr. Teganya had led soldiers to Hutus who were seeking out

3   Tutsis to kill.  He had beaten Tutsis, he had raped at least

4   one Tutsi woman and killed other Tutsis.

5     He swore to tell the truth during the asylum

6   proceedings, and then he lied about the genocide and his part

7   in it.  Those lies were charged in an indictment charging

8   immigration fraud and perjury, and that's why you and all of us

9   are here today.

09:27AM 10     In a few minutes, I will tell you about the asylum

11   process and the lies that Mr. Teganya told during that process.

12   In order to explain them to you, I'm first going to explain

13   what happened during the genocide so that you'll understand

14   Mr. Tavares's part during it.

15     The evidence on that will show the following:  Rwanda

16   is a small country in the center of East Africa.  It has two

17   major ethnic groups, Hutus, the majority, and Tutsis, a much

18   smaller minority.

19     In 1994 Rwanda, it mattered whether you were a Hutu or

09:28AM 20   a Tutsi.  It mattered a lot.  As a political and economic rival

21   since at least the early 1900's, the country was run by one

22   group or the other, and the group that was out of power could

23   suffer.

24     Rwandan's ethnic group could determine the school, his

25   grades, and his job.  In fact, every Rwandan had to carry an

ethnic identity card that listed whether Hutu or Tutsi.  In the
30 years leading up to the 1994 genocide, the Hutus had been in
power.  They had been in power, and they ruled through their
political party, the MRND.

As 1994 loomed closer, the MRND and extremist Hutus
made Tutsis suffer.  Extremist Hutus dehumanized Tutsis calling
them cockroaches, worse, extremist Hutus went further meaning
mass killings of Tutsis.  Yet those earlier mass killings of
Tutsis paled in comparison to what happened and what started on
April 6, 1994.

That day the genocide started when a plane was
carrying the Rwandan president, a Hutu, was shot, crashed down,
killing the Rwandan president.  Within a half hour, armed Hutu
checkpoints and roadblocks sprung up across the country looking
for Tutsis.  As people walked or drove up to those checkpoints
or roadblocks, soldiers or paramilitary groups demanded to see
those ethnic identity cards, and the Tutsi identity card could
mean being beaten, raped or killed.

Sometimes it would happen right there by the side of
the road, sometimes further off.  One witness will testify that
as he drove through the countryside surrounding Butare, he saw
multiple checkpoints and roadblocks, and he saw numerous piles
of dead bodies, not just a few piles of dead bodies, dozens.

The genocide didn't stop at the roads, it invaded the
Tutsis own homes.  Tutsis were dragged from their homes,

1    sometimes by Hutu soldiers, sometimes by paramilitary groups,

2    sometimes by extremist Hutu neighbors.

3         A Tutsi who was lucky to survive and returned back to

4    that home, might find his or her belongings all smashed, that

5    is, if their home still existed and hadn't been burned down in

6    the interim.

7         With roads and homes unsafe, Tutsis hid wherever they

8    could.  Now, in past episodes of Hutu violence, Tutsis had

9    sought revenge at such places as churches and hospitals, but

09:31AM 10   now even those refugees became unsafe, and that's because Hutus

11   lured Tutsis to places like churches, and when the Tutsis

12   gathered there for shelter, they were mowed down with bullets.

13        Nor were Tutsis safe at a place of healing, like a

14   hospital, especially this hospital, the University Hospital in

15   Butare, where Mr. Teganya was during the genocide.

16        Even at a hospital, this hospital, Tutsis were raped,

17   they were rounded up, and either bussed away to be killed or

18   killed near a pit near the hospital grounds.  The perpetrators

19   again were soldiers, they were paramilitary soldiers, they were

09:32AM 20   even university students, even medical students like

21   Mr. Teganya, so who is the defendant, and how did he get to the

22   University Hospital, and what did he do during the genocide?

23        The defendant is a Hutu.  He grew up in the northern

24   region of Rwanda in a place called Gisenyi.  Now, Gisenyi was a

25   stronghold of extremist Hutus.  Many of them supported the

1    MRND.  In Gisenyi, the local president of the MRND was the

2    defendant's father.

3          The MRND and how Mr. Teganya belonged to it and

4    participated in it, that will be a major focus of this case.

5    The evidence will be that the defendant belonged to and

6    participated with the MRND when he was growing up in Gisenyi

7    and then he continued to do so when he moved south to Butare so

8    he could attend medical school.

9          You will hear testimony that in both Gisenyi and

09:33AM 10   Butare, he attended MRND political rallies, MRND political

11   meetings, that he wore MRND clothing, like the hat and scarf

12   that you'll see on your monitors and that he also took the MRND

13   party line of opposing Tutsis.

14         One of the eyewitnesses you'll hear from will be a

15   former medical school who lived down the hall from the

16   defendant.  Another of those witnesses will be a former medical

17   student who was his own roommate.

18         You'll also hear that Mr. Teganya was not just an MRND

19   member, he also led a team.  He led a team of an MRND

09:34AM 20   paramilitary group called the Interahamwe.  The Interahamwe's

21   purpose was initially to physically force people who didn't

22   want to join the MRND to join the MRND against their will.

23         But once the genocide started, the Interahamwe's

24   purpose became to kill Tutsis wherever they were, so the

25   Interahamwe trained in combat in two locations, at least.  One

1    of those locations was for training the unarmed combat like

2    karate' or Kung Fu, the other was a location, and that location

3    was hidden in the woods.  That location was for training and

4    armed combat.  Armed combat with what Rwandans called local

5    weapons.  Local weapons were machetes and things like this

6    heavy club.

7         The eyewitness to this combat training was an

8    Interahamwe advisor who you will hear testify in court.  He

9    served many years, long years in prison for his part in killing

09:35AM 10   Tutsis during genocide, and he will testify that the defendant

11   attended training in both locations and that he wore the MRND

12   clothing and that that clothing identified him as a leader and

13   that the defendant acted as an MRND and Interahamwe leader.

14        Now, during the genocide, the defendant was an intern,

15   a medical intern at the Butare University Hospital.  Here's

16   what the hospital looks like from overhead.  It's different

17   from the hospitals that you are probably used to.  Our

18   hospitals are generally big buildings with multi-stories.  The

19   buildings are close together, and they're connected by internal

09:36AM 20   hallways and elevator banks as well.  This.

21        Hospital, however, the University Hospital consists of

22   multiple buildings of only one, two or three stories.  They're

23   connected by what looks like from overhead enclosed hallways,

24   but what you're seeing are really just roofs over walkways that

25   have no walls, just sidewalks.

1        Because those walkways have no walls, you can stand in

2   one area and you can see across the hospital grounds to see

3   what's happening in another.

4        You can also hear screams from other parts of that

5   hospital grounds.  Here is the dermatology ward, which you'll

6   hear about, here is the maternity ward, which you will hear

7   about, and here is a dormitory that the defendant lived in.

8        This hospital is where many Tutsis flocked during the

9   genocide when it reached Butare.  Some of them came to the

09:37AM 10   hospital for treatment of the injuries that they received from

11   Hutus.  Some merely sought shelter and refuge hoping that this

12   building of care would somehow keep them safe.  It didn't

13   because soon that hospital was taken over.

14        It was taken over by Hutu soldiers and extremists.

15   Civilian Tutsis were then taken out of hospital beds, out of

16   hospital buildings, out of relief tents that were on the

17   hospital grounds.

18        You'll hear eyewitness testimony from a doctor who

19   witnessed one patient grabbed, his I.V. ripped out of him, and

09:37AM 20   he was beaten to death right there in front of others.

21        Also killed were Tutsi nurses.  One Hutu nurse was

22   killed.  She was killed even though she was a Hutu because she

23   was pregnant, and she was carrying a baby, and that baby had a

24   Tutsi father, and so that baby was a Tutsi, and that led to her

25   death.

1          The hospital became so dangerous that there was a

2     group of medical doctors there who specialized in wartime

3     medical care.  It became so dangerous for them that they packed

4     up and they left, a group who's very job was to brave war

5     zones, packed up and left the hospital, left the country

6     because it was too dangerous, and you'll testimony that that

7     was the first time in that group's history that it had left a

8     war zone for that reason.

9          After those doctors left, the killings continued.

09:38AM 10     Now, what was the defendant's part in all of this?  He

11     participated in the genocide in a way that would later make

12     U.S. asylum unlawful.  You'll hear testimony that he led Hutu

13     soldiers around the hospital while they were looking for Tutsis

14     to kill.  He pointed Tutsis out to the soldiers so that they

15     could take them.  Sometimes he beat Tutsis or struck them with

16     weapons.  He led soldiers to women and girls so that those

17     girls, women could be raped.

18          One woman will testify that she knew Mr. Teganya

19     before the genocide started, and she knew him during the

09:39AM 20     genocide as well, and during that time, things changed.  He

21     raped her at the hospital twice.

22          The Interahamwe witness, the paramilitary who attended

23     combat training with the defendant, he'll testify that he saw

24     the defendant and some others take four Tutsi students out of

25     that dormitory we indicated before and then killed two of them

1  with others near a pit.  That pit will be a place that you'll

2  hear about a lot during the trial.

3       This is the pit with the Interahamwe witness pointing

4  to it.  Here is the same pit with a woman pointing at it

5  because she had been taken to that pit to be killed.  She

6  doesn't know who took her there, only to be saved by a

7  compassionate Hutu soldier because there were some

8  compassionate Hutus in Rwanda.  Today that woman, who will

9  testify, works as a nurse at that hospital that almost cost her

09:40AM 10  her life.

11       Now, the building that you see behind both of the

12  witnesses, that is the maternity ward, a place of life so close

13  to a place of death.  Notice how close it is as well to the

14  dormitory.

15       The genocide eventually ended after 100 days of terror

16  and at least 500,000 to 800,000 deaths later, the genocide

17  ended and the Hutus were stopped.

18       What happened then?  You can imagine many Hutus fled

19  to other countries, so did the defendant, Mr. Teganya.  He fled

09:41AM 20  to Congo then Kenya and then India, and he finally reached

21  Canada, where he married, had kids, and he settled down for

22  about 15 years.  He claimed asylum in Canada asking Canada not

23  to send him back to Rwanda.  Canada refused.

24       In 2014, some time after Canada had refused him

25  asylum, the defendant left his home in Montreal, and he crossed

1   into the United States.  Now, instead of crossing into the

2   United States from Montreal via major hallways due south into

3   say New York or Vermont or New Hampshire, the defendant instead

4   skirted the far Northeastern corner of the United States and

5   crossed over into the U.S. in a remote corner of Maine.

6        He didn't cross over at the U.S. border patrol station

7   that was off of a major road there, rather what he did was walk

8   through a woods where the border was going through unlawfully

9   and just crossed over there.  He was spotted miles away from

09:42AM 10   the lawful border crossing station, and then he was arrested.

11        At that point, he claimed asylum.  He claimed asylum

12   in the United States.  Why?  Because asylum allows a person to

13   stay in the United States and maybe even become a U.S. citizen.

14        But as I mentioned before, the defendant had a

15   problem, and that problem was that his application for asylum

16   would be denied if the U.S. found out what he had done over in

17   Rwanda because persecutors cannot claim asylum.  His asylum

18   application is what brings us all here today.

19        Now, the indictment won't ask you to decide whether

09:43AM 20   the defendant deserved asylum or whether he didn't deserve

21   asylum, instead it will ask you to decide whether he lied

22   during the application process and whether those lies mattered.

23        To apply for asylum, the defendant had to fill out a

24   form.  Here's the first page of that form.  You can tell that

25   it is his form because it has his name at the front.  It also

1   has his signature at the back, and with his signature, the

2   defendant swore to tell the truth and that his answers would be

3   true and correct.  True and correct, they were not.

4       Counts 1 and 2 charge the defendant with immigration

5   fraud and perjury for answering falsely on this form, answering

6   falsely about his political party.  The question asked whether

7   the defendant had ever belonged to a political party or

8   military or ethnic group, and, if so, how much had he

9   participated?

09:44AM 10       What did he answer, he answered that his father had

11  been president of the local MRND back in Gisenyi and that he

12  himself belonged to a group of the Red Cross, but the defendant

13  left out and thus concealed his own membership in the MRND and

14  his own leadership within that group.

15       The evidence will be that when the defendant concealed

16  his work with the MRND, it mattered.  It mattered because the

17  MRND started the genocide, and a true answer would have linked

18  to it.  It could have prompted questions and inquiry into his

19  actions during the genocide.  It could have made his other

09:44AM 20  answers more suspect, and it could have led to his crimes over

21  there being more likely to be uncovered.  And a false answer, a

22  false answer would not.

23       Counts 3 and 4 charge the defendant with immigration

24  fraud and perjury for answering falsely on this form, again,

25  this time about his prior violations.  The question asked

1    whether he had ever participated in causing harm or suffering

2    to anyone because of their race, their social group or

3    political opinion.  He answered no.

4         This mattered because a true answer would have

5    disqualified him completely from receiving asylum, and a false

6    answer, false answer would not.

7         After the defendant filled out and submitted this

8    form, he testified at an immigration custody hearing.  He had

9    been held in custody since his arrest, and he wanted the

09:45AM 10   government to let him out while his application for asylum was

11   being considered under review.  Should the government keep him

12   in custody or release him on bail and if on bail for how much?

13        Before testifying, the defendant swore an oath to tell

14   the truth.  Count 5 charges him with perjury for breaking that

15   oath during his testimony.  When asked why he was afraid to

16   return to Rwanda, the defendant again cited his father's

17   political past, but this time he affirmatively denied that he

18   had ever belonged to the MRND.

19        When asked whether he had ever seen anybody at the

09:46AM 20   hospital turned over to the military for them to slaughter, he

21   answered no.  When the defendant was asked whether he had ever

22   seen any atrocities at the hospital, he again answered no, and

23   he did that even though some of the atrocities occurred at that

24   hospital were at his own hands.

25        Those are the five counts that you will have to

1    decide.  You should know a few things about the trial and the

2    evidence.  This trial will not be like the movies or the TV.

3    The story might sometimes come out of order as we try to

4    accommodate the schedule of witnesses who have come from some

5    in the United States, some from France, some from England, some

6    all the way from Rwanda.

7           You also won't have explanations where the defendant

8    was 24-7 back in 1994 in Rwanda.  There weren't surveillance

9    cameras everywhere, there won't be fingerprint evidence, and

09:47AM 10   there won't be autopsy reports either, what you will have will

11   be the defendant's own conflicting words on immigration

12   documents and immigration hearings, and you will have

13   eyewitness testimony from people who knew the defendant in high

14   school, knew the defendant in medical school, knew the

15   defendant during the genocide and saw what he did and who he

16   was.

17          Some were Tutsis who survived the genocide and lived

18   to tell their stories to you in this courtroom.  One was a Hutu

19   who killed multiple Tutsis, who I told you about before,

09:48AM 20   attended combat training with the defendant and served a long

21   prison sentence for doing so.

22          His stories, many of the stories may make you

23   uncomfortable, but the evidence will be that during the

24   genocide, Interahamwe witness and his patriots are exactly the

25   type of people that the defendant helped because he was one of

1    them, and he shared their goals.

2          Now, because of the passage of time, some of the

3    witnesses' details may be fuzzy, but what will not be fuzzy

4    will be that the defendant belonged to the MRND, that he saw

5    atrocities during the genocide, and that he participated

6    himself.

7          As I said, the charges that you'll decide concerning

8    whether Mr. Teganya lied during the asylum process, not whether

9    he was entitled to asylum, so focus on his words and whether

09:49AM 10   his words were true.

11         At the end of this case, we will come back and ask you

12   to weigh all the evidence, use your common sense and to return

13   the verdict that fits the evidence, guilty on all charges.

14         THE COURT:  All right.  Thank you.

15         Mr. Lauer.

16                      OPENING STATEMENT

17         MR. LAUER:  This is a challenging case.  It's a

18   challenging case in a few different ways.  First of all, it's a

19   case about things that happened in Rwanda a long, long time

09:50AM 20   ago.  Rwanda is a very different place than the United States.

21         Most of the witnesses that you'll hear from are

22   testifying through interpreters speaking a different language

23   that you won't understand.

24         You won't have a frame of reference for the people,

25   the culture, the places.  It's not the same as if it happened

1    here in Boston or elsewhere in Massachusetts, and if your head

2    is already spinning a little bit from all of the names and all

3    of the places and all of this evidence about the genocide,

4    you're not alone.

5          Now, this is a case about the genocide.  It's a case

6    about mass killings, it's a case about terrible, terrible

7    things, and no one is denying that the genocide took place and

8    that there were terrible, terrible things that impacted a human

9    cost, but this is a case about one man.  It's not a case about

09:50AM 10    a genocide, who was responsible, which ethnic group perpetrated

11    what, it's a case about Jean Leonard Teganya.

12          Now I want to use my time this morning to tell you his

13    story.  Mr. Teganya is a good man who's only crime was being a

14    Hutu at the time of this genocide.

15          Now, in Rwanda, his name would not be Jean Leonard

16    Teganya, Rwandan culture, the naming convention is a little bit

17    unique.  In Rwanda, he would be at the Teganya, Jean Leonard.

18    In Rwanda, there's one Rwandan name, and it's not a family

19    name, it's not a surname that follows from father to son or

09:51AM 20    father to daughter, it's one Rwandan name.

21          And, in fact, the vast of Rwandans do not bear their

22    family name, they do not inherit a name from their parent, but

23    Mr. Teganya is an exception.  Mr. Teganya is a Teganya, and

24    that's something that differentiates him from his siblings and

25    that's something that means something in Rwanda both then and

1    now.

2           You've heard a little bit about Mr. Teganya's father.

3    He was a mining.  He was in the mining industry, he worked for

4    a mining company for many, many years.  In the mid-'80s, that

5    mining company was taken over by the government, the MRND that

6    you've head a lot about, and Mr. Teganya's father became an

7    MRND member.

8           And by the time of the genocide in 1994, he was an

9    MRND official, and as you heard, you saw the document on the

09:52AM 10   screens, Mr. Teganya was upfront about that, he said my father

11   was an MRND official.  He did not try to hide it.

