UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>v. )<br>)<br>JEAN LEONARD TEGANYA, )<br>)<br>Defendant. )<br>) | Criminal No.<br>17-10292-FDS |

## VERDICT FORM

We, the jury, find the defendant:

1. As to Count One (False Statement under Oath in Application Required by Federal Immigration Laws):

    __✓__ Guilty          _____ Not Guilty

2. As to Count Two (Perjury in Written Document):

    __✓__ Guilty          _____ Not Guilty

3. As to Count Three (False Statement under Oath in Application Required by Federal Immigration Laws):

    __✓__ Guilty          _____ Not Guilty

4. As to Count Four (Perjury in Written Document):

    __✓__ Guilty          _____ Not Guilty

5. **As to Count Five (Perjury in Immigration Court Testimony):**

    __✓__ Guilty          _____ Not Guilty

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _[signature]_ DATE: _4/5/19_