UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 17-10292-FDS |
| JEAN LEONARD TEGANYA, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, find the defendant:

1. As to Count One (False Statement under Oath in Application Required by Federal Immigration Laws):

    __✓__ Guilty          _____ Not Guilty

2. As to Count Two (Perjury in Written Document):

    __✓__ Guilty          _____ Not Guilty

3. As to Count Three (False Statement under Oath in Application Required by Federal Immigration Laws):

    __✓__ Guilty          _____ Not Guilty

4. As to Count Four (Perjury in Written Document):

    __✓__ Guilty          _____ Not Guilty

5. As to Count Five (Perjury in Immigration Court Testimony):

    ✓ Guilty          _____ Not Guilty

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: _____ DATE: 4/5/19