12          You've heard a little bit about the region that he

13   hailed from, how it was a stronghold of the MRND, and that's

14   really not disputed either.  It was, but, again, this is a case

15   about an individual, an individual who happens to be Hutu, an

16   individual who is from that region, but when you assess this

17   case and what he did and who he is, you have to consider him as

18   an individual.

19          When you do that, you'll learn some things about him

09:53AM 20   that maybe you didn't know.  His mother, for instance, his

21   mother is Tutsi.  The woman who brought him into the world, the

22   woman who raised him, Tutsi.  The idea that he was raised to

23   hate Tutsis is false.  What was valued, the values of the

24   Teganya family was education.

25          Mr. Teganya, Jean Leonard was sent away for a seminary

1    education at a very young age.  He wasn't in his father's

2    house, he wasn't with his father at whatever MRND meetings were

3    going on, he was in school, he was in school at a catholic

4    seminary.

5         It was a long name, and I'm not going to try to

6    pronounce it, it was in a place called Nyundo, and you'll hear

7    from other people who attended that school, people who know him

8    from that time period.

9         Did they recall him being an MRND extremist?  Did they

09:54AM 10    recall him having extremist views?  The answer is no.  No, they

11    don't.  In fact, what they remember about him is that he had a

12    position, a position of some importance to the student body and

13    within the school.

14         He was what's called a vice dean, and that's a

15    position that the students themselves elect, and there were

16    Tutsi students, and there were Tutsi faculty members, and

17    you'll hear from the students, to be dean or vice dean, it was

18    a sign of respect, a sign you were someone who was taken

19    seriously, who got along with everyone.

09:55AM 20         He moved onto the university.  He graduated with

21    distinction from Nyundo, he moved onto the university, and

22    that's in the Town of Butare, where this hospital is.  Now,

23    Mr. Teganya was a medical student.  He was focusing on

24    medicine.  He was at what's called the pre-clinic stage of his

25    studies.  He was not a doctor.  He was not even an intern in

1   the sense we understand it.  Here, we go to a hospital.  There

2   are interns who can practice medicine, who examine you,

3   prescribe medications.  That was not the sort of status that he

4   had at that time.

5       He was a very junior medical student, and, in fact, he

6   was in a classroom setting all year long until the time of the

7   genocide.  There was an observational period that required him

8   to go to the hospital and to be there to observe the doctors.

9   That's what he was doing there.

09:55AM 10      And what you'll hear about that time period during the

11  time of the genocide and when Mr. Teganya was at this hospital

12  is that Butare, the city, and the hospital were different, a

13  little different than the country all around it.

14      You heard that there was a plane crash, the president

15  was assassinated.  Within 30 minutes, checkpoints springing up

16  all through the country.  Not the case in Butare.  Butare was

17  the university town, the only university town in the entire

18  country, and it was a completely different vibe.

19      Butare was progressive, Butare was a place where there

09:56AM 20  was more Tutsis than elsewhere in the country, and Butare was

21  calm.

22      So what you'll hear is that for the first two weeks of

23  the genocide, from roughly April 6th to April 19th, Butare was

24  calm, no violence, and, in fact, the violence in the hills, the

25  massacres, the bodies that some of the government witnesses are

1    going to testify about in the countryside, that was not

2    happening in Butare.

3         What was happening was people from the countryside

4    coming to Butare seeking refuge, seeking shelter.  The hospital

5    was essentially a haven.  It was a place that was safe because

6    there were doctors and because there was medicine and where

7    people could go to be safe.

8         Now, that did change.  Things did change at the

9    hospital, and no one is disputing that either.  They changed

09:57AM 10   later in the month.  There was a speech that was given.  You'll

11   hear witnesses refer to this speech in Butare.  The interim

12   president of the country came to Butare and asked people to

13   work, meaning that they should commit acts of violence, and

14   that's when Butare itself became under siege.

15        What you'll hear about specific to the hospital is

16   this.  It was a hospital.  People go there needing treatment,

17   and that includes soldiers from the front.

18        Now, you didn't hear about this from the government,

19   but all of this genocide takes place in the context of what

09:58AM 20   amounts to a civil war.  Several years earlier, there had been

21   an invasion.  Tutsis from Uganda had invaded the north of the

22   country.  There's hostilities in the entire northern region, so

23   there's a war going on that precipitated this genocide, and

24   what happens in Butare a couple weeks in is that soldiers from

25   the front come into town, and there are people who have seen

1    their friends killed, who have been injured themselves, and

2    where do they go?  They go to the hospital.  And who's at the

3    hospital, Tutsis seeking refuge, and what happens?  Killings.

4         Mr. Teganya doesn't deny any of that.  He didn't in

5    his asylum application.  There was violence at the hospital,

6    but the question, and, again, this is a case about an

7    individual, the question is what is his role?  What did he do?

8         Now, you've heard from the government there's

9    witnesses who were classmates, say he wore this clothing, and

09:59AM 10   you saw pictures of the clothes.  He attended these meetings.

11   The witnesses you'll hear from the government are not the only

12   classmates that he had.

13        You'll hear from others.  What did they remember about

14   Jean Leonard Teganya?  He was studious, he was someone who got

15   along with people, he was not political, he was mainly known

16   for studying, and, in fact, there was a term that many people

17   used, students at that time.  You know, some university

18   students are the type to go out in Rwanda, as in America, it's

19   a university town, and there's bars.

09:59AM 20        The students who go to the bars, "Canards."  That's

21   the term.  For students who take their studies seriously are

22   "Gents."  You'll hear from witnesses that describe Mr. Teganya

23   as a Gent.  He was not someone who had problems with Tutsis, he

24   was not someone who was an extremist, he was not someone who

25   attended meetings, but he was there.

1    He was there, and in the midst of all this, killings.

2    What is he to do?  You heard there's checkpoints throughout the

3    country.  Travel is very, very difficult.  There's soldiers

4    with guns all over the place or other weapons.

5    What did he do?  He remained there treating people,

6    helping people.  This was a crisis situation, and the idea or

7    the implication that you may here by remaining there, he did

8    something wrong, is not consistent with other evidence.

9    The country fractured, fractured several months into

10:00AM 10   this.  You heard it was about 100 days.  In the summertime, a

11   few months after the violence broke out in April, what happens

12   is the Tutsi Army that I referred to before, it's called the

13   RPF.

14   The Tutsi Army sweeps in and takes over the country,

15   and what happens, there's a mass exodus of Hutu.  A million,

16   maybe up to two million people flee the country.  Now, were

17   some of those people responsible for what happened?  Sure.

18   Were all of them?  No.

19   So, Mr. Teganya, like millions of others flees.  He

10:01AM 20   flees to the Congo.  He lives in refugee camps for two years.

21   That was difficult because the conditions were challenging, not

22   sanitary.  There was violence.  He gets a job working for an

23   NGO as a medical assistant.  After getting that job, he is able

24   to get to Kenya to get out.

25   Within Kenya, he applies to further his education in

India.  Now, you heard he's traveling all over the world.  He
went to India and got a master's degree, economics.  That's
Jean Leonard Teganya, but after he gets that degree in India,
he can't go back to Rwanda.

By this time, his father has been brought back
forcibly, jailed without a trial, as was the experience for
many, many Hutu in Rwanda.

You'll hear testimony about that, how people returning
to Rwanda in the aftermath of this were jailed for years, five
years, ten years, no trial, no evidence.  You'll hear from
people who had that experience, so there was no question, he
could not go back to Rwanda, so he goes to Canada.  He speaks
French.  French is a language that many in Rwanda speak at that
time.

He goes to France.  He carves out a life for himself.
He applies for refugee status.  He marries.  He has two kids.
He has a career.  He doesn't get his refugee status, so what's
he going to do?  Returning to Rwanda is not an option, and the
United States is right next door.

Now, the United States has asylum laws, too, and
you'll be learning about that.  Asylum laws exist for a reason.
They exist because people in other areas of the world are
subject to discrimination, repression and need safety, so he
crossed the border with little more than a backpack and the
clothes on his back, and he went into Maine, encountered a

1  border patrol agent very quickly, identified himself, gave a

2  statement, explained what he was doing, where he had come from.

3  He eventually submits a very detailed affidavit that you'll

4  eventually have the benefit of reading, and he explains exactly

5  what his background is in great detail.

6      So the thing about this case is that it's two very

7  different versions of Jean Leonard Teganya.  There's one

8  version that you'll hear for the next couple weeks as the

9  government is calling their witnesses, and that Jean Leonard

10:04AM 10  Teganya was an extremist, someone who attended rallies and wore

11  clothing and put those beliefs into action during the genocide.

12      Now, as you're listening to that, remember your role.

13  As a jury, you are hear to evaluate the credibility of

14  witnesses, to listen to someone, think critically about what

15  they're saying.

16      Were they in a position to see or hear the things that

17  they claim?  Does their story make sense?  Did they have a

18  motive to fabricate or distort?  Are they credible?  That is

19  your role to decide who is credible in this case.

10:05AM 20      So you'll have one set of witnesses from the

21  government, and then in a few weeks, they'll be another set of

22  witnesses that we will be calling, and you will hear a very,

23  very different version of Jean Leonard Teganya from the

24  defense, someone who was not an extremist, someone who was

25  apolitical, someone who got along, someone who is the vice dean

1   at his high school, his catholic seminary, where conduct was a

2   major part of what he was graded on, someone who in medical

3   school got good grades, was advancing, was known as a Gent and

4   other people at the hospital, who were there either working in

5   similar circumstances to Mr. Teganya, whose experiences are

6   very similar to his, and the reasons is because he didn't lie.

7           What he wrote was the truth, and at the end of the

8   trial, it's going to be your job to reconcile those two

9   versions of Jean Leonard Teganya, and when you do, when you

10:06AM 10   evaluate what witness is being credible and what witnesses are

11   not, you will see the charges are not true, and Jean Leonard

12   Teganya is not guilty.

13           THE COURT:  Thank you, Mr. Lauer.

14           All right.  Mr. Varghese.

15           MR. VARGHESE:  Your Honor, the United States calls

16   Dr. Phil Clark.

17           THE COURT:  Can I see counsel quickly at sidebar while

18   we're getting set up.

19           (THE FOLLOWING OCCURRED AT SIDEBAR:)

10:07AM 20           THE COURT:  I don't recall whether anyone asked for

21   sequestration of witnesses.

22           MR. LAUER:  We would so move, although the parties

23   have come to an agreement about certain witnesses remaining.

24           THE COURT:  I will so order subject to your agreement.

25   If I need to put that on the record, we can at some other

1    point, and, obviously, I can't monitor it in the sense I don't

2    know who these people are, so I'll ask you to make sure if

3    someone comes in the courtroom and they're not supposed to be

4    here that they could step outside.

5              (SIDEBAR CONFERENCE WAS CONCLUDED)

6              PHIL CLARK, having been duly sworn by the Clerk,

7    testified as follows:

8                        <u>DIRECT EXAMINATION</u>

9    BY MR. VARGHESE:

10:08AM 10    Q.   Good morning.

11    A.   Good morning.

12    Q.   Sir, in a loud, clear voice, can you please introduce

13    yourself to the jury?  What's your name?

14    A.   Yes, my name is Phil Clark.

15    Q.   Dr. Clark, where are you joining us from today?

16    A.   I'm joining you from London.  I'm based at the School of

17    Oriental and African Studies at the University of London.

18    Q.   Before we talk about your current position, let's talk a

19    little bit about your background.  Where did you go to school?

10:08AM 20    A.   I did my undergraduate studies at Flinders University in

21    South Australia.  I then gained road scholarship to do my Ph.D.

22    at the University of Oxford.

23    Q.   And what was your Ph.D. in, what subject matter?

24    A.   My Ph.D. was in the Department of Politics, and it looked

25    specifically at issues around justice and reconciliation after

1    the genocide in Rwanda.

2    Q.   What was your thesis on?

3    A.   Specifically my Ph.D. thesis was on the workings and the

4    impact of the Gacaca community courts in Rwanda, a process that

5    I followed for around ten years.

6    Q.   And, just briefly, can you explain to the jury what are

7    the Gacaca Courts in post-genocide Rwanda?

8    A.   The Gacaca Courts were a process of around 12,000

9    village-based courts that were set up in Rwanda between 2002

10   and 2012.  The idea of Gacaca was to prosecute genocide cases

11   in the very same communities where crimes were alleged to have

12   taken place.

13          Over that decade, Gacaca prosecuted around 400,000

14   genocide suspects.  The Gacaca jurisdictions were overseen by

15   lay judges, every day members of the community who were elected

16   to the position of judge because of their standing in the

17   community, so this was very much a community-based process of

18   post-genocide justice.

19   Q.   And we'll be talking about that in a bit.  Why don't you

20   finish your background.  Follow your Ph.D. at Oxford, did you

21   do any post-doc. work in the same subject area?

22   A.   I did.  Following my Ph.D. at Oxford, I held two

23   postdoctoral research positions, and during those jobs, I

24   continued my research specifically into Gacaca and issues

25   around justice and reconciliation in Rwanda.  This then led to

1    a book that I published five years after my Ph.D. on the impact

2    of the Gacaca Courts, particularly at the community level in

3    Rwanda.

4    Q.   And I think you started by saying you're with the

5    University of London.  Can you tell the jury what is your

6    current position and focus?

7    A.   So I'm currently what in the British system is known as a

8    reader in comparative and international politics, I think the

9    equivalent here in the United States is an assistant professor,

10:11AM 10   so one rung below professor.  It's a permanent tenured academic

11   position which I've held in London since 2010.

12   Q.   And you said it was in comparative and international

13   politics; is that right?

14   A.   Yes, that's right.

15   Q.   Do you hold any other positions at the school?

16   A.   I do.  I'm also the codirector of the Center on Conflict

17   Rights and Justice, which is one of the largest research

18   centers in the university.

19   Q.   What's your focus of your academic research in teaching?

10:11AM 20   A.   The focus of my research and teaching is very much on

21   causes of mass conflict, specifically in Africa, and responses

22   to mass conflict, so my work focuses on things like justice,

23   reconciliation, peace building, geographically my research

24   focuses particularly on the African Great Lakes, so I'm a

25   specialist on the history, the politics of Rwanda, Uganda and

1    the Democratic Republic of Congo, in particular.

2    Q.    Have you ever traveled to Rwanda?

3    A.    I have.  Since 2003, I've made more than 40 field trips to

4    Rwanda.  Those trips are typically between two weeks to nine

5    months.  I've been to Rwanda every year since 2003, and I often

6    make multiple trips during the same year to the country.

7    Q.    What's the purpose of all of these travel, all these trips

8    to Rwanda?

9    A.    There are really two main reasons why I go back to Rwanda

10:12AM 10   so regularly.  The first one is clearly because of my own

11   research.  I'm constantly conducting field work in various

12   parts of the country, particularly on issues around justice and

13   reconciliation after the genocide.

14         More recently, I've also been going back to Rwanda

15   regularly as part of a training program that I set up in Kigali

16   to train Rwandan researchers to do research on some of these

17   same issues but to really get more Rwandan voices into

18   international debates rather than the non-Rwandans exclusively.

19   Q.    And in terms of that program, are you focusing Rwandan

10:13AM 20   academics on a specific subject matter area?

21   A.    No, it's quite a broad research agenda.  The focus of that

22   training program, which is run through an organization called

23   the Aegis Trust, and it's been funded by the British and the

24   Swedish governments.  It's focused really on the full range of

25   issues around Rwanda's post-genocide recovery, so it's a

1    program that works with Rwandan academics and Rwandan

2    researchers to look at a range of political, social, cultural

3    and economic issues that relate to how Rwanda has responded to

4    the 1994 genocide.

5    Q.    When you traveled to Rwanda those 40 trips you talk about,

6    do you particularly stay in Kigali, the capital, or do you

7    travel the other parts of the country as well?

8    A.    The vast majority of my field work is in rural areas, so I

9    spend some time in Kigali.  I have a couple of field sites in

10:14AM 10  the city, but the vast majority of my work is in 10 other field

11   sites, which are scattered around the different provinces of

12   the country, so the bulk of my field work is spent in the

13   Rwandan countryside.

14   Q.    Approximately how many individuals have you interviewed

15   during your field work in Rwanda regarding the genocide and its

16   aftermath?

17   A.    Over the last 16 years, I would estimate I've now

18   interviewed more than 1200 individuals who all have different

19   relations to the genocide.  These are interviews with

10:15AM 20  perpetrators, with survivors, with government officials, with

21   bystanders to the violence.  The vast majority of those 1200

22   interviews have been with everyday people at the community

23   level.

24   Q.    Does that also include different ethnic groups as well?

25   A.    Indeed, a key part of my research is to interview a real

1    diversity of people across all sorts of categories in Rwandan

2    society, so it's a very important feature of my research that I

3    speak to people who are right across the ethnic divide, which

4    in Rwanda means Hutu, Tutsi, and Twa, and the Twa often get

5    left out of this picture, but also a diversity of people in

6    terms of gender, in terms of educational attainment, in terms

7    of their geographical location, in terms of their age and

8    various other criteria.  Interviewing people across a real

9    spectrum of society is a key focus of my work.

10:16AM 10   Q.   I want to ask you, you mentioned that your thesis was

11   published.  Have you published any other books on the topic of

12   Rwanda and genocide?

13   A.   I have.  I coedited a book in 2008 called *After Genocide*.

14   It was co-edited with an American scholar called.

15   Zachary Kaufman.  This, again, was a collection of essays by

16   about 25 contributors looking at a very wide range of issues

17   relating to Rwanda's recovery from the genocide, again,

18   particularly with an interest in justice and reconciliation.

19   Q.   Have you authored any opinion pieces about the politics of

10:16AM 20   Rwanda and the aftermath of the genocide?

21   A.   I have.  In the last 15 years or so, I think I've

22   published something like that 25 or 30 opinion pieces in

23   outlets like the *New York Times*, *The Washington Post*, CNN and

24   BBC websites, *The Guardian Newspaper* in the U.K.

25        Again, these are all that deal with the current

1   political situation in Rwanda as well as bigger issues around

2   accountability for genocide crimes and issues around

3   reconciliation at the community level.

4   Q.   Have you given any talks or lectures about Rwanda, the

5   genocide and its aftermath?

6   A.   Yes, in that period, I've given I would say hundreds of

7   presentations in a wide range of fora.  In fact, even on this

8   same trip to the U.S., I've given presentations at Boston

9   University and at Yale, and I'll be at NYU in New York later in

10  the week.

11          In that period, I've lectured extensively in North

12  America, in Western Europe, in various African states and also

13  in my home country of Australia.

14  Q.   Have you ever testified as an expert witness with respect

15  to the Rwanda genocide and its aftermath?

16  A.   Yes, I've testified in three Rwandan genocide-related

17  cases in Sweden, one case in the U.K., and this is the third

18  occasion that I've testified in a Rwanda case here in the U.S.

19  Q.   Have you always testified for the prosecution?

20  A.   In the majority of those cases, I've testified for the

21  prosecution, but I also testified for the defense in a case at

22  the International Criminal Court.

23          It was the case of Callixte Mbarushimana, who was an

24  alleged leader of the Hutu-dominated rebel group, the FDLR.  On

25  that occasion, I gave expert witness testimony for the defense

1  in the Mbarushimana case.

2  Q.   Dr. Clark, with that understanding of your background, I

3  want to turn and talk about Rwanda itself.  Could you explain

4  to the jury where is the country of Rwanda?

5  A.   Rwanda really is smack bang in the middle of Africa.  It's

6  very much the heart of the continent, a very small country.  If

7  you blink, you may miss it, but it's located right in the

8  center of the continent.

9          MR. VARGHESE:  By agreement of the parties,

10:19AM 10  Exhibit 18.  Your Honor, we'd ask Exhibit 18 may be admitted.

11          MR. LAUER:  No objection.

12          THE COURT:  All right.  It's admitted, Exhibit 18.

13          (Exhibit No. 18 received into evidence.)

14  Q.   Dr. Clark, do you see what's on the screen in front of

15  you?

16  A.   Indeed.

17  Q.   And if I just highlight this one area here, do you see

18  what I blew up in that fuzzy white?

19  A.   Yes.

10:19AM 20  Q.   And is that Rwanda?

21  A.   That is Rwanda.

22  Q.   So, centrally located in Africa?

23  A.   Yes, that's right.

24  Q.   Approximately how many people live in Rwanda?

25  A.   The current population of Rwanda is approximately 12

1    million people.

2    Q.   Can you tell the jury a little bit about the population?

3    Is it dense?

4    A.   Yes, Rwanda is the most densely populated country in

5    Africa.  It's the second most densely populated in the world

6    after Bangladesh.  People lived in a very crammed fashion on

7    the very hilly terrain of the country, so a small country but

8    with an enormous population.

9    Q.   Can you tell us about the economy of Rwanda?  What's the

10:20AM 10  economy like?

11   A.   The economy of Rwanda today is still predominantly

12   agriculture-based.  The country's main exports are coffee and

13   tea, so the bulk of the rural population is engaged either in

14   subsistence agriculture or in export agriculture around the

15   coffee and tea industries.

16        There is an increasing emphasis in the country on

17   tourism.  About 20 percent of the country's GDP now comes from

18   tourism, and the country still relies to the tune of about 15

19   percent of its national GDP on foreign aid, so there's still a

10:21AM 20  certain amount of economic reliance on international support.

21        MR. VARGHESE:  We also have a map of Rwanda.  By

22   agreement of the parties, Exhibit 19.

23        THE COURT:  All right.  It's admitted.

24        (Exhibit No. 19 received into evidence.)

25   Q.   Dr. Clark, do you see what's on the screen in front of you

1    there?

2    A.    I indeed.

3    Q.    Do you recognize what's in Exhibit 19?

4    A.    Yes, this is a map of Rwanda with a fairly detailed

5    breakdown of its provinces.

6    Q.    What languages are spoken in Rwanda?

7    A.    The dominant national language is Kinyarwandan, but Rwanda

8    also in recent years has elevated English to its second

9    national language, and French is also widely spoken.  It used

10   to be also one of the national languages, but that has been

11   diminished in status over the last five or six years.

12   Q.    Is the country more rural or urban?

13   A.    The overwhelming majority of Rwandans live in rural areas.

14   About 70 percent of the population lives in the countryside,

15   and within that 70 percent of the population, the vast majority

16   of people are engaged in subsistence agriculture, simply

17   growing enough to survive typically with no export or

18   necessarily monetary element to the produce that they grow.

19   Q.    What's the capital of Rwanda?

20   A.    The capital is Kigali, and about 20, 25 percent of the

21   national population today lives in the capital.

22   Q.    And can you tell us what Kigali is like as a city?

23   A.    Kigali is growing rapidly.  Even in the time that I've

24   been in Rwanda since 2003, I've seen the city change quite

25   drastically.  It's gone from a fairly rundown sort of town to

1  an increasingly modernized city with skyscrapers and a very

2  effective public transport system, and also it's a place where

3  the local population has grown quite substantially.

4  Many Rwandans who had been living abroad over the last

5  20 or 30 years have come back to Kigali, and many people living

6  in the countryside have also flocked to the city usually hoping

7  to gain employment there.

8  Q.  I want to ask you about the region towards the south,

9  Butare.  Can you tell the jury a little bit about Butare.

10:23AM 10  What's Butare like?

11  A.  Yes, Butare is a province that I know quite well.  I've

12  been conducting research there since 2003.  Butare really is

13  quite different from the rest of Rwanda, and people who live in

14  this part of Rwanda often see themselves as very different in

15  the sense that this historically has been the site of the

16  national university, so it's a part of the country that sees

17  itself as the intellectual capital.  It sees itself as more

18  liberal, as more tolerant than other parts of Rwanda.

19  Historically, it's also been the part of the country

10:24AM 20  where one of the largest percentages of the Tutsi minority have

21  lived, so for lots of reasons, Butare is quite separate from

22  the rest of the country historically and even today.

23  Q.  Since you mentioned the Tutsis, let's talk about that.

24  Can you describe the demographics of Rwanda?

25  A.  Yes, the Rwandan population is essentially broken down

into three major ethnic groups.  The majority group is the

Hutu, who represent roughly 84 or 85 percent of the national

population.  The second largest ethnic group is the Tutsi,

which represents 13 or 14 percent of the population, and the

third group, the Twa represent the remaining one percent.

Q.    Are they actually different ethnic groups?

A.    There's some conjecture over this because historically,

particularly in the pre-colonial period in Rwanda, this

division between three groups was really a socioeconomic or a

10:25AM 10  class distinction.  Even in the national language,

Kinyarwandan, these words, "Hutu," "Tutsi" and "Twa" really

mean socioeconomic divisions rather than ethnic labels.

Historically, Tutsi was seen as cultivators.  They

were seen as the working class.  The Tutsi was seen as the land

owners, they were the aristocrats.  And the Twa were very much

the lower class.  They were seen as heavily marginalized and

really could not penetrate the other two categories.

So if you go back, particularly to the end of the 19th

century, these were class categories, and people could move

10:26AM 20  between these categories depending on their wealth and

depending on their status.  So, for example, a Hutu who gained

wealth, especially in terms of head of cattle or a certain

prestige in the community could be elevated to the category of

Tutsi and vice versa, a Tutsi who fell out of favor in

socioeconomic terms could find themselves falling into the

1   category of Hutu, so historically these have been class labels

2   more than ethnic labels.

3   Q.   So how is it that these class distinctions became sort of

4   codified as these ethnic identities?

5   A.   The key factor here is the impact of Belgium colonialism

6   in Rwanda, and it's really difficult, I think, to exaggerate

7   just how important the period of Belgium colonization was.

8        When the Belgiums arrived in Rwanda, they found this

9   very well-ordered society, very hierarchical with the Tutsi at

10:27AM 10   the top, the Hutu, the majority sort of in the middle and

11   towards the bottom and very much the Twa at the bottom of all

12   of this, and so what the Belgiums did in 1933 was to issue

13   identity cards explicitly on the basis of people's ethnicity,

14   so what the Belgiums did in 1933 was they took the

15   socioeconomic categories, which had been very fluid, and they

16   fixed them so that in 1933 if you, for example, had 10 head of

17   cattle or more, you were considered a Tutsi, and you were given

18   an identity card with your name on it that said you were a

19   Tutsi.

10:27AM 20        If you had fewer than 10 head of cattle, you were put

21   in the ethnic category of Hutu, and if you were someone who was

22   of very short stature and who engaged in hunted gathering in

23   the forests or if you engaged in pottery, you were considered a

24   Twa, and that was put on your ethnic identity card, and it was

25   fixed for all time.

1    So the big change under the Belgiums is to take the

2  socioeconomic categories, which had always been very fluid and

3  to make them rigid, and so after 1933, up until the genocide in

4  1994, all Rwandans inherited their ethnic identity through

5  their father's line, so identity cards were passed down through

6  the family along those lines.

7    The other thing that the Belgiums did was not only to

8  fix these ethnic identities but also to systematically favor

9  the Tutsi.  The Belgium idea, and it was in many ways a deeply

10:29AM 10  racist idea, was that there was a hierarchy of people, and they

11  saw the Tutsi basically as more like them.  They saw them as

12  more European.

13    They saw them as people that they could cooperate with

14  and engage with, and so the Belgiums also favored the Tutsi in

15  all aspects of social and political life, so the Belgium period

16  of colonization is absolutely fundamental to try to understand

17  ethnic divisions in the country.

18  Q.   You mentioned that there were socioeconomic groups to

19  start were, but were there biological or racial differences

10:29AM 20  between the groups that could account for what the Belgiums

21  were doing?

22  A.   There are some subtle physical differences between the

23  groups, and, again, these had been very fluid categories until

24  the period of Belgium colonization, but the Belgiums sort of

25  pushed this idea that the Tutsi physically were very tall, very

slender, had very elegant facial features, and in the Belgium

imagination, that meant that Tutsi were more European.

Again, they were more like them, and so when these

identity cards were issued in 1933, they weren't only issued on

the basis of socioeconomic categories, there was also a certain

amount of physical features that were built into this

calculation.

The Hutu was seen as shorter and stockier.  That also

factored into what identity cards people received in 1933, and

the Twa, again, was seen as shorter than everybody else and had

even stockier features than the Hutu, and partly on these

physical characteristics, identity cards were also given to the

Twa.

Q.   You mentioned this before, but I just wanted to make sure

I was clear about it.  How was ethnic identity passed through

the generations?

A.   Ethnic identity after 1933 was passed down through the

father's line, so until the genocide in 1994, every Rwandan

citizen inherited their ethnic identity through the father's

side of the family.

Q.   Regardless of whether or not the mother was a Tutsi or a

Twa?

A.   Indeed.  And so one of the features of Rwandan life for

centuries has been a high degree of intermarriage, particularly

between a Hutu and Tutsi, but the key there is that even if one

1    had a Tutsi mother, an individual's ethnic identity would be

2    determined by the identity of their father.

3    Q.    You mentioned that the Belgiums favored the Tutsis.  In

4    what ways would that preface manifest itself?

5    A.    The Belgium favoring of the Tutsi really was

6    comprehensive.  Primarily, it showed in the extent to which

7    Tutsi were preserved in the running of the state, so most of

8    the plum political positions, high-ranking positions in the

9    military were given to the Tutsi, but also in social and

10:32AM 10   economic terms, the Tutsi were very much favored.

11          Tutsi business people gained access to government

12   contracts and were typically preserved in the economic realm.

13   Tutsi were also given most of the scholarships at the

14   university and the secondary school level, so there was a

15   complete skewing of the educational system towards the Tutsi.

16          In the minds of many Hutu in the colonial era, there

17   was almost no distinction between the Belgiums and the Tutsi.

18   When many Hutu, especially in rural areas, thought about

19   Belgium and colonial policy, they also thought about how much

10:32AM 20   this benefited the Tutsi population and how much it relied on

21   the Tutsi leadership that was also being prefaced under the

22   Belgiums.

23   Q.    So did that lead to resentment among the Hutu population?

24   A.    Indeed.  This structure of Belgium rule created an

25   enormous amount of resentment and anger amongst the majority

1   Hutu in the population.  There was a real sense of burning

2   grievance and injustice because most Hutu and Tutsi, especially

3   in rural areas, were living side-by-side on the same hills, and

4   so Hutu could see how the Tutsi neighbors, even in the same

5   communities, were receiving all sorts of government benefits

6   that they simply were not, and so this process extended over

7   several decades meant that a real burning sense of anger and

8   grievance went very deep in the Hutu community.

9   Q.   Did that eventually lead to violence?

10:33AM 10   A.   It did.  The key turning point in Rwandan history in terms

11   of outbreaks and violence is 1959.  Up until 1959, there had

12   always been tensions between Hutu and Tutsi, but it had never

13   manifest in violence.  That changes in 1959.

14        What's happening by the end of the 1950's and the

15   early 1960's is that Belgium is trying to get out of Rwanda,

16   it's trying to extricate itself from its colonies, and Belgium

17   also is under pressure to start to institute a more democratic

18   system in Rwanda, which turns the tables towards the ethnic

19   majority of the Hutu.

10:34AM 20        So this creates an environment at the end of the

21   1950's and the beginning of the 1960's which is increasingly

22   tilted towards the Hutu population.  As part of that process,

23   we also see the growth of the very first organized Hutu

24   political parties, and one of the things that those parties do,

25   especially beginning in 1959, is to exact violent revenge

1    against Tutsi political and military leadership but also

2    against every day Tutsi civilians, and so this is a period of

3    enormous political and social change in Rwanda, but one of the

4    key facets of it is the first real recorded outbreak of

5    ethnically-driven violence, specifically against the Tutsi.

6    Q.    What was the result of that violence against the Tutsis?

7    A.    In the period between 1959 and when Rwanda gained its

8    independence in 1962, we see the killing of tens of thousands

9    of every day Tutsi, and one of the key outcomes of that

10:35AM 10    violence is to produce an enormous refugee exodus of the Tutsi

11    population from Rwanda.

12         The vast majority of those Tutsi exiles end up living

13    in refugee camps in the wider region, in Uganda, in Burundi, in

14    what was then Eastern Zaire, in Tanzania, even as far afield as

15    Kenya, and so not only does the Tutsi population experience

16    mass violence and mass killing, it also experiences the massive

17    fragmentation of that community as it's pushed outside of

18    Rwanda's borders and is scattered into these refugee camps

19    right across the region.

10:36AM 20    Q.    You mentioned that Rwanda gained its independence from

21    Belgium in 1962.  Can you explain how that came about?

22    A.    Yes.  By the early 1960's, it was becoming very unpopular

23    for European countries to hang onto their colonies, and so this

24    was a period of massive decolonization across Africa, and many

25    European states were trying to get out of the continent.

1          Belgium was no different in that respect, and so what

2     Belgium had been doing, particularly from 1961, leading into

3     1962, was to try to find ways to tilt the ethnic balance and to

4     begin to favor the Hutu.

5          This first manifest in the country's very first

6     elections at the local level in 1961, which a couple of Hutu

7     political parties won overwhelming, and so the Belgiums left in

8     1962.  There was a very strong sense by then that this was now

9     a Hutu-dominated state, that the Belgiums felt we've put this

10:37AM 10    country back in the hands of the ethnic majority contrary to

11    how we have ruled the country for the preceding decades.

12          We can now get out, and this country will move forward

13    with an ethically-dominated democratic system, and so what we

14    see upon independence in 1962 is the country ruled by a Hutu

15    president, Kyabunda, who then institutes a political and social

16    system, which very strongly favors the Hutu.

17    Q.    When the Hutus came to power in 1962, did that identity

18    card law that the Belgiums imposed back in 1933, was that still

19    in place?

10:38AM 20    A.    Yes.  The Kyabunda government inherited the I.D. system

21    from the colonials, and it was then used to restructure the

22    entire society, so Kyabunda, as I said, prefaced the Hutu

23    population, and the easiest way to determine who would benefit

24    from this new system was to look at their identity cards and to

25    see who was identified explicitly as a Hutu.

1   Q.   And in what ways did the Hutu government benefit the Hutu

2   population?

3   A.   In many ways, Kyabunda's government did exactly what the

4   Belgiums had done except with a different ethnic group being

5   preferred, so we then saw a Kyabunda kill or force into exile

6   the entire Tutsi political and military leadership that had

7   been in place under the Belgium colonials, and, instead, Hutu

8   leaders were elevated to those key positions.

9        We also saw Kyabunda's government preface the Hutu

10:39AM 10  economically in terms of government welfare in the countryside

11  or preferential treatment in terms of government contracts,

12  and, again, education was used as a key tool of ethnic

13  dominance.

14       Kyabunda also prefaced Hutu very strongly in terms of

15  university and secondary school scholarship, so we basically

16  see the same political structure, but it's totally turned on

17  its head with the Hutu now being preferred, whereas in the

18  past it had been the Tutsi.

19  Q.   Were there reprisals against the Tutsis once the Hutus

10:39AM 20  came to power?

21  A.   There were.  So the emergence of Kyabunda's regime in 1962

22  is accompanied by continued mass violence, especially against

23  Tutsi civilians.  This really extends from 1962 into the latter

24  part of 1963.  It's about an 18-month period of quite extreme

25  violence.  Some of this violence is carried out by the national

forces, by the National Army, and by the police, but some of

these killings of Tutsi are also carried out by every day Hutu,

and the view of most historians is that much of this was driven

by this anger and this grievance that the Hutu community had

carried against the Tutsi for so long, and now with the change

in political regime, this was the moment for many every day

Hutu to begin carrying out revenge for the policies of the

past.

Q.   So even after the Hutus gained power, they were still

seeking retribution against the Tutsis?

A.   Indeed.  There was quite a widespread process of local

level killing of Tutsis.  One of the dynamics that then

extended into the 1960's was that some Tutsi groups in the

wider region began to mobilize militarily to try to come back

to Rwanda to capture control of the country, and so one thing

that Kyabunda did was to tell the general Hutu population that

the Tutsi are on the doorstep, the Tutsi are looking to come

back.

You can see these Tutsi rebel groups mobilizing in the

wider region, so we need to stop the Tutsi threat wherever it

shows itself, and part of Kyabunda's rhetoric in the early to

mid-1960's was to tell the Hutu population that every day Tutsi

inside the country were connected to these Tutsi rebels

outside, and so in trying to thwart the Tutsi rebel threat, you

also had to thwart the Tutsi civilian threat inside the

1    country, and that was one of the ways in which violence against

2    every day Tutsi was incited by the state.

3    Q.   At some point, did the government change again?

4    A.   Yes.  The regime in Rwanda changed again in 1973.  Another

5    Hutu president, Juvenal Habyarimana, came to power through a

6    coup in 1973.  Habyarimana had been a general in Kyabunda's

7    Army.

8           The key thing in understanding why the coup took place

9    in 1973 is that this is really about a conflict between

10:42AM 10   different Hutu regional groups within Rwanda.  Kyabunda over

11   time was increasingly seen as representing Southern Hutu, so

12   Hutu from the south of the country.

13          Habyarimana, in contrast, had his stronghold very much

14   in the north, and the view of Habyarimana and his support base

15   was that Kyabunda was keeping the wealth and the prestige of

16   the regime amongst his own Hutu base in the south, and so this

17   is what sparks Habyarimana to mount this coup in 1973.

18   Kyabunda is killed, and Habyarimana comes to power, and he is

19   the president from 1973 until 1994.

10:43AM 20   Q.   And can you tell the jury a little bit about what his

21   reign is like from '73 to 1994?

22   A.   The best way to understand the period of Habyarimana's

23   presidency is really to divide it into two periods.  There's

24   the period of 1973 to 1986, then there's the period from 1986

25   until 1994.

1          In that first period, Habyarimana makes some initial

2     moves to try to bring Tutsi more into political life, into

3     socioeconomic life, but this really only lasts the first year

4     or two of his regime, and what we see really up until 1996 is,

5     again, an ethically-dominated system in which Habyarimana

6     preferenced the Hutu in exactly the same way as Kyabunda had,

7     so Hutu, again, in all of the key political, military, economic

8     and educational positions.

9          But 1986 brings a bit of a change because what is

10:44AM 10    happening at that time is, firstly, the Tutsi are getting

11    organized in the refugee camps in the wider region, and so

12    Habyarimana believes that there is a chance that the Tutsi,

13    especially Tutsi who had gone into exile in Uganda, could one

14    day threaten his power, and they could link up with Tutsi

15    inside the country and build a much wider rebel force against

16    him.

17          In response to that, Habyarimana began to make some

18    concessions to the Tutsi population, especially in the

19    socioeconomic realm, so after 1986, we do begin to see

10:44AM 20    Habyarimana extending welfare programs to Tutsi in the

21    countryside, whereas previously they had almost exclusively

22    been the domain of the Hutu.

23          We see some Tutsi being given very minor positions in

24    the political structure, so the period from 1986 onwards marks

25    a little bit of a shift in the way that Habyarimana dealt with

1    ethnic development issues, in particular.

2    Q.   How were those moves received by the Hutu population, the

3    almost liberalization of the policies or the acceptance of

4    Tutsis?

5    A.   This created an enormous amount of anger and grievance

6    amongst many of Habyarimana's own leadership, who saw this

7    really as selling out the Hutu cause to the Tutsi, but it was

8    also received very negatively by many every day Hutu living on

9    the hills.

10:45AM 10       As the 1980's go on, this also becomes a period of

11   enormous economic pressure in the Rwandan countryside.  In

12   1989, for example, the coffee price internationally completely

13   collapsed, which affected Rwanda because coffee was the

14   dominant export crop, and that had a huge effect on the rural

15   population, so every day Hutu in Rwanda were doing it tough

16   because of what was happening in the coffee industry, and there

17   were enormous food shortages, for example, and at the same

18   time, they were witnessing their own government beginning to

19   increasingly preference the Tutsi in welfare programs, so it's

10:46AM 20   that double whammy.

21       It's that jewel dynamic that starts to really build a

22   sense of tension and a sense of grievance amongst Hutu

23   beginning to be directed against Habyarimana.

24   Q.   So, was the view that Habyarimana wasn't extreme enough

25   for the Hutus?

1    A.    Indeed.  This was a growing sentiment, even from 1986

2    onward within Habyarimana's own political party, within the

3    military, but also amongst some every day Hutu.

4    Q.    At some point, did violence again break out between the

5    Hutus and the Tutsis?

6    A.    Yes.  The next key moment of violence is at the end of

7    1990, when a Tutsi-dominated rebel group called the Rwandan

8    Patriotic Front, the RPF, invaded Rwanda from bases in Uganda.

9    Q.    Let me stop you for one second.  If we're looking at

10:47AM 10   Government Exhibits 19, can you point kind of where Uganda is

11   and where the attacks were coming from?

12   A.    Yes.  So this will test my technological skills here.

13   Uganda is directly to the north.  It's here, and so the RPF

14   invasion took place on the sort of fronts there at the end of

15   1990.

16   Q.    Sorry, then what was the -- can you explain what happened

17   when the RPF attacked?

18   A.    Yes.  So when the RPF attacked at the end of 1990, this

19   sparked a civil war between this Tutsi-dominated rebel front

10:48AM 20   and the Hutu-dominated government of Habyarimana, and so at the

21   end of 1990 and the beginning of 1991, we see pitched battles

22   between the rebels and the government forces, particularly in

23   the north of the country, and this leads to a very significant

24   civilian death toll, and already in that period, there's an

25   enormous amount of ethnic propaganda that is being spewed,

1    particularly by Habyarimana's government.

2          And so the way this is interpreted by the local

3    population is that this is very much an ethnic-based civil war,

4    once again, pitting Hutu against Tutsi in the ways that we had

5    seen at the end of the 1950's and the beginning of the 1960's.

6    Q.   Who was leading the RPF attacks from Uganda?

7    A.   So the initial attack by the RPF was led by an individual

8    called Fred Rwigyema, who had become very senior in the Uganda

9    military.

10:49AM 10          One of the things that the Rwandan exiles, the Tutsi

11   exiles did, especially those living in Uganda, was to curry

12   favor with the regime in Uganda, and in some cases to rise

13   through the ranks to positions of some prominence, and Rwigyema

14   fits very much within that category.

15          In fact, he had been the chief of the armed forces at

16   one point.  Rwigyema was killed very early on in the RPF

17   invasion the second or third day of the invasion.

18          The RPF then parachuted in Paul Kagame who in fact had

19   been in the U.S. undertaking military training at the time.  He

10:50AM 20   was parachuted onto the front lines, and he then led the RPF

21   throughout the civil war, which lasted from the end of 1990

22   until the end of the genocide in the middle of 1994.

23   Q.   And Paul Kagame, is he the current president of Rwanda?

24   A.   Indeed, Kagame is the president of Rwanda today.

25   Q.   When the civil war started in 1990, generally what was the

1    government's response?  First of all, generally, what was the

2    government's response?

3    A.   The government's initial response was to frame this really

4    in terms of the armed return of the Tutsi refugees.  One of the

5    key factors in the background to the civil war was that at key

6    moments in the 1980's, Habyarimana had said that there would be

7    no peaceful return for the Tutsi refugees from the wider

8    region.

9         As the RPF was mobilizing as a force, especially in

10:51AM 10   Uganda, they had been lobbying Habyarimana to allow the

11   refugees to come home, and when Habyarimana refused, the RPF

12   sought no recourse other than an armed invasion.

13        In response to that invasion, the message, the

14   propaganda from Habyarimana's government was this was the Tutsi

15   threat returned.

16        This was an attempt by the Tutsi to regain control of

17   Rwanda in the way that they had in the colonial period, and

18   there was very explicit propaganda being used by Habyarimana's

19   government really from the beginning of the civil war onwards,

10:51AM 20   and so in the minds of many every day Hutu, the RPF was

21   synonymous with the return of the Tutsi to marginalize and to

22   alienate the Hutu in the way that they had been in history.

23        And so in the minds of many Hutu, the RPF was seen

24   potentially as a return to colonial war, and what was likely to

25   happen if the RPF won the war was that Hutu once again would

1    find themselves completely on the margins of society, and that

2    they would be struggling in the ways that they had at the

3    beginning of the 20th Century.

4    Q.   Did this lead to consequences for Tutsis who were living

5    within the country?

6    A.   It did.  So, increasingly, as the civil war progressed,

7    the propaganda from Habyarimana's regime was that there was no

8    difference between the Tutsi-dominated rebels and every day

9    Tutsi civilians living inside the country, and in many ways,

10:52AM 10    this is an echo of the propaganda that Kyabunda's regime had

11    used directly after independence.

12        Habyarimana doesn't resort to this kind of propaganda

13    immediately when the civil war takes place, but as it becomes

14    clear that the government is losing the battle to the RPF, this

15    propaganda increases, and the key thing here is that that

16    propaganda basically says that there is no distinction between

17    Tutsi rebel and Tutsi civilian, it's Tutsi at large who are the

18    threat, and so increasingly the message then becomes to the

19    Hutu majority population, in order to thwart the

10:53AM 20    Tutsi-dominated rebels, you must also militarily and violently

21    start to target Tutsi living inside the country.

22    Q.   I want to talk to you a little bit about the propaganda.

23    How was the government, the Hutu-dominated government, putting

24    out this propaganda?

25    A.   The most effective means of propaganda in Rwanda has

1    always been the radio, especially in rural areas where literacy

2    is quite low, the radio has enormous penetration into daily

3    life, and so Habyarimana's government used the national radio

4    station called RTLM to express this propaganda, particularly

5    into the countryside.

6         Within the wider government, there were also actors

7    who were publishing pamphlets, newspapers, often extremely

8    inflammatory reading material targeted at the Hutu upper class,

9    at the intelligentsia, also trying to convince them that a new

10:54AM 10   type of strategy was needed to target the Tutsi threat.

11        The most famous example of this kind of propaganda

12   newspaper was a publication called *Kangura*, which was published

13   by some Hutu extremists within the wider government.  This was

14   published right through the period of the civil war, and it

15   constantly contained cartoons and articles that demonized the

16   Tutsi, and it was an attempt to rally support, especially

17   amongst the Hutu elite against the Tutsi population.

18   Q.   When you talk about the messages, can you explain to the

19   jury what were the messages contained in the propaganda?  What

10:55AM 20   were the messages contained in the propaganda that was being

21   put out by the government with respect to the Tutsi population?

22   A.   There were two key messages that were being put out both

23   on RTLM and in publications like *Kangura*.  The first was

24   something I've already stated, which is that there is really no

25   distinction between Tutsi rebel and Tutsi civilian, completely

1    collapsing these categories, and that is a key message

2    generated to try to mobilize violence against the Tutsi

3    civilian population:

4         You need to target your Tutsi neighbors because they

5    are likely to support the RPA.  If we can kill Tutsi inside the

6    country, we can thwart the rebel threat.

7         The second message that goes along with the first was

8    an attempt to thoroughly dehumanize the Tutsi population, so,

9    for example, in *Kangura*, there were often pictures of the Tutsi

10:56AM 10   as cockroaches, as vermin.

11        This was an attempt to portray the Tutsi as subhuman,

12   to try to say not only are we about to be invaded, but we're

13   about to be invaded by this demonic, this subhuman force, and

14   this was also a message that was being reinforced constantly

15   over the radio, constant references to the Tutsi as

16   cockroaches, as rats, who invade by night, who penetrate our

17   society by stealth, and so this dehumanization campaign was a

18   very key part of the overall propaganda message.

19   Q.   Dr. Clark, you used the term "cockroach."  Can you explain

10:57AM 20   to the jury that term and its significance with respect to the

21   propaganda campaign?

22   A.   Indeed.  The relevant word in Kinyarwandan, which was used

23   constantly in the propaganda was "Inyenzi," which basically

24   translates as "cockroach" or as other forms of vermin.  There's

25   some ambiguity about the word, but what's key about that word

1    is that the propaganda was taking a term that the RPF

2    themselves had used to describe what they were doing.

3         The RPF in some of its own communicas referred to

4    themselves as "Inyenzi" because the word in Kinyarwandan has

5    another connotation, which is a party that moves with stealth,

6    that moves undetected, so the RPF were using this word to mean

7    one thing, but the Hutu propaganda was turning this on its head

8    and using it to mean something totally different with an

9    emphasis on vermin, on cockroach as a subhuman category.

10:58AM 10   Q.   Is that the word, Doctor?

11   A.   That is the word, yes.

12   Q.   So the idea of this as a cockroach, it started out as a

13   point of pride for the paramilitary?

14   A.   Indeed.  This was very much an image of itself that the

15   RPF wanted to portray.  It had a connotation of being crafty,

16   of being highly strategic, to be able to catch the government

17   unaware.

18        The moment for the RPF where this word, "Inyenzi" took

19   on this particular meaning was when the RPF captured really

10:59AM 20   with great surprise, the Town of Ruhengeri in the north of

21   Rwanda in 1991.  It totally caught Habyarimana's government off

22   guard.

23        By that stage, Habyarimana's government seemed to

24   believe that they were winning the war.  The capturing of

25   Ruhengeri town and the capturing of Ruhengeri prison and the

1   releasing of many political prisoners was a huge early victory

2   for the RPF, and in many of the RPF's communicas around that

3   time, you see this word, "Inyenzi," being used time and again

4   as a real point of pride.

5   Q.   And, as contrast, the Hutus adopted this word as a

6   dehumanization tactic, right?

7   A.   Indeed.  So particularly after 1991, if we look at

8   government, propaganda either on the radio or in the

9   newspapers, there's a completely different use of this word,

11:00AM 10   you know, trying to manipulate something that's very common in

11   Kinyarwandan, which is words that have double meanings, and

12   this would have been very clear in the minds of the bulk of

13   Rwandan listeners, that the RPF are using this word for one

14   particular purpose, but the government is explicitly using it

15   to dehumanize the Tutsi and frame them as cockroaches, which

16   should be crushed, so there was a very direct government

17   message in the use of "inyenzi."

18           THE COURT:  Is this a good place to break,

19   Mr. Varghese?

11:00AM 20           MR. VARGHESE:  Yes.

21           THE COURT:  Ladies and gentlemen, we're going to take

22   a break every morning.  There's 15 of you.  I want to make sure

23   you all have a chance to use the facilities.  On the other

24   hand, the faster we get this done, the faster the trial will

25   move, so let's make this as quick and orderly as you can and

1   keep the trial moving.

2             (A recess was taken.)

3             THE CLERK:  All rise for the jury.

4             (JURORS ENTERED THE COURTROOM.)

5   Q.   Good morning again, Dr. Clark.

6   A.   Good morning.

7   Q.   I want to pick up where we left off talking about some of

8   the propaganda that was going on in this time period.  Was the

9   propaganda fairly static or did it increase over the years?

11:21AM 10   A.   The propaganda very much increased the longer the civil

11   war went on, particularly as the RPF began to make inroads

12   during the civil war, there was a strong sense within the

13   government of needing to ramp up especially the ethnic

14   propaganda, so by the time we get to 1992 and 1993, RTLM, in

15   particular, is very much in full voice.

16             THE COURT:  That's the radio station?

17             THE WITNESS:  That is the radio station, the

18   government-owned radio station at the time.

19   A.   And so really by the time we get to 1993, we are seeing

11:22AM 20   this full depiction of the Tutsi as being a threat, both

21   internally within Rwanda and also the rebels who are

22   encroaching and this process of dehumanization, of framing the

23   Tutsi is very much subhuman, yes, that increased over time.

24   Q.   You mentioned RTLM, and I'll ask you about that.  How

25   often was RTLM broadcasting these propaganda messages?

1  A.  RTLM was broadcasting daily.  In the period of civil war

2  leading into the genocide in 1994, almost all RTLM programs

3  24 hours a day were talking about the conflict, were talking

4  about the Tutsi threat, were talking about the responsibility

5  of every day Hutu to counter that Tutsi threat, and because

6  this was the dominant radio station in the country and the vast

7  majority of the Rwandan population would have had either a

8  radio or access to a radio, people were listening to this

9  propaganda in an absolutely saturated fashion.

11:23AM 10  Q.  In addition to the propaganda, were there other steps that

11  the government was taking to prepare the population?

12  A.  Yes, they were.  What is also key, as the civil war goes

13  on and as the government's propaganda is increasing, we also

14  see the increased militarization of the population, in

15  particular, what we see especially from 1992 onwards is the

16  government forming and training youth militias with the

17  specific objective of targeting the Tutsi population.

18       The most widespread and the most powerful of these

19  militias was called the Interahamwe, which was a Hutu militia

11:24AM 20  mobilized right across the country, given systematic training,

21  given weapons, particularly machetes and then fanned out across

22  the country to target particularly Tutsi civilians.

23       The role of the Interahamwe was really not to take on

24  the RPF rebel because that was something left to the national

25  Army, but the role of the Interahamwe was to target Tutsi

1    civilians who were living inside Rwanda at the time.

2    Q.   How did the Interahamwe get set up and trained?  Was

3    that -- who was responsible for that?

4    A.   So the Interahamwe very much grew out of Habyarimana's

5    government.  This was a government initiative.  One of the ways

6    in which the government mobilized individuals, particularly

7    young, abled-body men to join the Interahamwe was to look at a

8    Hutu social movement, which was developing through the period

9    of the civil war, a social movement that we typically think of

11:25AM 10   as called Hutu power.

11            This was a social movement of Hutu right across the

12   country who were increasingly concerned about the Tutsi threat

13   and increasingly saw violence against Tutsi civilians as the

14   way to thwart that threat.

15            Hutu power was a very widespread movement across the

16   country in the period of the civil war that brought together

17   many people from multiple Hutu political parties, so they

18   weren't only from the ruling party, they were from a range of

19   other Hutu political parties, who were in play at the time, and

11:25AM 20   it was out of Hutu power in particular that the government was

21   able to mobilize some of the most extreme, some of the most

22   able body especially men to join the Interahamwe and to

23   mobilize these youth militias in that way.

24   Q.   So the individuals who were joining the Interahamwe, were

25   they soldiers or civilians?

1    A.   Almost exclusively, they were civilians.  These were

2    typically every day Hutu, particularly young men, and they

3    joined the Interahamwe largely because of the Hutu power

4    ideology, which was very widespread at the time.  This idea

5    that Hutu needed to rise up and use force to thwart the Tutsi

6    threat, and also part of that ideology was again to see no

7    distinction between Tutsi civilians and the Tutsi rebels, but

8    the Interahamwe really was made up of every day Hutu men, the

9    vast majority of whom had no previous military experience.

11:26AM 10    Q.   And so what were they practicing for?

11    A.   What the Interahamwe were training for was to carry out

12    the systematic killing of Tutsi civilians, and this was seen as

13    part and parcel of the government's attempt to thwart the RPF

14    threat.  It's almost as though the National Army was in charge

15    of taking on the rebels and defeating them militarily.

16         It was largely the job of the Interahamwe to target

17    Tutsi civilians wherever they were living across the country.

18    The Interahamwe was also very well organized.  It was

19    structured with cells right across Rwanda, and so they were

11:27AM 20    able to mobilize and able to carry out attacks against Tutsi

21    often very quickly and really right across the country, and

22    this was happening in 1992 and in 1993, so even before we get

23    to the genocide in 1994, the Interahamwe were already a very

24    powerful force.

25    Q.   Actually one point of clarification I just wanted to ask

1    you, on the break, prior to the break, you were testifying

2    about how Habyarimana's government being split up into sort of

3    two sort of time periods, and I want to be clear, there was

4    some confusion what those dates were.  Could you just repeat

5    that?

6    A.   Yes, so the first period of Habyarimana's rule was 1973 to

7    1986, and then there is a change in his policy from 1986 until

8    he is killed in 1994.

9    Q.   Let's talk a little bit since you mentioned Hutu power,

11:28AM 10   let me ask you about the political parties, what was the

11   political party of the government in power in Rwanda in this

12   time period?

13   A.   So Habyarimana's party during the civil war and during the

14   genocide was the MRND, and this was the party that Habyarimana

15   formed very early in the years of his presidency and that

16   continued as the ruling party right up until 1994.

17   Q.   So how long was MRND in power?

18   A.   So MRND was in power for 19 years.  It was formed in 1975,

19   and it ruled until the RPF captured control of the state in the

11:29AM 20   middle of 1994.

21   Q.   So who all were members of MRND?

22   A.   So up until the early 1990's, all Rwandan adult citizens

23   were automatically members of the MRND party.  This was one of

24   the stipulations of Habyarimana's one-party state that

25   according to the Rwandan Constitution, as soon as you were

1    acknowledged as a citizen of the country, you were by default a

2    member of the MRND party, but that policy changed in 1991

3    because what happened in 1991 was that Rwanda shifted towards a

4    multi-party system.

5          It went from a one-party state to now having a very

6    wide range of political parties, and that included a wide

7    range of parties that self-identified as dominated by Hutu, and

8    so what that meant was from 1991 onwards, it was not automatic

9    for a citizen to be a member of MRND.

11:30AM 10          If you were a member of MRND after 1991, you had to

11    actively sign up to the party, you had to actively choose to

12    become a member, or, by the same token, you could choose to

13    become a member of any of these other political parties that

14    had also emerged at that time, so 1991 is a real turning point

15    in terms of who is a member of the MRND party.

16    Q.   And what brought about the multi-party system in 1991?

17    A.   What happened in Rwanda in 1991 was is similar in what was

18    happening in many African states at that time.  The entire

19    continent of Africa had been dominated by these one-party

11:31AM 20    systems since independence, but in the early 1990's, there was

21    a real international shift to try to put pressure on African

22    states to open up their political systems to a multitude of

23    political parties.

24          In the Rwandan case, the most influential

25    international backer was France.  France had provided an

1    enormous amount of foreign aid to Rwanda.  There was a very

2    close personal relationship between President Habyarimana in

3    Rwanda and President Mitterrand in France, and in effect France

4    lost patience with Rwanda, lost patience with this one-party

5    rule, and so France in particular put big pressure on Rwanda at

6    the beginning of the 1990's to move towards this multi-party

7    period, and so in 1991, a new constitution comes into force,

8    and almost overnight we see the growth of six or seven quite

9    substantial political parties, many of which are directly

11:32AM 10    contesting the MRND, which has enjoyed its status as the

11    one-party ruler for the last 20 years almost.

12    Q.   Despite the emergence of these new parties, which party

13    remained in control of the government?

14    A.   The MRND very much was in control at that time, and, in

15    particular, they held the presidency because Habyarimana was

16    still in charge, because he had built an executive around

17    himself of actors from the MRND, the MRND was very much still

18    calling the shot at the nationals level, really up until the

19    end of the genocide in 1994.

11:32AM 20    Q.   And what parts of the country was MRND the strongest?

21    A.   The MRND was strongest in the north of the country.  The

22    real party stronghold was in places like Ruhengeri and Byumba

23    in the north right up on the Ugandan border, and the reason

24    for this was this was Habyarimana's homeland.

25            This was where his clan had always lived.  This is

1    where he had mobilized much of his own personal support over

2    decades.

3          If you looked at the top brass politically and

4    militarily of the MRND when Habyarimana was president, most of

5    the plum positions were given to Hutu from the north of the

6    country, so that was very much their stronghold.

7    Q.   Doctor, do you see what's on the screen in front of you?

8    A.   Yes, indeed.

9    Q.   And I've highlighted the states in the north of Rwanda.

11:34AM 10   Is that where MRND, where you were talking about?

11   A.   Yes, that's right.  So Habyarimana's own homeland is

12   really -- it straddles these two provinces.  In fact, sorry,

13   these are prefectures at the time of Byumba and Ruhengeri, so

14   MRND was particularly strong here, but over time MRND's real

15   power base also extended into Gisenyi, so really it's this

16   entire arc of power across the north and the northwest of the

17   country.

18   Q.   When you say it was MRND's power base, what did that mean

19   in terms of the politics of this region?

11:34AM 20   A.   What that meant was in these places, the support for MRND

21   and its policies was stronger than anywhere else in the

22   country, so Habyarimana could rely upon the active support of

23   the population in these particular prefectures.  This was

24   especially important for Habyarimana after the period of

25   multi-partyism because even within the Hutu population itself,

1    the MRND was beginning to be challenged, especially there were

2    two other Hutu political parties that arose after 1991, the MDR

3    and the CDR.  These were explicitly Hutu parties that were

4    challenging the MRND on their own terms and were saying that

5    MRND no longer fully represents the interest of the Hutu, we

6    are the true Hutu parties.

7          In that time, Habyarimana fell under threat, even from

8    within the Hutu population itself, but the places that he could

9    always rely on and where he traveled back to and often held

11:36AM 10   very large rallies were in these places, in Byumba, in

11   Ruhengeri and in Gisenyi.

12   Q.    Had there been violence against the Tutsis in these areas

13   leading up to the genocide?

14   A.    There had been, so one of the key facets of violence in

15   Rwanda in the civil war period was that there were systematic

16   massacres of the Tutsi population even before we get to the

17   genocide in 1994.

18         Some commentators talk about these as rehearsal

19   massacres, that there was a period of the Hutu government of

11:36AM 20   the day wanting to see what they could get away with in terms

21   of the systematic killing of Tutsi civilians, and so in late

22   1990, in early 1991, and into 1992, we see the large scale

23   killings of Tutsi in these three prefectures, in Byumba, in

24   Ruhengeri and in Gisenyi and also in the far south and

25   southeast of the country in an area known as the Bugesera.

1          To a large extent those massacres went without any

2   international condemnation.  They happened really without any

3   significant attention, and so it seems that as a result the

4   government believed that it could continue killing Tutsi

5   civilians in very large numbers with no accountability, but a

6   lot of that started in the far north of the country in

7   Habyarimana stronghold.

8   Q.   I wanted to ask you, you used the phrase, "wanted to get

9   away with," and I just wanted to clarify that, "get away with,"

11:37AM 10   what do you mean by that?

11   A.   What I mean by that is without any real accountability for

12   those crimes.  There was a real sense that these massacres

13   happened without anybody being brought to justice for them, but

14   because this was a one-party state, it was a state that could

15   control the media, it could control the spread of information,

16   and also most of the international community at least at that

17   time didn't know very much and didn't care very much about

18   Rwanda.

19          There was very little international interest in this

11:38AM 20   tiny country in the heart of Africa, and so these massacres

21   against the Tutsi population in the early 1990's happened with

22   almost no international media reporting and certainly no

23   justice for the perpetrators.

24   Q.   By contrast, what was the political atmosphere in Butare

25   in the south?

A.   The atmosphere in Butare was completely different.  It

bore almost no resemblance to what was taking place in the far

north and in the southeast.  Even through the period of the

civil war, which was extremely ethically tense across Rwanda,

Butare remained credibly peaceful and extremely tolerant in

ethnic terms.

Butare was also unusual in the rest of the country

because it was the only prefecture that had a Tutsi prefect,

and a prefect was essentially a governor of the province.  This

was a very powerful individual, who had an enormous clout in

the way that that prefecture was administered.

This was the only place where a Tutsi prefect was in

charge, an individual called Jean Baptiste Habyarimana, not to

be mistaken with Juvenal Habyarimana, the president, and it was

at least partly because of Prefect Habyarimana's influence that

Butare was able to build a much more ethically tolerant

environment so it really stands out in that sense in the

national terrain at that time.

Q.   Did MRND have strength in this region?

A.   MRND was historically incredibly weak in Butare.  One of

the other key features of this part of Rwanda is that it also

has one of the largest Tutsi populations of any part of the

country, so it is not only a university town, it's not only a

sort of a more intellectual province, if you like, where there

is, you know, a sort of a more liberal atmosphere, its

1    demographics are also very different.

2         This is where we see a much larger Tutsi population

3    than almost any other prefecture in the country, and so for

4    these reasons, MRND was never able really to get a foothold in

5    Butare, and also this goes back to something I mentioned

6    earlier, which is that MRND not only is a Hutu-dominated party,

7    but it is typically attached to the northern Hutu of the

8    country, so Butare is in the far south, but MRND's real power

9    base is in the north, so that was another reason why MRND was

11:41AM 10   never really able to get much of a power base here in Butare.

11   Q.   I want to just ask you about the distinction between

12   Butare, the region, and then the university specifically.  Did

13   the university reflect its political environment in the state

14   or was it different than the university?

15   A.   Broadly, what we see in Butare Town is quite similar to

16   what we see in the rest of the prefecture, but that begins to

17   change as we get into 1994.

18        So leading into early 1994, this atmosphere of

19   tolerance, of peace, which we see around the university in the

11:41AM 20   town, is mirrored in the rest of the prefecture, so you could

21   go out into the rural areas, and you would see broadly

22   harmonious relations between Tutsi and Hutu.

23        There was some minor violence in Butare Prefecture in

24   1992 and 1993, but the key here is that that was violence

25   between Hutu themselves because one of the things that was

1    happening in Butare in the context of the civil war was a

2    conflict between the MRND, the ruling party and one of these

3    new Hutu political parties which had emerged, the MDR.

4         The real Hutu representation, the real Hutu political

5    representation in Butare at that time was through the MDR

6    rather than the MRND, and so the MRND was trying to get more

7    control in Butare, and that did lead to some violence,

8    especially in the southern part of the prefecture, but that was

9    particularly not targeting the Hutu population, it was between

11:43AM 10    Hutu themselves, so for all intense and purposes, relations

11    between Hutu and Tutsi in the wider prefecture really up until

12    1994 are, in fact, quite harmonious.

13    Q.   What was the effect of these new parties, CDR and MRD,

14    what were their effect on MRND in terms of its views and

15    particularly with respect to the Tutsis?

16    A.   Broadly, the effect was to make the MRND much more

17    extremist.  One of the messages that both the MDR and the CDR

18    was expressing was that we are the true Hutu parties, and the

19    MRND is selling out the Hutu population to the Tutsi and to the

11:43AM 20    Tutsi rebels, in particular, and so the effect within the MRND

21    itself was to ramp up both its propaganda and its military

22    strategy to try to be seen as the main Hutu voice, that it was

23    going to represent Hutu interests far and above what the MDR

24    and the CDR were promising at the time.

25         And so we can track through the early 1990's the

1    increase in MRND's propaganda and its use of youth militias and

2    the rise of these other Hutu parties, the two things are

3    happening at exactly the same time.

4    Q.   What did it mean to be a party member, to be a member of

5    MRND?

6    A.   What it meant after 1991 was that you had to make the

7    active choice to be a party member.  You were no longer

8    automatically registered to the party, you had to actively sign

9    up, and we also have to recall that post-1991, this is the

11:44AM 10   period of the civil war, so the country is going through two

11   major events simultaneously.

12        It's going through the move towards multi-party

13   democracy, which is extremely disruptive to national politics,

14   and the country's also going through a civil war between the

15   government and the Tutsi rebels, and so what this also means is

16   that anybody who joined MRND after 1991 not only had to make

17   the active choice to do so, they also had to display an

18   absolute adherence to the policies of the ruling party, and in

19   that context, what that meant was an adherence to the kind of

11:45AM 20   propaganda and the kind of violent campaign against the Tutsi

21   civilian population that the MRND was advocating at that time,

22   so to be an MRND member carried with it explicitly this

23   anti-Tutsi philosophy and in some cases also anti-Tutsi action

24   because many members of MRND also swelled the ranks of the

25   Interahamwe and carried out violent attacks against the Tutsi

1    population even before the genocide in 1994.

2    Q.   How did party members display their identification with

3    their parties?

4    A.   There were multiple ways in which individuals might

5    display their credentials.  Most of the political parties at

6    the time had regalia that people would wear, shirts, caps,

7    scarves, this kind of thing to display very prominently that

8    they were a member of a particular party, so we would see this

9    with the MRND, we would see this MDR, CDR, and other political

11:46AM 10    parties at the time, but also this could happen through

11    attendance at public rallies.

12         One of the big political processes, especially after

13    1991, is the constant holding of political rallies across the

14    country because new parties have to gain support, they have to

15    mobilize supporters because they are befresh to the political

16    terrain, so they were holding large rallies to try to get

17    people to join their cause.

18         In response, the MRND was also holding the largest

19    rallies it had held for 10 or 15 years because it was trying to

11:47AM 20    counter the threat especially of these other Hutu parties, and

21    so one way that you could display your allegiance to a

22    particular party was to be publicly visible at these events,

23    and it was very important for many people to be publicly

24    visible because you were identifying yourself with a particular

25    party, and by the same token, you were also saying I am not a

1  member of these other parties, you know I'm a member of MRND,

2  I'm not a member of MDR or CDR, for example.

3      And so people's political identification came through

4  their dress, but it also came through how they acted and the

5  kinds of events they attended.

6  Q.  Would somebody, would a Rwandan in this time period wear

7  clothing if they were not part of that party?  Would they wear

8  party clothing if they were not affiliated with that party or

9  would they go to rallies if they were not affiliated with that

11:48AM 10  party?

11  A.  It would have been extremely unusual for an individual to

12  do so because this was a very politically charged time.  You

13  know, it was a new thing for Rwanda to have multiple political

14  parties, and so this was also a time when people were having to

15  nail their colors to the mast to say this is who is am, this is

16  who I belong to, and on top of that, you've got the civil war

17  context, so it's particularly important to show that you are a

18  real Hutu and that you belong to this political party.

19      And so it would be very peculiar for someone to wear

11:48AM 20  clothing or to attend a rally if they were not already a signed

21  up member to that particular party.

22  Q.  You've talked about the civil war.  I wanted to ask you,

23  was there an effort of peace to try to reconcile the war

24  infractions in the civil war?

25  A.  Yes.  There was a peace process that began at the end of

1    1992 and led to a peace accord being signed in August of 1993.

2    It's known as the Arusha Accord.  This was an attempt to bring

3    peace to the country, to end the civil war between

4    Habyarimana's government and the RPR.

5    Q.   Let me stop you for one second.  You said it's known as

6    the Arusha Peace Accords.  What is Arusha?

7    A.   Indeed.  Arusha is a very large town in neighboring

8    Tanzania.  It's a town that over the last 30 or 40 years has

9    held many of Africa's big peace negotiations, so Rwanda wasn't

11:49AM 10   the only country to have its peace process held there.

11         It was also the place that later became the site of

12   the UN International Criminal Tribunal for Rwanda.  It also set

13   up shop in Arusha largely because of this connection back to

14   the peace process back in 1993.

15   Q.   And I apologize, let me go back to the question then.  Can

16   you explain to the jury what was that peace process that

17   started in Arusha in 1992 culminating in August, '93?

18   A.   So the nature of that process was to bring together

19   particularly the two sides of the civil war, so Habyarimana's

11:50AM 20   government and the ruling MRND and the RPF rebels, but there

21   was also a seat at the table for the other political parties

22   that had mobilized at that time, so MDR had a representative,

23   CDR had a representative, and a couple of other much smaller

24   political parties all had a seat at the table in Arusha, and

25   this was an attempt to find a peaceful solution to the

1    conflict.

2         When the accord was signed in August of 1993, one of

3    the key things that it did was to establish a power sharing

4    government between all of these parties, and so Habyarimana and

5    the MRND kept control of the presidency, but key ministries

6    would then divide it out amongst the RPF as the rebels and the

7    other key political parties, but before, during and after the

8    accord was signed, the civil war basically raged, that

9    especially the government and the RPF basically continued

11:51AM 10   battling one another through the whole period of this peace

11   process, and so to a certain extent, it was no great surprise

12   that soon after the accord was signed in August of 1993, the

13   peace deal completely collapsed, and the civil war proceeded.

14   Q.   Did this attempt at peace affect the contentions within

15   Rwanda between the Hutus and the Tutsis?

16   A.   It did not.  And the reason that the Arusha process didn't

17   dampen down inter-ethnic tensions is that for all intents and

18   purposes, the civil war just continued, and through that whole

19   period of peace negotiations, the government was repeatedly

11:52AM 20   using the same anti-Tutsi propaganda and as it had been using

21   before, so the Arusha process brought no end to that

22   propaganda, and the government and the RPF constantly blamed

23   each other for breaking the cease fire.

24        There was an accusation on both sides that neither

25   party was really respecting the Arusha process, so on the

1    ground in Rwanda, the same violence, same tensions were going

2    on as though Arusha was making no impact whatsoever.

3    Q.   Did the attempt at peace affect the president standing

4    among the Hutu population within Rwanda?

5    A.   It did.  The Arusha process had a profound effect both

6    within the Hutu majority population itself but also within the

7    MRND as a party.  There was a very strong sense, especially

8    within MRND, that Habyarimana was giving away too much in the

9    peace process, that he was making too many concessions to the

11:53AM 10   RPF, that he was willing to give the RPF some plum positions in

11   the national government and that this was too much.

12          And so one of the consequences of the Arusha process

13   for Habyarimana personally was that he started to lose even

14   more support within the Hutu population itself, and essentially

15   after August of 1993, the MRND ruling party splits in two.

16          You've got a facture that is aligned still with

17   Habyarimana, but you've got another faction which is calling

18   for a much stronger stance against the RPF and that sees that

19   Habyarimana is going soft, that he no longer represents Hutu

11:54AM 20   interests, so that's one of the big effects of the Arusha

21   process is to split the ruling party in two.

22   Q.   I want to turn now and talk about the genocide and how it

23   began, but I think it's probably -- before we do that, let's

24   define some terms.  What is a genocide?  How do you define

25   genocide?

1    A.   So the most common definition of genocide is the one

2    that's used in the United Nations Genocide Convention.  It was

3    signed in 1948.  The definition is that a genocide is the

4    attempt to destroy in part or in whole a group of people on the

5    basis of their national, their ethnic, their racial, or their

6    religious identity.

7    Q.   What is a genocidaire?

8    A.   A genocidaire is someone who commits genocide, who takes

9    part in exactly those acts, to eradicate in part or in whole

11:55AM 10    these groups that are identified in those four particular

11    categories.

12    Q.   And if you had to provide an example of a genocide, what

13    would be an example?

14    A.   So we have examples of multiple genocides, especially in

15    the second half of the 20th Century, the holocaust of the Jews

16    clearly is a genocide because there was an attempt to eradicate

17    the Jewish population in Europe.

18         We could also talk about the Cambodian genocide at the

19    end of 1970s carried out by the Khmer Rouge, so, unfortunately,

11:55AM 20    we have several examples of genocides, especially at the end of

21    the 20th Century.

22    Q.   How is the genocide different than the civil war that you

23    have been testifying about?

24    A.   It's very important to separate these two things out

25    because the genocides against the Tutsi population in Rwanda in

1    1994 happens during the civil war, so the best way to

2    understand how we then see 800,000 approximately Tutsi killed

3    in 100 days in 1994 is we have to understand that this happens

4    in the wider context of this fight between Habyarimana's

5    government and the RPF rebels, that it's because Habyarimana

6    and his ruling party feel that they are losing control of the

7    country, they are losing the civil war that they then see the

8    need to target the Tutsi population inside Rwanda where the

9    idea was we are losing the civil war, Tutsi civilians are part

11:56AM 10    of the RPF, they are swelling the rebels' ranks, and so in

11    order to defeat the rebels, we also have to defeat, we have to

12    eradicate Tutsi civilians, so the genocide happens during the

13    civil war and could not have happened had we not had a

14    preceding civil war.

15            One way to understand this, I guess, is if we go back

16    to the example of the Holocaust, the Holocaust happened in the

17    context of the second world war.  We talk about these things as

18    two events that happened simultaneously.  It's because of what

19    was happening in Germany at the time of the second world war,

11:57AM 20    it's what was happening to Hitler and the Nazi party and the

21    threat that they felt by all sorts of other actors during the

22    Second World War that they then saw it as necessary to destroy

23    the Jewish population.

24            You don't get to the Holocaust without having the

25    Second World War.  Rwanda is the same, you don't get to the

genocide without having the preceding civil war, but these are

two different events, and I think we have to understand them in

that way.

Q.   Why is it important to distinguish between the genocide

and the war, why not classify it all as part of the war?

A.   What we lose if we only talk about this as a civil war is

we lose that deliberate and systematic attempt to eradicate the

Tutsi population because of their identity because if we don't

talk about that, then this just looks like any other civil war

between two sides in which there happens to be an accidental

civilian death toll.

        The genocide in Rwanda is different.  It's about the

deliberate, the orchestrated, the planned attempt to completely

eradicate the Tutsi civilian population, so unless we use the

word "genocide," we can't fully describe exactly what was going

on there.

Q.   When did the genocide begin in Rwanda?

A.   Historians and commentators typically talk about the

genocide beginning on the night of the 6th of April in 1994.

This was the night that President Habyarimana was flying back

to Rwanda from Arusha.

        There had been a new wave of negotiations attempted in

1994.  Habyarimana 's plane was shot down.  It crashed

ironically, tragically into the president's own palace killing

him, the president of Burundi and all on board, and within a

1    matter of about a half an hour, the Rwandan Presidential Guard

2    had set up roadblocks around Kigali, and people were being

3    pulled out of vehicles, their identity cards were checked, and

4    if people were found to be Tutsi, they were being killed right

5    there on the spot.

6         So we talk about the genocide really as beginning in

7    the direct aftermath of the shooting down of Habyarimana's

8    plane on the night of the 6th of April of 1994.

9    Q.   Who shot down that plane?

11:59AM 10  A.   There is much conjecture about this issue, an enormous

11    amount of accusation and counter-accusation, and I'm personally

12    not sure that we will ever fully get to the bottom of this.

13         There are basically two schools of thought as to who

14    shot the plane down.  One view is that it was the RPF rebels

15    themselves, that as part of the civil war, they wanted to

16    eliminate the head of state, they wanted to eliminate the head

17    of the government that they were targeting, and so it was the

18    RPF rebels who shot the plane down.

19         The second school of thought is that it was extremists

12:00PM 20  within Habyarimana's own party who believed, again, that he was

21    making too many concessions to the Tutsi, that because of what

22    had happened at the Arusha talks, there was a strong sense

23    within the MRND in that more extremist faction than I described

24    before that was losing patience with Habyarimana, that wanted a

25    completely different approach, that wanted to ramp up violence

1   against the Tutsi and wanted to defeat the RPF militarily

2   rather than negotiate with them, so that school of thought

3   emphasizes Hutu actors within Habyarimana's own party, within

4   his own military that shot down the plane because they wanted

5   to get rid of Habyarimana, and they themselves wanted to get

6   control of the state.

7           These are two dominant arguments.  Lots of evidence

8   has been brought to bear on both sides over the years.  My

9   personal guess is that we'll be back here in 30 years' time

12:01PM 10  having the same argument.  I think there's an enormous amount

11  of unclarity about this particular event.

12  Q.   So you mentioned the roadblocks.  How soon after the plane

13  going down were roadblocks set up?

14  A.   This is one of the historical facts that points to the

15  likelihood that it was extremists within Habyarimana's own

16  party who shot the plane down because within half an hour of

17  the plane crashing and it becoming clear that Habyarimana was

18  dead, the Rwandan Presidential Guard, and these were the most

19  experienced armed actors within the national armed forces,

12:02PM 20  directed from central command were setting up roadblocks around

21  Kigali.

22          So this happened very, very will quickly, and this

23  lends itself to the historical idea that there must have been a

24  high degree of planning of the killing of Tutsi, that it wasn't

25  just spontaneous reaction to the crash of Habyarimana's plane

1    that we then saw the killing of Tutsi thereafter, the fact that

2    roadblocks were set up and Tutsi being killed immediately after

3    the plane had crashed lends itself to an understanding that

4    there was something very orchestrated, very deliberate, very

5    planned about all this.

6    Q.    Were these specific Tutsi individuals being targeted or

7    was it random Tutsis being stopped and killed?

8    A.    It was to begin with quite random, it was quite

9    indiscriminate, so the first wave of killings on the night of

12:03PM 10    the 6th of April involves every day Tutsi civilians who are

11    being stopped at these checkpoints, at these barriers and

12    having their identity cards checked and then are being killed

13    right there and then as a result.

14         What we see later into the night of the 6th of

15    April and into the morning of the 7th of April is the

16    deliberate killing of Tutsi political and social leaders, very

17    prominent Tutsi in the community and very prominent Hutu

18    political leaders who were considered to be too sympathetic to

19    the Tutsi, for example, on the morning of the 7th of April, the

12:03PM 20    then prime minister of Rwanda, Agathe Uwilingiyimana, herself a

21    Hutu but who displayed a willingness to negotiate with the RPF

22    in Arusha was systematically killed on the morning of the 7th.

23         And so that shows a certain degree of deliberate

24    intent very quickly to eliminate Tutsi leadership but also

25    moderate Hutu leadership which may be sympathetic to the RPF

1    and to the Tutsi cause.

2    Q.   How did the genocide progress throughout Kigali?

3    A.   So over the rest of that week, we then see the violence

4    against Tutsi spread very, very quickly, and it goes beyond the

5    checking of vehicles at barriers.  It now extends into public

6    institutions, and it extends into people's home, and this is

7    particularly where we see the Interahamwe and other militia

8    groups start to play a very prominent role going house to house

9    and building to building looking for Tutsi and killing them

10   where they are found.

11        And as the weeks progressed, that violence then spread

12   very quickly out of Kigali, the capital in the center of the

13   country, out into the countryside where the same pattern of

14   violence then emerged.

15   Q.   You touched on this already, but I just want to make sure

16   this is clear.  So what is the evidence that this was not a

17   spontaneous reaction to the death of the president?

18   A.   There are various forms of evidence that are marshaled to

19   try to show that this wasn't just random, that this wasn't just

20   spontaneous.  The first piece of evidence is one that I've

21   already pointed to, the systematic killing of both Tutsi

22   civilians and political leaders who were either Tutsi or

23   sympathetic to Tutsi very soon after the plane had crashed.

24        That suggested some degree of planning, the fact that

25   these attacks were being carried out by the Rwandan armed

1    forces, it seemed very quickly that there was a strategy, there

2    was a deliberate strategy that was already in place, but what

3    we also see at this same time really from the 7th of

4    April onwards is the very deliberate use of the Interahamwe and

5    other militias to also carry out killings, that there was a

6    tense of order, there was a sense of purpose to what these

7    militias were doing.

8         They weren't just going willy nilly place to place

9    killing Tutsi, they were moving systematically through the

12:06PM 10    neighborhoods of Kigali and then were fanning out into the

11    countryside to begin killing Tutsi in rural areas, all the

12    while, the government was using RTLM and other propaganda

13    sources to control the killings, so one of the things that the

14    government was doing especially through RTLM was to read out

15    lists of Tutsi targets who were known to be alive in particular

16    parts of the country giving directives to the Interahamwe, to

17    Hutu civilians that they needed to go and look for these

18    particular individuals to kill them wherever they were found.

19         These are the sorts of things that point to a certain

12:07PM 20    amount of planning, of orchestration rather than this just

21    being a random reaction to the shooting down of Habyarimana's

22    plane.

23    Q.   Was it just Tutsi men that were being targeted?

24    A.   It was not.  There was an attempt to target Tutsi

25    civilians across the gender divide and across the age spectrum,

1    so very quickly Hutu were also killing Tutsi women.  There was

2    a high usage of rape and other forms of sexual violence.

3    Children, infants were being killed.  There were many recorded

4    instances of pregnant Tutsi women being killed and their unborn

5    babies being quashed right there and then, so this really was

6    wholesale, this was comprehensive in targeting the Tutsi

7    civilian population.

8    Q.   How is it that Hutu every day Hutu civilians were

9    motivated to kill Tutsi neighbors that they had grown up with

12:08PM 10  or lived with their whole lives?

11   A.   This is an issue that has generated an enormous amount of

12   academic study in the last 20 years or so, and some of my own

13   personal research has been into exactly this question, trying

14   to understand what motivated a genocidaire to commit these acts

15   in 1994, and there are several key motivations that I think

16   have become apparent over time, and this includes off the back

17   of interviews with perpetrators themselves.

18        One key motivation is a real sense of coercion and

19   pressure being applied by the central government in Kigali, and

12:09PM 20  that includes people being susceptible to this government

21   propaganda that in order to thwart the Tutsi threat, in order

22   to ensure that this country does not go back to the kind of

23   Tutsi dominance that we saw in colonialism, you must go out and

24   kill a Tutsi.  That message was very powerful in many Hutu

25   communities, so government propaganda, government planning was

1    one key motivation.

2         But what we've also I think uncovered the more the

3    research on Rwanda has unfolded is that there was a large

4    amount of killing that took place in rural areas that didn't

5    necessarily mean having to follow the orders of elites in

6    Kigali.

7         What was happening in the countryside in many parts of

8    Rwanda was that local political actors who had a lot of

9    influence were also mobilizing militias and were also coercing

12:10PM 10    every day Hutu to commit these crimes, and so that was

11    happening at the local level at the same time as the

12    government's propaganda was being spewed out on the radio from

13    Kigali, and so a lot of the killing is about people feeling

14    that they are being forced by local government officials, local

15    clan elders, people of significant influence at the local

16    level.

17         There's a power dynamic there that also I think

18    explains why many people join the killing spree, and then I

19    would argue that there's a third general motivation for why

12:10PM 20    genocidaire committed these acts, and that is a material one,

21    an economic motivation that the longer the genocide went on,

22    many Hutu peasants who were extremely poor, and, again, you'll

23    recall I said that there was time of a real economic pressure,

24    especially in rural areas.

25         Many Hutu peasants saw the genocide as an opportunity

1    to enrich themselves.  If I kill my Tutsi neighbor, I will be

2    able to capture his or her head of cattle, I'll be able to

3    capture their property, I'll be able to possibly even capture

4    their land.

5         And for many communities that were economically

6    desperate at the time, taking part in the genocide provided a

7    real economic opportunity, and so my research and the research

8    of various other scholars shows that many perpetrators joined

9    the killing spree because they were motivated economically.

12:11PM 10   Q.   Throughout your research, have you uncovered instances

11   where Hutus would protect some Tutsis but kill others?

12   A.   Yes.  In my research and in the research of various other

13   commentators, this is in fact quite a common phenomenon during

14   the genocide that many Hutu perpetrators would also at some

15   stage during the genocide have harbored or protected Tutsi

16   friends, Tutsi neighbors, Tutsi family members.

17        And the reason that this takes place, the reason that

18   you have individuals who are both protectors and perpetrators

19   during the genocide is that these individuals had very complex

12:12PM 20   relations at the local level in 1994, so, for example, I have

21   interviews with numerous perpetrators who will say I

22   protected --

23        MR. LAUER:  Objection.

24        THE COURT:  I'm going to allow it.  Again, this is

25   background information, ladies and gentlemen, and I will permit

1  it to help you understand the context of what you're going to

2  hear, the direct evidence.  Obviously, all of this is at a high

3  level of abstract, and it doesn't say anything about what the

4  defendant did or did not do or what any particular witness did

5  or did not do, but I'll overrule the objection.  Go ahead.

6  A.    Thank you.  I have interviews with numerous genocide

7  perpetrators who tell a very similar story, which is that

8  during the genocide, I protected a certain number of Tutsi,

9  sometimes it was a close family member, sometimes it was a

12:13PM 10  close friend, but in order to thwart any suspicion about me as

11  a Hutu protecting these Tutsi, I then needed to be seen to be

12  actively joining the killings in my community, and these two

13  things were sometimes happening simultaneously.

14         The same individuals harboring Tutsis in their own

15  homes but going out by day and very actively participating in

16  the community to show to their community that they were being a

17  realty Hutu, that they were as dedicated to the eradication of

18  the Tutsi as anybody else, and so in some instances, you get

19  these two things happening simultaneously.

12:14PM 20         Especially in my research on the Gacaca Courts, it was

21  a common defense of many accused to say I could not have

22  committed these genocide crimes of which I am accused because I

23  was known to be protecting these Tutsi, but, in fact, sometimes

24  it was also possible that they were committing crimes even

25  though they were protecting Tutsi.  These two things could be

1    happening simultaneously.

2    Q.   Can you explain how the genocide progressed out from

3    Kigali and throughout the rest of the country?

4    A.   What we see after the 7th of April is the quite rapid

5    spread of the genocide from the capital city to such an extent

6    that if we think of the total death toll of Tutsi and the

7    genocide as approximately 800,000 people, about three-quarters

8    of that death toll was carried out in the first two weeks of

9    the genocide, so the vast majority of Tutsi victims of the

12:15PM 10    genocide were killed between the 7th of April and roughly the

11    21st, 22nd.

12        So this shows just how quickly the killings spread out

13    into the rural areas, and there are good reasons, I think, to

14    understand why the killing was able to spread so quickly.

15    Partly it was because, as I said before, some communities had

16    already witnessed the massacre of Tutsis as early as 1992 and

17    1993.

18        Many communities, of course, had also been listening

19    to the government propaganda for years, and furthermore, you

12:15PM 20    had the mobilization of the Interahamwe, this well-organized,

21    well-armed, absolutely dedicated militia that was also very

22    mobile across the country, and so those factors meant that

23    while the violence started in the capital, it spread with great

24    speed and great ferocity out into rural areas.

25    Q.   And you touched on this, but who all was doing the

1    killing?

2    A.   The killings were being carried out by a very wide range

3    of actors.  This is one of the key things, I think, to

4    understand about the Rwanda genocide was there were some

5    killings that were being carried out by government actors, by

6    the National Army, including the Presidential Guard, by the

7    police and the security services.

8         There was also perpetration by the Interahamwe, an

9    organized militia, Hutu militias, but the vast majority of

10   killings during the genocide were carried out by every day

11   Hutu, every day civilians who were no part of the government,

12   per se, were not necessarily members of the Interahamwe but

13   were part of the great mass of the Hutu majority population

14   that for all of these reasons I've already mentioned picked up

15   machetes and other basic implements and joined the killing, so

16   when we think about the genocide, we also have to think about

17   the different levels of Rwandan society that were involved in

18   carried out the killing.

19   Q.   And that led to my next question, which is how were folks

20   being killed, how were the Tutsis being killed?

21   A.   The vast majority of killings during the genocide were

22   carried out with very basic implements, the kind of implements

23   that people would have easily had to hand, especially on the

24   farms, so the majority of killings were carried out with

25   machetes, spiked clubs, hose, gardening implements, and what

1     that meant was the violence was incredibly intimate.  The

2     violence was hand-to-hand combat.  It was a single individual

3     in many cases wielding a machete often against an individual

4     that they knew extremely well, and so this really separates out

5     the Rwandan genocide from all of those other genocides that I

6     mentioned earlier.

7          This is not highly sophisticated, highly bureaucratic

8     or mechanized killing, as we saw with the gas chambers in the

9     Holocaust, this is not the use of light weaponry to shoot tens

12:18PM 10    of thousands, hundreds of thousands of individuals as we saw in

11    the case of the Cambodian genocide.

12          What really marks the Rwandan genocide out is the

13    scale of the killing, the speed of the killing, and the fact

14    that it was carried out with such basic weapons, which people

15    would have probably had lying around the house anyway.

16    Q.    Where do the Tutsis go for refuge?

17    A.    Tutsi, if they were fortunate to escape the first attempt

18    to kill them would typically do one of two things.  If they

19    lived in the border lands, they would try to flee into

12:19PM 20    neighboring countries, but that wasn't always possible because

21    the Army, the Interahamwe, and even local community members

22    would often try to block border crossings, so many Tutsi also

23    sought refuge in places that they trusted.

24          They sought refuge in places like churches, schools,

25    hospitals, clinics, in places that they associated with

1   worship, with health, with care, they had good reason to think

2   that these were places where they would find protection, so

3   that was a very common strategy by many Tutsi.

4   Q.   Can you talk about Butare now.  When did the genocide come

5   to Butare?

6   A.   The genocide came relatively late to Butare.  You'll

7   recall that I said Butare is a very unusual place in Rwanda.

8   There's a different set of political and social dynamics there,

9   and so what that meant was while the genocide was spreading

12:20PM 10   very quickly across the country after the 7th of April, the

11   violations had not yet reached Butare.

12       Butare was one of the few prefectures in the country

13   that initially did not take part in the genocide on a large

14   scale, and a big reason for that, again, was that you had this

15   individual, Jean Baptiste Habyarimana, the prefect of Butare,

16   who was very influential when he saw what was happening

17   elsewhere around the country, when he heard the government

18   propaganda, he was very mobile within the prefecture, visiting

19   villages, going place to place, holding meetings, holding

12:21PM 20   rallies trying to diffuse the tension, and that succeeded for

21   the first few days of the genocide, so while the violence was

22   raging everyone else, Butare largely was quite peaceful.

23       But things changed from the 11th of April onwards in

24   Butare because the MRND in Kigali could not tolerate the fact

25   that the genocide had not spread to Butare and could not

1    tolerate the actions of Jean Baptiste Habyarimana, and so on

2    the 11th of April, he was removed from his position as prefect,

3    and he was replaced by an individual who was much more

4    sympathetic to MRND and to the genocidal cause, and so what we

5    then see moving into especially the end of April is the

6    violence beginning to spread through the prefecture of Butare,

7    but, importantly, even in the month of May, there is a high

8    degree of resistance to the killing.

9         It's very well documented that communities, especially

12:22PM 10    in the far north of Butare Prefecture, the closer you get

11    towards -- on the road to Kigali, these prefectures held out as

12    long as they could, and it was only really in May and into

13    June that we begin to see the killing of Tutsi in that part of

14    the prefecture, so, in short, the genocide arrives very late in

15    this part of the country.

16    Q.   Did there come a point where the central government in

17    Kigali visited Butare and encouraged the population to begin

18    the genocide?

19    A.   Yes.   There are various instances at which the central

12:22PM 20    government in Kigali sent very high-ranking officials to Butare

21    to directly mobilize the Hutu population to kill Tutsi, and

22    this was because of the frustration of the government.

23         You know, the violence is happening everywhere.   Tutsi

24    are being killed everywhere.   What's wrong with Butare?   This

25    was the government's attitude.   There was a very famous speech

1    on the 11th of April.  At the ceremony, when Jean Baptiste

2    Habyarimana was deposed from his position as prefect, the then

3    interim prime minister of the country, Sindikubwabo gave a

4    speech, a very powerful speech to a very large gathering of

5    many of the inhabitants of the prefecture accusing the Hutu of

6    Butare of not being dedicated to the anti-Tutsi cause.

7        The language that he used was the Hutu in Butare are

8    lazy because the Hutu everywhere else in the country are going

9    to work, and in the language of the day, going to work meant

12:23PM 10   killing Tutsi because it was hard work, hand-to-hand combat,

11   often with machetes.

12       It was considered work to be killing Tutsi, and the

13   Interahamwe famously would sing songs and would chant that they

14   were going to work, that they were going to kill Sindikubwabo

15   on the 11th of April said to the massive rally in Butare Town

16   that it's time for the Hutu here to go to work in the way that

17   their ethnic family and friends elsewhere in the country are

18   currently doing so.

19       We then see the first killings of Tutsi in Butare Town

12:24PM 20   and outwards into the prefecture.  Sindikubwabo's speech on the

21   11th of April had a profound effect, but there is still

22   resistance.  We're still not seeing the killing of Tutsis in

23   Butare to the same extent as is taking place around the

24   country, so the government has to keep sending key ministers

25   and key officials all the way through the month of April and

1  even into the month of May because Butare is different, and

2  there's a sense that the government needed to actively coerce

3  the killings there because of what was happening in that part

4  of the country.

5  Q.   When the violence started in Butare, how was it compared

6  to the rest of the country?

7  A.   The violence initially after the 11th of April was

8  relatively minimal.  It was on a much smaller scale than what

9  had been seen elsewhere.  It was individual Tutsi in some

12:25PM 10  homes, it was much more scattered than it had been elsewhere,

11  but within a week or so of Sindikubwabo's speech, the situation

12  changes quite drastically, and then we start to see increasing

13  massacres in very, very large numbers, sometimes tens,

14  sometimes hundreds of Tutsi being killed in Butare Town and

15  outwards into the prefecture.

16  Q.   You mentioned that Tutsis sought refuge in places of care,

17  like churches or hospitals, clinics.  What happened when they

18  were found in those locations?

19  A.   When Tutsi were discovered in those places of refuge, and

12:26PM 20  it should be said that in many, many cases, Tutsi were found in

21  those places of refuge, one of two things happened:  Either

22  they were killed where they were found, so some of the largest

23  massacres during the genocide took place inside churches,

24  inside hospitals, inside schools.

25          Sometimes this would involve the Interahamwe or other

1    actors throwing grenades into the buildings, and the death toll

2    was enormous, or the Interahamwe would go into the places of

3    refuge and drag Tutsi out and then kill them elsewhere, but in

4    the vast majority of recorded cases during the genocide when

5    Tutsi tried to seek refuge in these safe spaces, more often

6    than not, they were killed.

7    Q.   During the course of your research, did you become

8    familiar with the events that occurred at the hospital in

9    Butare?

12:26PM 10   A.   Yes.  During my field work both in Butare Town and in some

11   rural areas in the wider prefecture, various events at Butare

12   Hospital were extremely well known.  One particular event that

13   came up often in my field research --

14            MR. LAUER:  Objection.

15            THE COURT:  Let me see counsel at sidebar.

16            (THE FOLLOWING OCCURRED AT SIDEBAR:)

17            THE COURT:  What do you expect the answer to be?

18            MR. VARGHESE:  He's talking about the hospital being a

19   well-known genocide location.

12:27PM 20            THE COURT:  Well known now or well known then?  Why

21   does it come in?  This is where he's alleged to have

22   participated in things?

23            MR. VARGHESE:  It goes directly to the point that

24   Mr. Teganya was unaware that there was genocide going on at the

25   hospital, it's well known.  This is like there were a lot of

1    genocide killings in the hospital.

2         THE COURT:  When was it well known?  I mean, we have

3    things unfolding after April 11th or whatever, and, of course,

4    we know now what we know, for example, to use --

5         (SIDEBAR CONFERENCE WAS CONCLUDED.)

6         THE COURT:  If anyone wants to stand up and stretch

7    while we're doing this, feel free to do that.

8         (SIDEBAR CONFERENCE WAS HELD AS FOLLOWS:)

9         THE COURT:  You know, the Holocaust is best known now

12:28PM 10    than it was in 1943, for example, at least to the world at

11    large, so, again, how do we -- the fact that this was known or

12    is known now, how does that either set a context for him or to

13    tend to prove the charges?

14         MR. VARGHESE:  I think the fact that it is known that

15    it is a sort of notorious place is relevant, the fact that

16    Dr. Clark is hearing about it through his research is relevant

17    because I think this was not a small scale killing at a house,

18    this was more of a large-scale known genocide site.

19         THE COURT:  But most of your witnesses are going to

12:29PM 20    testify about this, right, what happens in the hospital?

21         MR. VARGHESE:  Yes, sir.

22         THE COURT:  Do you want to add anything?

23         MR. LAUER:  It strikes me that it's such a form of

24    bolstering and anticipated witness testimony.  I mean, the

25    ultimate issue in this case is what took place at the hospital.

1    THE COURT:  Yes, I think the prudent thing to do is

2  keep it out.  I'm going to sustain the objection.

3    (SIDEBAR CONFERENCE WAS CONCLUDED)

4    THE COURT:  All right.  I'm going to sustain the

5  objection.  I think we're going to hear testimony from

6  eyewitnesses concerning the hospital, so put another question

7  to the witness.

8  Q.   How were bodies disposed of?

9  A.   Bodies were often thrown into mass graves or they were

12:30PM 10  thrown into pit latrines, into toilet blocks.  Sometimes they

11  were even thrown into rivers and lakes.  They were often

12  disposed of in an extremely ad hoc fashion.

13    The issue of mass graves is a very important one in

14  Rwanda today because people are still uncovering graves where

15  sometimes tens, if not hundreds of bodies are buried, but that

16  was a symptom of the speed of the genocide, that people were

17  being killed, and the Interahamwe and other assailants were

18  often moving on very quickly.  They didn't spend an enormous

19  amount of time disposing of these bodies, they were often

12:31PM 20  disposed either exactly where people were killed or very close

21  by.

22  Q.   You touched on this, but I just want to ask, were killings

23  uniform throughout the genocide period?

24  A.   Killings were not uniform in the sense that there was

25  geographical variation in the genocide.  I've already mentioned

1   that Butare was quite unusual in the sense that the genocide

2   arrived there quite late.  There were other pockets of

3   resistance to the killings.  There were some communities in the

4   west of Rwanda, there were some communities in the east of

5   Rwanda where communities actively stood up to the Interahamwe

6   and ensured that either no or very few Tutsis were killed in

7   those particular places.

8         The death toll was also very different in some parts

9   of the country.  The reason for that is that some parts of

12:31PM 10   Rwanda before the genocide had more Tutsi living there than

11   others, so, of course, in places where there was previously a

12   very high Tutsi population, you would justifiably expect there

13   to be a much larger Tutsi death toll, and so while we talk

14   about the Rwandan genocide as this 100 days of the killing of

15   the Tutsi population, in fact, within that there was a huge

16   amount of variation in different parts of the country.

17   Q.   In addition to the killings, was there other types of

18   violence associated with the genocide?

19   A.   Yes.  So as the genocide unfolded, the violence was not

12:32PM 20   only about murder.  I've already mentioned the extent to which

21   sexual violations was carried out.  There was mass rape that

22   was committed at various stages and in various places during

23   the genocide, and there have been numerous court cases, not

24   least at the UN tribunal for Rwanda that dealt explicitly with

25   the use of sexual violence during the Rwandan genocide.

1    There was also a large amount of very deliberate

2  injury to individuals.  Sometimes the objective of an attack

3  upon a victim was not necessarily to kill them, it may be to

4  mame them, it may be to incapacitate them, or the attempt may

5  have been to kill an individual but the attempt was

6  unsuccessful, and instead this person was left with horrific

7  injuries, and we also saw an enormous amount of looting and

8  property-related violence in the genocide.  All of this was

9  taking place at the same time.

12:33PM 10  Q.   How long did the genocide last?

11  A.   The genocide lasted 100 days from the night of the 6th of

12  April through and until the middle of July when the RPF

13  captured control of the country, became the ruling party and in

14  effect brought the genocide to an end.

15  Q.   Do you know when the RPF arrived to Butare?

16  A.   The RPF arrived to Butare again very late in the piece.

17  The RPF didn't arrive in this part of the country until really

18  the beginning of June or the middle of June, and the reason for

19  this is due to the basic geography of the country that Butare

12:34PM 20  is in the deep south of Rwanda, the RPF had invaded from the

21  north and was trying to make its way systematically through the

22  countryside, and so the RPF had quite quickly captured control

23  of Northern Rwanda.  It took a long time to get to the east of

24  the country.

25    The RPF also took some time to capture control of

1   Kigali and the west of the country, and in many respects Butare

2   was one of the last places the RPF managed to reach in June, so

3   quite late in terms of the genocide.

4   Q.   What happened when the RPF came through and took over the

5   country?

6   A.   What happened as the RPF moved through the country was

7   firstly that it was finding these completely destroyed

8   communities of Tutsi victims, and for the Tutsi members of the

9   RPF, this was quite a horrific discovery, and what it also

12:35PM 10   meant was that some members of the RPF as they moved through

11   the country were finding their own loved ones killed.  They

12   were finding family members, friends killed in their home

13   communities, and so what we also saw during the period of the

14   genocide were RPF revenge attacks, so there were some revenge

15   attacks carried out by the RPF against unarmed Hutu civilians.

16   They're on a significantly smaller scale than the crimes

17   committed against Tutsi civilians, but they certainly did take

18   place.

19          And so as the RPF was moving through the country, it

12:36PM 20   was finding these devastated communities, and then the attempt

21   by the RPF in the middle of July was to shift from being a

22   fighting rebel force to then establishing a government very,

23   very quickly in the capital city, Kigali.

24   Q.   How did the Hutu population react as the RPF came through

25   the country?

1    A.   The broad response of the Hutu population, especially

2    towards the end of June and the beginning of July, 1994, was to

3    flee the RPF advance.  What we see especially from July of 1994

4    through the remainder of that year is the mass exodus of around

5    2 million Hutu civilians out of Rwanda into what was then

6    eastern Zaire and became the democratic Republic of Congo.

7    Q.   Looking at Exhibit 19, can you just point out where that

8    is?

9    A.   Yes.  So this the DRC here, so the Hutu exodus occurred at

12:37PM 10   almost all possible border crossings.

11   Q.   Did that exodus include individuals who were involved in

12   the genocide?

13   A.   Yes.  In that 2 million strong crowd, there were many of

14   the perpetrators of the genocide, including many senior actors

15   within the MRND and other political parties but also very large

16   numbers of every day Hutu civilians who had also participated

17   in the killing.

18        There were also many innocent Hutus in that population

19   that were fleeing the RPF advance.  They believed that it was

12:37PM 20   no longer possible for them to live in a Rwanda that was

21   dominated by the Tutsi, and so many innocent Hutu civilians

22   also fled across the western border into refugee camps in

23   eastern Zaire.

24   Q.   Generally, did the Tutsi population flee from the advance?

25   A.   No, they did not.  The vast majority of Tutsi remained

1    because the Tutsi felt a real commonality with the RPF, and

2    certainly in the minds of many Tutsi who survived the genocide,

3    they considered the RPF the liberators.  The view of many Tutsi

4    survivors is that had it not been for the RPF's advance, the

5    genocide perhaps would have gone even further and many more

6    Tutsi would have been killed.

7    Q.   Dr. Clark, I want to turn now and ask you a little bit

8    about how you go about conducting your research in Rwanda.  You

9    mentioned that you do field work.  Can you explain how you go

12:38PM 10  about conducting your field work in Rwanda?

11   A.   Most of my field work in Rwanda is based on interviews at

12   multiple levels of Rwandan society.  The majority of my

13   interviews are carried out with every day people, especially in

14   rural areas, so I do a lot of interviews with people who would

15   say that they were simply Rwandan farmers, but I also conduct

16   interviews with government officials, with members of political

17   society groups, and as I mentioned earlier, a key feature of my

18   field work is the need to speak to a very wide spectrum of

19   people that there is a real danger when you are conducting

12:39PM 20  field work that if, for example, you only interview genocide

21   survivors, you're only going to get one particular story.

22          And so if you want to understand the issues that I'm

23   interested in in my research, which is things like the current

24   state of Rwandan politics or issues of justice and

25   reconciliation, you have to see these issues from multiple

1  sides, and so as I've already mentioned, a key part of my

2  research is ensuring that I'm speaking to a diversity of actor,

3  genocide perpetrator, as well as genocide survivor, genocide

4  bystander as well, people in positions of influence, and people

5  with much less influence across the gender divide, across the

6  age divide, across the socioeconomic divide.  It's very, very

7  important to have a diversity of respondent.  That's a key part

8  of my field work.

9  Q.   Does that also include geographic diversity?

12:40PM 10  A.   Indeed.  So since I began my field work in Rwanda in 2003,

11  I've always had 12 major field sites which are scattered across

12  the country, two in Kigali and then the remaining 10 in various

13  rural areas, and that is also a key part of the diversity of

14  field work that different issues experience differently in

15  different parts of the country.

16       As I've already alluded to, even the genocide itself

17  was different in different parts of the country, and so if you

18  are trying to understand how the genocide happened, the impact

19  that it had on Rwanda, you need to get around and see that

12:41PM 20  effect in different geographical spaces, and so that's why I've

21  maintained a very wide range of field sites over the last 16

22  years.

23  Q.   Do you have any field sites in the Butare region?

24  A.   I do.  I have two main fields sites in Butare.  I have a

25  set of field interviews that I've been conducting since 2003 in

1    Butare Town, and then another field site in a rural area to the

2    east of the town in a place called Ngoma, which is a sort of a

3    small village.  There's various communities around there where

4    I do my field work.

5    Q.   As part of your research, have you actually visited the

6    hospital in Butare?

7    A.   I have visited the hospital in Butare.  I visited it on

8    several occasions.  I've spoken to some staff who work there.

9    I've also attended a genocide memorial service that was held in

12:42PM 10   the Butare Hospital.

11   Q.   What steps do you take to make sure that you are getting

12   accurate information during the course of your interviews?

13   A.   This is a very important feature of field work in a

14   post-conflict environment like Rwanda that as a researcher, you

15   need to spend a lot of time ensuring that the information that

16   you're gathering is as accurate as possible.  There are many

17   individuals who either have fuzzy recollections of the past or

18   may have reasons to not necessarily tell the truth, and so I

19   have various protocols in place for my field work to try to

12:42PM 20   ensure that the information is as accurate as possible.

21        This includes beginning every interview with an

22   individual by saying that I am an independent academic

23   researcher, so I'm not working for any government, I'm not a

24   journalist, and that I don't already have an idea of what I'm

25   looking for in this interview.

1          It's very important in my work to emphasize to my

2     interviewees that they need to be as free and open as possible

3     and that I'm not expecting them to tell me anything in

4     particular.

5          One of the other key features of my field work is that

6     I've been able to go back to the same locations and often to

7     interview the same individuals over this 16-year period, and so

8     what I've discovered in my field work is that this enabled me

9     to build a certain amount of trust and a certain rapport with

12:43PM 10    my interviewees, and what I find as a result is that many of my

11    interviewees will only tell me particularly sensitive things

12    after the third or the fourth or the fifth interview, sometimes

13    four or five years later, and I think that's understandable

14    that I'm a foreigner coming into Rwanda.  These individuals

15    have never met me before.  It's unlikely that they are going to

16    tell me extremely sensitive or contentious things on the first

17    meeting.

18          It's going to take a lengthy period of building trust

19    before people feel open enough to be able to speak especially

12:44PM 20    about the genocide and its impact, and so that's one of the key

21    reasons why a lot of my field work is based upon repeat visits

22    and follow-up interviews.  That's a key part of what I do.

23    Q.   Are there details about survivor stories that are

24    especially sensitive that take time to develop with the

25    witness?

1  A.   Yes.   Survivors, genocide survivors in Rwanda are a

2  particularly complex category of people to conduct interviews

3  with.   They are often traumatized by what they lived through.

4       Many of my survivor interviewees say that they

5  experience some degree of post-traumatic stress disorder, and

6  so talking about the events of the past can be very triggering

7  for them in many ways, and so I find particularly with

8  survivors that it's only after multiple interviews that certain

9  issues start to come out.

12:45PM 10       Now, those issues are various.   It can be things like

11  even identifying the perpetrator of crimes against their

12  family.   Many survivors simply don't want to talk about the

13  past because it dredges up these very, very difficulty

14  memories.   I've done many interviews with victims of sexual

15  violence, including with female victims of sexual violence.

16       Now, it is highly unlikely that a foreign man can come

17  into a Rwandan community and have an interviewee give a full

18  and frank interview about sexual violence at the first attempt.

19  That's the kind of thing that often takes many, many years of

12:45PM 20  building trust, so there's a real sensitivity around that.

21       And one of the other issues that has come up in some

22  of my survivor testimony is also about their own relatives who

23  were involved in killings.

24       There is often a sensitivity about pointing the finger

25  at Hutu loved ones who also perpetrated the genocide.   You have

1  to recall that a lot of my early field work was taking place

2  when the Gacaca Courts were underway between 2002 and 2012, so

3  what this meant was I was also conducting research in an

4  environment when there was a legal process underway, and so

5  many of my interviewees quite rightly wanted to know if they

6  told me certain things about the past, would that information

7  be used in Gacaca legal proceedings, and so people were

8  sometimes very reluctant to speak openly at the first attempt

9  because they were worried about the legal ramifications of

12:46PM 10  giving this testimony, and so, again, it often took multiple

11  interviews to allay their concerns, to bill rapport and to have

12  a much deeper interview than was possible at the first attempt,

13  so there are lots and lots of areas of sensitivity especially

14  in survivor interviews.

15  Q.   Do you speak Kinyarwandan?

16  A.   I do not speak it fluently, so I speak enough Kinyarwandan

17  to be able to converse on day-to-day issues, but when it comes

18  to dealing with more sensitive and more complex issues, I rely

19  entirely on Rwandan interpreters.

12:47PM 20  Q.   When you go to conduct your field work, do you coordinate

21  with the Rwandan government in any way?

22  A.   No, I don't coordinate with the government.  The only

23  formal interaction that I have with state officials is it's now

24  stipulated that all foreign researchers in Rwanda must have a

25  research permit, so you have to go through a process of

1    applying for this permit, so I have to engage with the state in

2    that regard.

3            But I also interviewed government officials for the

4    purposes of my research.  It's important to also get the

5    perspective of state officials and sometimes to compare that

6    with what local people are saying at the community level.

7            For example, when I was doing my research into the

8    Gacaca Courts, it was important for me both to have a sense of

9    what the government thought it was doing when it established

12:48PM 10    these village courts but also to understand how every day

11    people who were participating in Gacaca were experiencing the

12    process and then to compare and contrast these different levels

13    of perspective, so that's the other way in which I often engage

14    with government actors.

15    Q.   With respect to your research, is any of your

16    money -- where do you receive your money for your research

17    project?

18    A.   Almost all of my research funding comes either from my

19    host universities, so I've moved around in the U.K. to various

12:49PM 20    universities.  I'm currently at the University of London.

21    That's where most of the funding comes from.

22            In some instances, I've done consulting work for

23    various UN bodies or for international NGOs, civil society

24    groups that enables me sometimes to produce a report for those

25    bodies but then piggybacking on that to stay in Rwanda and do

1    my own research, but that's where my funding comes from.

2    Q.    You talked about the research permit that you have to get

3    from the Rwandan government.  Your ability to get the research

4    permit, does that affect your interviews in any way or the

5    articles that you have written in any way?

6    A.    No.  What I found is that going through the process of

7    getting a research permit really involves describing in very

8    broad terms the research that I want to do, and it never

9    involves having to divulge to the state specifically where I

12:50PM 10    will be doing my research or who I will be speaking to, and

11    then what I found is that that permit is then no impediment to

12    doing the kind of work that I need to do, and so I've been able

13    to do my work very freely in Rwanda for 16 years now.

14    Q.    In terms of the articles or the papers or the opinion

15    pieces you've written, have you always tried to write in favor

16    of the current Rwandan Government?

17    A.    No, not always.  Many of my publications have been very

18    critical of various Rwandan Government policies.  As an

19    academic, I feel it's important to be as even handed as

12:50PM 20    possible to try to point out when things are going well and

21    some government policies to my view have worked well but

22    equally to point out where there are problems and flaws with

23    government ideology or government policies, and so both in my

24    academic writing and in opinion pieces that I've written in the

25    international press, I'm often doing both of these things.

1    There are times when I felt that it's been important

2  to emphasize positive aspects of what's been happening in

3  Rwanda, and at other times, it's been important to emphasize

4  more negative aspects.

5  Q.   Have you faced any reprisals from the government for

6  anything that you've written?

7  A.   No.  I've never faced any reprisals from the Rwandan

8  State.  Sometimes when I interview government officials for my

9  research, if I've recently published something very critical of

12:51PM 10  the country, those officials will sometimes raise questions

11  about that.  We'll often have a conversation about that.  They

12  will express their criticism of what I've written, but that's

13  as far as it goes.  It's never in any way blocked the kind of

14  research that I've wanted to do.

15  Q.   The last section that I want to talk to you about is the

16  Gacaca process that you talked about.  Can you explain to the

17  jury the Gacaca Courts and why they were formed?

18  A.   Yes.  Gacaca, as I've already alluded to, is quite an

19  unusual justice process.  There's really no other country on

12:52PM 20  earth that has decided to deliver justice for genocide crimes

21  at the community level and to try to prosecute so many

22  suspects.  Gacaca ended up prosecuting about 400,000

23  individuals.

24    The way that Gacaca came about was really through

25  experimentation.  At the end of the genocide, when the RPF took

1    control of Rwanda, the government basically drove trucks around

2    the Rwandan countryside and rounded up in a very ad hoc fashion

3    anybody who was suspected of being a genocide perpetrator.

4        What that basically meant was most able-bodied Hutu

5    men who were still inside Rwanda at that time were rounded up

6    and taken to jail where they then stayed from the end of 1994

7    until the Gacaca process began in 2002.

8        The reason Gacaca was put in place was the Rwandan

9    government was struggling to deal with this massive backlog of

12:53PM 10   genocide suspects in prison.  The estimate by 2002 was that

11   about 130,000 detainees were imprisoned as genocide suspects.

12       Initially, the Rwandan government tried to prosecute

13   some of these suspects through the National Courts, the

14   conventional court system, but the government was finding that

15   that kind of justice was by nature slow, laborious, and there

16   was no way that that system would be able to deal with 130,000

17   suspects, and so the government pondered numerous options over

18   many years about what to do and eventually decided in the early

19   2000's to use this localized justice process that was based on

12:54PM 20   lay judges, every day people elected by their local

21   communities, open air hearings that were conducted in the same

22   locations where crimes were alleged to have taken place.

23       Gacaca hearings happened one day per week for ten

24   years, and large numbers of every day community members

25   actively participated and gave eyewitness testimony in Gacaca

1    hearings, and it's fair to say that most every day Rwandans

2    were absolutely exhausted by the Gacaca process by the time it

3    closed in 2012.

4         People had just had enough and were tired and quite

5    traumatized in many respects from having to constantly give

6    this testimony about what had taken place during the genocide.

7    Q.   You mentioned the judges were elected; is that right?

8    A.   Indeed.

9    Q.   Sorry.  Were they mostly Hutus or Tutsis or a mixture?

12:55PM 10    A.   One of the key features of the Gacaca process was that

11   because judges were elected by their local communities in a

12   country where 84 or 85 percent of the population is Hutu, most

13   communities elected Hutu judges, so one of the I think

14   unexpected features of Gacaca was that this was basically a

15   process of Hutu judging Hutu about the crimes that had been

16   committed in the past, and these judges were elected because

17   they were considered upstanding members of the community, they

18   had some moral status amongst their peers.

19        The Gacaca law stipulated that if an elected judge had

12:55PM 20    at all been accused of being a genocide perpetrator, they had

21   to be removed from the process, so that what you then ended up

22   were with Gacaca Judge's panels where there was no taint of the

23   genocide, there was no suspicion that any of these Judges had

24   taken part in the killings in 1994.

25        It should also be said that many Tutsi also were

1    elected as Gacaca Judges, but the overwhelming majority were

2    Hutu.

3    Q.   How many suspects were eventually tried through the Gacaca

4    process?

5    A.   My estimate, which I detail in my book on Gacaca is that

6    around 400,000 genocide suspects were prosecuted through

7    Gacaca, and they were prosecuted in around 1 million individual

8    cases because what often happened at Gacaca was that

9    individuals would be accused of multiple genocide crimes, and

12:56PM 10   so Gacaca counted each of these charges as a separate trial.

11        The same individual would typically not be prosecuted

12   for multiple crimes at the same trial, they would be prosecuted

13   for one particular crime, that trial would end, and if they

14   were accused of multiple crimes, they would come back again and

15   go through a separate trial, so that's why you get 400,000

16   suspects and a million separate cases.

17   Q.   Did you have the opportunity to observe any of those

18   trials?

19   A.   I did.  Over the life span of Gacaca, I witnessed hundreds

12:57PM 20   of Gacaca hearings in these 12 field sites, so a lot of my

21   field work was moving around these different places to see how

22   Gacaca was taking place because it operated quite differently

23   in different parts of the country, and so, for example, like a

24   Gacaca in Butare would look very, very different from a Gacaca

25   in the north of the country for all sorts of reasons.

1    Q.    Did you undercover any efforts in your research by the

2    Rwandan government to force or coerce witnesses to provide

3    testimony against suspected genocidaires?

4    A.    No.  In my research, I found no evidence of government

5    coercion, either of prosecution or defense witnesses, and this

6    was something that I wrote about in my book on Gacaca and also

7    in some subsequent reports that having looked at Gacaca

8    operating in these 12 field sites over a very lengthy period,

9    this kind of thing did not manifest.

12:58PM 10    Q.    In fact, did you do any specific consulting work with

11    respect to this issue of government coercion of witnesses?

12    A.    I did, along with my wife, who is also a Rwanda

13    specialist, her name is Nicola Palmer, we did a joint project

14    four or five years ago for an NGO based in London called

15    Redress.  It's an organization that works with victims of mass

16    atrocities around the world.

17          We did a specific research report on prosecution and

18    defense witnesses in Rwanda, who were testifying in multiple

19    jurisdictions, so we interviewed prosecution and defense

12:59PM 20    witnesses who had given testimony at Gacaca and/or testimony in

21    the Rwandan National Courts or at the UN Tribunal or in foreign

22    jurisdictions, such as this one, because, obviously, many

23    Rwandan witnesses are traveling backwards and forwards to

24    testify in foreign places such as the U.S., and one of the key

25    things that we found in that report was that none of our

1    witnesses stated that they had been coerced by the Rwandan

2    government about what they were supposed to say in these

3    different jurisdictions.

4           Some individuals claimed that they had experienced the

5    coercion or the backlash of their neighbors for things that

6    they had said or even the mere fact that they had traveled was

7    sometimes a reason for backlash, but this had never been on the

8    responsibility of the Rwandan government.

9           THE COURT:  Anything else, Mr. Varghese?

01:00PM 10           MR. VARGHESE:  Just would you like me to stop, your

11    Honor?

12           THE COURT:  Well, how much more do you have?

13           MR. VARGHESE:  I only have a few minutes.  I'm

14    cognizant of the time.

15           THE COURT:  A few minutes meaning?

16           MR. VARGHESE:  Probably closer to 10 minutes.

17           THE COURT:  All right.  Why don't we break.  Let me

18    see the lawyers at sidebar about the schedule.

19           (THE FOLLOWING OCCURRED AT SIDEBAR:)

01:00PM 20           THE COURT:  All right.  With ten minutes tomorrow, how

21    long do you expect to take?  Is this the one we need the

22    tomorrow afternoon session for?

23           MR. VARGHESE:  No, it's the next witness.

24           THE COURT:  What time -- what should I tell them to

25    expect for tomorrow afternoon?  I would prefer to get them out

1    of here at 4:00 or 4:30 or some reasonably civilized hour.

2    Does that sound right?

3           MR. GARLAND:  Yes, that will work, depending on

4    cross-examination.

5           MR. LAUER:  The witness that is the concern here, I

6    don't think he's going to last to the end of the day.

7           (SIDEBAR CONFERENCE WAS CONCLUDED.)

8           THE COURT:  Okay.  Ladies and gentlemen, we're going

9    to break for the day.  Tomorrow, as I told you when we were

01:01PM 10   impaneling, because of some witness scheduling, we're going to

11   have an afternoon session.  The lawyers assure me that despite

12   that you'll get out of here at a reasonably civilized hour,

13   meaning on the order of four o'clock as opposed to five, and

14   hopefully you can beat the traffic, maybe even earlier.

15          There will be an afternoon session tomorrow.  That

16   means we will break from 1 to 2.  I'm sorry to report that I'm

17   not allowed to pay for your lunch.  There's a cafeteria here,

18   and there's other things in the neighborhood, but I'm afraid

19   you are on your own for it.

01:02PM 20   When you deliberate, we can buy you lunch, and we buy

21   you breakfast every morning, as you may have figured out, but I

22   can't buy you lunch.  Thank you for your patience.  I would

23   again very much like to start promptly at 9:00 tomorrow.

24          If you have a problem of some kind, please call us so

25   we know where you are and what's going on.  Please remember my

1    instructions not to discuss the case with anyone else or among

2    yourselves, and we'll see you tomorrow morning hopefully at

3    nine o'clock.  Thank you.

4              THE CLERK:  All rise.

5              (JURORS EXITED THE COURTROOM.)

6              THE COURT:  8:30 tomorrow.

7              MR. GARLAND:  Yes, your Honor.

8              MR. LAUER:  Very good.

9              (Whereupon, the hearing was adjourned at 1:02 p.m.)

10                   C E R T I F I C A T E

11   UNITED STATES DISTRICT COURT )

12   DISTRICT OF MASSACHUSETTS ) ss.

13   CITY OF BOSTON )

14             I do hereby certify that the foregoing transcript,

15   Pages 1 through 123 inclusive, was recorded by me

16   stenographically at the time and place aforesaid in Criminal

17   Action No. 17-12092-FDS, UNITED STATES OF AMERICA vs.

18   JEAN LEONARD TEGANYA and thereafter by me reduced to

19   typewriting and is a true and accurate record of the

20   proceedings.

21             Dated March 18, 2019.

22                        s/s Valerie A. O'Hara

23             _____

24                        VALERIE A. O'HARA

25                        OFFICIAL COURT REPORTER